# Exhibit C

Case 2:19-cv-00568-DRH Document 145-5 Filed 01/28/21 Page 1 of 121 Page ID #: 1150

## Trade Association Meeting Attendance

**GPhA 2010 Annual Meeting** – Naples, Florida (February 16-18, 2010):

a.   **Actavis;**
b.   **Akorn/Hi-Tech;**
c.   **Alvogen;**
d.   **Amneal;**
e.   **Apotex;**
f.   **Aurobindo;**
g.   **Breckenridge;**
h.   **Fougera;**
i.   **Glenmark;**
j.   **Greenstone;**
k.   **Impax;**
l.   **Lupin;**
m.   **Mylan/UDL;**
n.   **Par/Endo;**
o.   **Perrigo;**
p.   **Sandoz;**
q.   **Taro;**
r.   **Teva;**
s.   **Versapharm;**
t.   **West-Ward;**
u.   **Wockhardt;** and
v.   **Zydus.**

**HDMA 2010 Business and Leadership Conference** – Orlando, Florida (June 6-9, 2010):

a.   **Actavis:** Michael Baker, Executive Vice President, Trade Sales and Development (Allergan); John Shane, Director, Trade Relations (Allergan); Jack Ericsson, Senior Regional Manager (Allergan); Roger Maffin (Allergan); Michael Reed, Director, National Trade Accounts (Allergan); Paul Reed, Senior Director, Trade Sales (Allergan);

b.   **Amneal:** Chirag Patel, President; Jim Luce, Executive Vice President, Sales and Marketing; Stephen Rutledge, Vice President, Sales;

c.   **Alvogen:** William Hill, Vice President of Sales and Marketing; Thomas Olivi Michael, Senior Director of Sales;

d.   **Apotex**: Beth Hamilton, Director, National Sales; James Van Liesbout, Vice President Retail Sales;

e.   **Dr. Reddy's:** John Adams, Vice President, Sales and Marketing, North America Generics; Jake Austin, Regional Account Manager; Robert Rodowicz, Director, National Accounts;

Case 2:Case5:06-md-02014-CRimDocument Fili07:520 Filed 01/28/20 f Page 2 of 113 # 1151

Cindy Stevens, Senior Director of National Accounts; Tricia Wetzel, Senior Director, National Accounts; Sally Schimelpfenig, Director Rx Marketing;

f.   **Greenstone:** John Calabrese, Director of Sales; James R. Cannon, VP, Business Development; Rick K. Mackenzie, National Accounts Director; Mark Mancinotti, National Accounts Director; Robert Sanderson, National Accounts Director; Christine Versichele, Director, Channel Strategies; Gregory Williams, National Account Director;

g.   **Fougera:** Kian Kazemi, Senior Vice President, Sales; Christopher Bihari, National Accounts Executive; David Klaum, Senior Vice President and General Manager; Anthony Thomassey, National Accounts Executive;

h.   **Lannett:** Richard Matchett, National Account Manager; Kevin Smith, Vice President, Sales & Marketing; Robert Foley, Marketing/Sales Manager; Tracy Sullivan, National Account Manager;

i.   **Mylan:** Jonathan Kerr, Vice President, Sales; James Nesta, Director, National Accounts; Kevin McElfresh, Director, National Accounts; David Workman, Senior Director, Pricing & Contracts;

j.   **Par:** Michael Altamuro, Senior Director, Marketing; Renee Kenney, Vice President, Sales; Paul Campanelli, President, Generics Division; Rich Franchi, Vice President, Sales; Rich Franchi, VP, National Accounts (DAVA); Justin McManus, Regional Account Manager (DAVA); Rick Pallokat, Senior Vice President (DAVA); Sandra Bayer, National Accounts Manager;

k.   **Sandoz:** Christopher Neurohr, Director, National Accounts;

l.   **Teva:** Theresa Coward, Senior Director of National Sales; Kevin Green; National Account Manager; Madelen Renner, National Account Manager;

m.   **Valeant:** JoAnne Kondori, Director, Logistics and Inventory; Asha Soto, Vice President, Supply Chain Operations; and

n.   **Zydus:** Kristy Ronco, Director, National Accounts and Customer Marketing; Laura Short, Director, National Accounts and Customer Strategy; Karen Strelau, Vice President Sales.

**NACDS 2010 Pharmacy and Technology Conference** – San Diego, California (August 30-31, 2010):

a.   **Actavis:** Ara Aprahamian, Vice President, Sales & Marketing; Michael Dorsey, Director National Accounts; Doug Boothe, President Generics Division; Andy Boyer; Executive Vice President, Commercial Operations; Napoleon Clark, Vice President Marketing; Lisa Fiveash, National Account Representative; Anthony Giannone, Executive Director, Sales; Maureen Meehan, Director, National Accounts; Diane Miranda, Vice President,

Case 2:24sev20166d363€534-0MMrimDecument2EdD07526fdd 0£68/2of PageSeufo703#: 1152

Distribution Services and Generic Marketing; Nimish Muzumdar, Director of Marketing; Toni Picone, Marketing Manager; Vince Rinauder; Director, National Accounts; Gary Salter, Director National Accounts; David Schmidt, Director, National Accounts; Eric Schumacher, Director, Generic Strategic Initiatives; Allan Slavsky, Sales Consultant;

b.  **Apotex**: Jeff Watson, President & COO; Beth Hamilton, Vice President, Generic Product Sales; Jim Van Lieshout, Trade and Industry Relations; Tina Kaus, National Accounts Director; Tom Axner, National Sales Director, Distribution; Sam Boulton, Director, National Accounts; Ellen Guttenberg, Director, Marketing; Bob Simmons, National Director

c.  **Aurobindo:** Scott White, President; Corinne Hogan, VP Sales & Marketing; Geoff Rouse, Director of Sales; Patricia O'Malley, Director, Sales & Marketing Operation; Paul McMahon, Senior Director, Commercial Operations; Stuart Blaken Director, National Accounts;

d.  **Dr. Reddy's:** Cindy Stevens, Director, National Accounts; Jake Austin, VP, US Sales; John Adams, Senior Vice President, Commercial Operations; Trish Wetzel, Senior Director, National Accounts; Amit Patel, Senior Vice President & Head, North American Generics; Bob Rodowicz, Director, Institutional Sales & Marketing; Hillary Steele, Associate Director, Marketing Communications;

e.  **Fougera:** Christopher Bihari, National Sales Director; Kian Kazemi, Senior Vice President, Sales; Karen Paganuzzi, Product Manager; Anthony Thomassey, Director, National Accounts;

f.  **G&W Laboratories:** Kurt Orlofski, Chief Executive Officer; Jan Bell, National Account Manager, Managed Care; Jim Grauso, EVP, N.A. Commercial Operations; Joel Zaklin, Vice President, Sales and Marketing; Tom Faig, National Account Manager;

g.  **Glenmark:** Dave Irwin, Director of Sales; Jeff Johnson, Director, Sales & Marketing; Jessica Cangemi, Director, Sales & Marketing; Jim Brown, Vice President, Sales; Steve Goodman, Director of Marketing - Generics; Terry Coughlin, Executive Vice President and Chief Operating Officer; Pault Dutra, Executive Vice President;

h.  **Heritage**: Jason Malek, President; Jeff Glazer, Chief Executive Officer; Matt Edelson, Senior Director of Sales; Chip McCorkle, Director National Accounts;

i.  **Lannett**: Arthur Bedrosian, President & Chief Executive Officer; Tracy DiValero, National Account Manager; Rich Matchett, Director, Sales; Jolene McGalliard, National Account Manager; Dwight Nix, Director, National Accounts; Kevin. Smith, Vice President, Sales & Marketing;

j.  **Mylan**: Danielle Barill, Key Account Manager; J. Mark Bover, Senior Director, Pricing & Contracts; Joseph Duda, Director, Pricing & Contracts; Matt Erick, President, Mylan North America & Brazil, Edgar Escoto, Director, National Accounts; Jon Kerr, Director,

Case 2 Case 2 100bs032514-Df01rim Documen140075261led 01/28/201 Page 4 of 103 # 1153

National Sales; Dan King, Director, National Accounts; Kevin McElfresh, Executive Director, National Accounts; Dave Workman, Strategic Pricing and Contracts;

k.   **Par**: Karen O'Connor, Vice President, National Accounts; Michael Altamuro, Vice President, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Michael Burton, Vice President, National Accounts; Paul Campanelli, President & CEO (Endo); Kevin Campbell, Vice President, Sales & Marketing; Rick Guillory, Vice President, National Accounts; Jon Holden, Vice President Sales; Rich Franchi, Vice President, Sales (DAVA); John Klein, Chair and CEO (DAVA); Lenora Klein, Executive Vice President, Sales and Marketing (DAYA); Justin McMcManus, Senior Director, Sales & Business Development (DAVA); Kim Rothofsky, Senior Director, Trade Relations (DAVA); Sandra Bayer, Sr. Director, National Accounts (Qualitest); James Burnett, National Accounts Manager (Qualitest); Gary Larson, National Accounts Manager (Qualitest); Lori Minnihan, Associate Director, Trade Pricing Operations (Qualitest); Charles Propst, Vice President (Qualitest);

l.   **Perrigo**:  Andrea Felix, National Account Executive; Shelly Snyder, National Account Manager; Tony Polman, National Account Manager; H. James Booydegraaf, Associate Director, Marketing; Ori Gutwerg, National Account Executive; Sharon Kochan, Executive Vice President & GM Perrigo Pharmaceuticals; Matthew Strzeminski, National Account Executive; John Wesolowski, Executive Vice President, President Rx;

m.   **Sandoz**: Armando Kellum, Vice President, Sales & Marketing; Della Lubke, Director, National Account; Steven Greenstein, Director, Key Customers; Luis Jorge, Director of Marketing; Monika Misiuta, Director, Marketing; Chris Neurohr, Director, National Accounts; Dave Picard, SVP, Global Generic Pharmaceuticals;

n.   **Sun**: Wayne Fallis, Director, National Accounts; Steven Smith, Sr. Director of Sales; Thomas Versosky, President;

o.   **Taro**:  Doug Statler, Senior Director, Head of Sales; Howard Marcus, Vice President, Sales & Marketing; James Josway, Vice President, RX Sales; Scott Brick, Manager, National Accounts; Sheila Curran, Vice President, Sales Operations; Elizabeth Guerrero, Director, Corporate Accounts, Managed Care; Bill Seiden, Vice President, U.S. Sales & Marketing;

p.   **Teva**: Jessica Peters, National Accounts Manager; Kevin Green, Associate Vice President, National Accounts; Madalen Renner, National Account Manager; Teni Coward, Senior Director Sales and Trade Relations; Darren Alkins, Vice President, Pricing & Contracts; Christine Baeder, SVP Customer and Marketing Operations; Maureen Cavanaugh, Chief Operating Officer NA Gx; Timothy Crew, SVP North American Generics; Robert Cunard; VP Sales;  Kevin Galownia; Senior Director, Pricing; Jonathan Kafer, EVP, Sales and Marketing; Teri Mouro Sherman, Director, National Accounts; Dave Rekenthaler, VP Sales; Michael Sine, Sr. Director, Corporate Account Group;

Case 2:2-cv-01656-BMC-ST Document 107-5 Filed 01/28/21 Page 5 of 123 #: 1154

q.      **West-Ward**: Jason Grenfell-Gardner, Senior Vice President, Sales & Marketing; Luis Velez, Senior Director of Sales; Mark Ritchey, Vice President, Sales; Paul Markowitz, Director, National Accounts; Tariq Al Tayeb, Manager, Sales & Marketing; Brian Hoffman, VP Business Development; and

r.      **Zydus**: Michael Keenley, President; Ganesh Nyak, Chief Operating Officer & Executive Director; Sharvil Patel, Managing Director; Barbara Purcell, SVP U.S. Diversified Products; Karen Strelau, Executive Vice President, Sales & Marketing; Laura Short, Vice President Sales

**GPhA 2010 Fall Technical Conference** – Bethesda, Maryland (October 19-21, 2010):

a.      **Actavis;**
b.      **Akorn/Hi-Tech;**
c.      **Amneal;**
d.      **Aurobindo;**
e.      **Dr. Reddy's;**
f.      **Fouguera;**
g.      **Glenmark;**
h.      **Lannett;**
i.      **Lupin;**
j.      **Mylan/UDL;**
k.      **Perrigo;**
l.      **Sandoz;**
m.      **Strides;**
n.      **Sun;**
o.      **Taro;**
p.      **Teva;**
q.      **Upsher-Smith;**
r.      **Versapharm;**
s.      **West-Ward;** and
t.      **Zydus.**

**GPhA Annual Meeting** – Orlando, Florida (February 16-18, 2011):

a.      **Actavis;**
b.      **Akorn/Hi-Tech;**
c.      **Apotex;**
d.      **Ascend;**
e.      **Aurobindo;**
f.      **Breckenridge;**
g.      **Dr. Reddy's;**
h.      **Fouguera;**
i.      **Greenstone;**

Case 2:18-sev-06658-02814-DMR Document 1407-52 Filed 01/28/20 Page 6 of 123#: 1155

j.    **Heritage;**
k.    **Impax;**
l.    **Lupin;**
m.    **Mallinckrodt;**
n.    **Mylan/UDL;**
o.    **Par;**
p.    **Sandoz;**
q.    **Taro;**
r.    **Teva;**
s.    **Versapharm;** and
t.    **West-Ward.**

**ECRM EPPS Retail Pharmacy Conference** – Champions Gate, Florida (March 6-10, 2011):

a.    **Actavis;**
b.    **Apotex;**
c.    **Amneal;**
d.    **Ascend;**
e.    **Aurobindo;**
f.    **Breckenridge;**
g.    **Camber;**
h.    **Dr. Reddy's;**
i.    **Fougera;**
j.    **Glenmark;**
k.    **Greenstone;**
l.    **Heritage;**
m.    **Hi-Tech;**
n.    **Impax;**
o.    **Lupin;**
p.    **Par/Endo;**
q.    **Perrigo;**
r.    **Sandoz;**
s.    **Sun;**
t.    **Taro;**
u.    **Teva;**
v.    **Upsher-Smith;**
w.    **Wockhardt;**
x.    **West-Ward;** and
y.    **Zydus.**

Case 2:18-md-02819-DRHJ Document 407-52 Filed 01/28/20 Page 7 of 173 # 1156

**NACDS Annual Meeting** – Scottsdale, Arizona (2011):

a. **Actavis**: Andrew Boyer, EVP, Commerical Operations; Sigurdur Olafsson, President, Chief Executive Officer; Michael Baker, Executive Vice President, Trade Sales and Development; Paul Bisaro, President and Chief Executive Officer; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Operations; John Shane, Director, Trade Relations; Allan Slavsky, Sales Consultant;

b. **Apotex**: Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National Accounts; Lyndon Johnson, Senior Vice President, Sales and Marketing; Jeff Watson, President & COO; Beth Hamilton, Vice President, Generic Product Sales;

c. **Aurobindo**: Corrine Hogan, VP Sales & Marketing; Scott White, President;

d. **Dr. Reddy's**: Amit Patel, Senior Vice President & Head, North American Generics; John Adams, SVP, Commercial Operations; Jeff Burd, SVP, Commercial Operations; Gary Benedict, Executive Vice President; Satish Reddy, Chief Operating Officer;

e. **Fougera**: Steve Andrzejewski, CEO; Kian Kazemi, Senior Vice President, Sales; Anthony Thomassey, Director, National Accounts;

f. **Glenmark**: Paul Dutra, Executive Vice President;

g. **Impax**: Doug Boothe, President Generics Division;

h. **Mylan**: Robert Potter, Head of Global Sales Excellence; Anthony Mauro, Chief Commercial Officer; Matt Erick, President, Mylan North America & Brazil; Debra O'Brien, Chief Marketing Officer; Lloyd Sanders; Chief Operating Officer;

i. **Par**: Paul Campanelli, President & CEO (Endo); Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales;

j. **Perrigo**: Sharon Kochan, Executive Vice President & GM Perrigo Pharmaceuticals; Richard McWilliams, Senior Vice President & General Manager; Jim Tomshack, Senior Vice President, Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Executive Vice President, President Rx; Philip Willis, Innovation and Marketing Strategy; Chris Neurohr; Director, National Accounts;

k. **Sandoz**: Don DeGolyer, Chief Executive Officer & Board Director; Jeff George, CEO; Steven Greenstein, Director, Key Customers; Armando Kellum, Vice President, Sales & Marketing; Paul Krauthauser, Senior Vice President, Commercial Operations; Della Lubke, Director, National Accounts;

l. **Taro**: Jim Kedrowski, Interim CEO; Mitchell Bashinsky, Business Development; Jim Josway, Vice President, RX Sales; Bill Seiden, Senior Vice President, U.S. Sales & Marketing;

m. **Teva**: Theresa Coward, Senior Director Sales & Trade Relations; Maureen Cavanaugh, Chief Operating Officer, North America Generics; Jonathan Kafer, Executive Vice President, Sales and Marketing; Darren Alkins, Vice President, Pricing & Contracts; Timothy Crew, SVP North American Generics; Robert Cunard, VP Sales; John Denman, SVP, Sales & Marketing;

n. **Upsher-Smith**; and

o. **Zydus**: Joseph Renner, Chair of the Board; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

**HDMA 2011 Business Leadership Conference** – Phoenix, Arizona (June 6-7, 2011):

a. **Actavis**: Michael Baker, Executive Vice President, Trade Sales and Development; John Shane, Director, Trade Relations;

b. **Amneal**: Thomas Balog; Jim Luce, Executive Vice President, Sales and Marketing; Stephen Rutledge, Vice President of Sales

c. **Apotex**: Beth Hamilton, Director, National Sales; James Van Liesbout, Vice President Retail Sales; Jeff Watson, Chief Commercial Officer;

d. **Dr. Reddy's**: John Adams, Vice President, Sales and Marketing, North America Generics; Jake Austin, Regional Account Manager; Jeff Burd, Sr. Director, Generics Rx Marketing, North America; Venkata Jayanti, Associate Director, Rx Generics; Tom McMullen, Director, National Accounts; Katherine Neely, Associate Director, Generics Rx Marketing, North America; Robert Rodowicz, Director, National Accounts; Cindy Stevens, Senior Director of National Accounts; Tricia Wetzel, Senior Director, National Accounts;

e. **Fougera**: Kian Kazemi, Senior Vice President, Sales; Christopher Bihari, National Accounts Executive; David Klaum, Senior Vice President and General Manager;

f. **Greenstone**: Lori LaMattina, Sales Operations Manager; Jill K. Nailor, Senior Director of Sales and National Accounts; Robert Sanderson, National Account Director; Robin Strzeminski, National Account Director; Kevin Valade, National Account Director; Vristine Versichele, National Account Director; Gregory Williams, National Account Director;

g. **Lannett**: Richard Matchett, National Account Manager; Kevin Smith, Vice President, Sales & Marketing;

h. **Mylan**: Danielle Barill, Key Account Manager; Edgar Escoto, Director, National Accounts; Jonathan Kerr, Vice President, Sales; Stephen Krinke, National Account

Case 2:21-cv-01690-DRH-ST Document 1-20 Filed 03/28/21 Page 3 of 73 PageID #: 1158

Manager; James Nesta, Director, National Accounts; Stephen Stone, Director, National Accounts; Thomass Theiss, National Accounts Manager, Trade Relations; Gary Tighe, Director, Industry Relations; Ashley Vitale, Project Manager, Sales & Marketing;

i.    **Par**: Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Rich Franchi, Vice President, Sales; Rich Franchi, VP, National Accounts (DAVA); Justin McManus, Regional Account Manager (DAVA); Rick Pallokat, Senior Vice President (DAVA); Sandra Bayer, National Accounts Manager; Robert Enserro, Manager, Trade Relations and National Accounts;

j.    **Sandoz**: Steven Greenstein, Director, National Accounts; Armando Kellum, Director, Contracts & Pricing; Paul Krauthauser, Director, National Accounts; Della Lubke, Director, National Accounts; Christopher Neurohr, Director, National Accounts; Rich Tremonte, Vice President, Sales & Marketing;

k.    **Sun**: Susan Knoblauch, Sales Manager; Anand Shah, Sr. Manager, Sales Operations; Steven Smith, Corporate Account Manager;

l.    **Teva**: Theresa Coward, Senior Director of National Sales; Jonathan Kafer, Vice President, Sales and Marketing; Robert Cunard, Vice President, Sales; John Denman, SVP, Sales & Marketing; Andrew Boyer, Senior Vice President, Generic Sales and Marketing; Kevin Green; National Account Manager; Jeffrey Herzfeld, Senior Vice President, Commercial Operations and America Strategy; Jeff McClard, Director, National Accounts; Jessica Peters, National Account Manager; Allan Slavsky, Vice President, Sales;

m.    **VersaPharm**: Stephen McCune, Chief Sales and Marketing Officer; Grace Wilks, Manager, Pricing, Contracts, Government and National Accounts; and

n.    **Zydus**: Kristy ·Ronco, Director, National Accounts and Customer Marketing; Laura Short, Director, National Accounts and Customer Strategy; Karen Strelau, Vice President, Sales.

**NACDS 2011 Pharmacy & Technology Meeting** – Boston, Massachusetts (August 27-30, 2011):

a.    **Actavis**: Andrew Boyer, EVP, Commercial Operations; Sigurdur Olafsson, Chief Executive Officer; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Operations; John Shane, Director, Trade Relations; Allan Slavsky, Sales Consultant; Napoleon Clark, Vice President, Marketing; Lisa Fiveash, National Account Representative; Anthony Giannone, Executive Director Sales; Maureen Meehan, Director, National Accounts; Diane Miranda, Vice President, Distribution Services and Generic Marketing; Toni Picone, Marketing Manager; Vince Rinaudo, Director, National Accounts; Gary Salter, Director, National Accounts; David Schmidt, Director, National Accounts; Ara Aprahamian, Vice President, Sales & Marketing; Thad Demos, National Accounts Manager; Michael Dorsey, Director, National Accounts; Jinping McCormick, VP, Rx Sales & Marketing, Generics, US; Lisa Pehlke, Director,

Corporate Accounts; Michael Perfetto, Chief Commercial Officer Generic RX/OTC, US and Canada;

b.   **Apotex**: Tom Axner, National Sales Director, Distribution; Tim Berry, Tim, National Account Manager; Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National Accounts; Jeff Watson, President & COO; Beth Hamilton, Vice President, Generic Product Sales; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Niki Hinman-Smock, National Account Manager; Tina Kaus, National Account Director; Karen Rice, Marketing Manager; Bob Simmons, National Account Director; James Van Lieshout, Vice President, Trade and Industry Relations;

c.   **Aurobindo**: Corrine Hogan, VP Sales & Marketing; Scott White, President; Stuart Blake, Director, National Accounts; Patricia O'Malley, Director, Sales & Marketing Operations; Geoff Rouse, Director of Sales;

d.   **Dr. Reddy's**: Amit Patel, Senior Vice President & Head, North American Generics; John Adams, SVP, Commercial Operations; Jeff Burd, SVP, Commercial Operations; Jake Austin, VP, US Sales; Nimish Muzumdar, Director of Marketing; Katherine Neely, Associate Director Rx Generics; Katherine Neely, Associate Director Rx Generics; Robert Rodowiz, Director, Institutional Sales & Marketing; Hillary Steele, Associate Director, Marketing Communications; Cindy Steven, Director, National Accounts; Tricia Weitzel, Senior Director, National Accounts, Rx Mid-West;

e.   **Fougera**: Kian Kazemi, Senior Vice President, Sales; Anthony Thomassey, Director, National Accounts; Christopher Bihari, National Sales Director; Stephen Haag; National Accounts Executive; Brian Markison, CEO; Jeff Wasserstein, Senior Vice President Business Development;

f.   **Glenmark**: Paul Dutra, Executive Vice President; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; David Irwin, Director, Sales; Stephanie Picca, Manager, Sales and Marketing; Teny Coughlin, Executive Vice President and Chief Operating Officer;

g.   **G&W Laboratories**: Erika Vogel-Baylor, Vice President, Sales & Marketing; Kurt Orlofski, CEO; Thomas Faig, National Account Manager; James Grauso, EVP, N.A. Commercial Operation; Joel Zaklin, Vice President, Sales and Marketing;

h.   **Heritage**: Jeffrey Glazer, Chair & CEO; Jason Malek, President; Matt Edelson, Senior Director of Sales; Anne Sather, National Account Manager; Neal O'Mara, National Account Manager; Chip McCorkle, Director, National Accounts; Neal O'Mara, National Accounts Manager;

i.   **Lannett**: Tracy DiValero, National Account Manager; Rich Matchett, Director, Sales; Jolene McGalliard, National Account Manager; Dwight Nix, Director, National Accounts; Kevin Smith, Vice President, Sales & Marketing;

Case 2:Case2016-md-02724-CMR Document1200Filed 01/28/20 Page11of173#: 1160

j.    **Mylan**: Robert Potter, Head of Global Sales Excellence; Anthony Mauro, Chief Commercial Officer; Danielle Barill, Key Account Manager, J. Mark Bover, Senior Director, Pricing & Contracts; Edgar Escoto, Director, National Accounts; Jon Kerr, Director National Sales; Kevin McElfresh, Executive Director, National Accounts; Sean Reilly, National Account Manager; Gary Tigh, Director National Accounts; Dave Workman, Vice President, Strategic Pricing and Contracts;

k.    **Par**: Paul Campanelli, President & CEO (Endo); Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Michael Burton, Vice President, National Accounts; Rick Guillony, Vice President, National Accounts; Jon Holden, Vice President, Sales; Karen O'Connor, Vice President, National Accounts; Sandra Bayer, Sr. Director, National Accounts (Qualitest); James Burnett, National Accounts Manager (Qualitest); Gary Larson, National Accounts Manager (Qualitest); Lori Minnihan, Associate Director, Trade Pricing Operations (Qualitest); Charles Propst, Vice President (Qualitest); Warren Pefley, VP, Sales & Marketing (Qualitest);

l.    **Perrigo**: Sharon Kochan, Executive Vice President & GM Perrigo Pharmaceuticals; John Wesolowski, Executive Vice President, President Rx; H. James Booydegraaft: Associate Director, Marketing; Andrea Felix, National Account Executive; Chris Owens, Customer Business Manager; Tony Polman, National Account Manager; Anthony Schott, National Account Mnaager, Retail; Shelly Snyder, National Account Manager;

m.    **Sandoz**: Don DeGolyer, Chief Executive Officer & Board Director; Jeff George, CEO; Steven Greenstein, Director, Key Customers; Armando Kellum, Vice President, Sales & Marketing; Paul Krauthauser, Senior Vice President, Commercial Operations; Della Lubke, Director, National Accounts;

n.    **Sun**: Wayne Fallis, Director, National Accounts; Thomas Versosky, President; Donna Hughes, National Account Manager;

o.    **Taro**: Mitchell Bashinsky, Business Development; Jim Josway, Vice President, Rx Sales; Bill Seiden, Senior Vice President, U.S. Sales & Marketing; Scott Brick, Manager, National Accounts; Howard Marcus, VP Sales & Marketing; Brant Schofield, Vice President, Sales & Marketing;

p.    **Teva**: Theresa Coward, Senior Director Sales & Trade Relations; Maureen Cavanaugh, Chief Operating Officer, North America Generics; Danen Alkins, Vice President, Pricing & Contracts; Timothy Crew, SVP North American Generics; Robert Cunard, VP Sales; John Denman, SVP, Sales & Marketing; Christine Baeder; SVP Customer and Marketing Operations; Kevin Green, Associate Vice President, National Accounts; Teri Mauro Sherman, Director, National Accounts; Jessica Peters, Director, Trade Operations; Dave Rekenthaler, VP Sales;

q.    **West-Ward**: Jason Grenfell-Gardner, Senior Vice President, Sales & Marketing; Luis Velez, Senior Director of Sales; Mark Ritchey, Vice President, Sales; Paul Markowitz,

Case 2:2ase cv-0626324-CMRm Documental.0075267 Filed 01/08/20 of Page P2aof 7i3 #: 1161

Director, National Accounts; Tareq Darwazeh, National Account Senior Manager; Spiro Gavaris, Vice President, Sales and Marketing; and

r.  **Zydus**: Joseph Renner, Chair of the Board; Kristy Ronco, Vice President, Sales; Jack Bleau, Director of Trade; Michael Keenley, President; Ganesh Nayak, Chief Operating Officer & Executive Director; Sharvil Patel, Managing Director; Elizabeth Purcell, Sr. Director, Marketing and Portfolio Management; Lisa Ribando, Senior Contact Manager; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

**ECRM EPPS Retail Pharmacy Conference** – Atlanta, Georgia (January 29-February 1, 2012):

a.  **Actavis;**
b.  **Akorn;**
c.  **Amneal;**
d.  **Apotex;**
e.  **Ascend;**
f.  **Aurobindo;**
g.  **Breckenridge;**
h.  **Camber;**
i.  **Dr. Reddy's;**
j.  **Epic;**
k.  **Fougera;**
l.  **Greenstone;**
m.  **Heritage;**
n.  **Hi-Tech;**
o.  **Impax;**
p.  **Lupin;**
q.  **Mallinckrodt;**
r.  **Par/Endo;**
s.  **Perrigo;**
t.  **Sandoz;**
u.  **Sun;**
v.  **Taro;**
w.  **Teva;**
x.  **Upsher-Smith;**
y.  **West-Ward;**
z.  **Wockhardt;** and
aa.  **Zydus.**

Case 2:19-cv-06011-CJC Document 1-20 Filed 07/08/20 Page 13 of 73 Page ID #: 1162

**GPhA Annual Meeting** – Orlando, Florida (February 22-24, 2012):

a.    **Mylan/UDL;**
b.    **Par/Endo;**
c.    **Sandoz**; and
d.    **Teva.**


**NACDS Annual Meeting** – Palm Beach, Florida (April 24-27, 2012):

a.    **Actavis:** Andrew Boyer, EVP, Commercial Operations; Sigurdur Olafsson, Chief Executive Officer; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Operations; John Shane, Director, Trade Relations; Allan Slavsky, Sales Consultant; Michael Perfetto, Chief Commercial Officer Generic RX/OTC, US and Canada; Paul Bisaro, President and Chief Executive Officer; Robert Stewart, President and CEO;

b.    **Akorn/Hi-Tech;**

c.    **Alvogen;**

d.    **Amneal;**

e.    **Apotex**: Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National Accounts; Jeff Watson, President &  COO; Beth  Hamilton, Vice President, Generic Product Sales; James Van Lieshout,  Vice  President, Trade and Industry Relations; Peter  Hardwick,  Chief  Commercial  Officer; Lyndon Johnson, SVP, Sales & Marketing;

f.    **Aurobindo**: Robert Cunard, CEO; James Grauso, EVP, N.A. Commercial Operations;

g.    **Dr. Reddy's:** Amit Patel, Senior Vice President & Head, North American Generics; John Adams, SVP, Commercial Operations; Jeff Burd, SVP, Commercial Operations; Abhijit Murkerjee, President, Global Generics;

h.    **Fougera:** Kian Kazemi, Senior Vice President, Sales; Anthony Thomassey, Director, National Accounts; Christopher Bihari, National Sales Director; Brian Markison, CEO; Jeff Wasserstein, Senior Vice President Business Development; Jeff Bailey, Chief Operating Officer;

i.    **G&W Laboratories:** Erika Vogel-Baylor, Vice President, Sales & Marketing; Kurt Orlofski, CEO;

j.    **Glenmark:** Paul Dutra, Executive Vice President;

k.    **Greenstone;**

Case 2:Case 2e2ev2016-md2s352524-CvRminDocumentFileD0075267filed 01g08/26 orPage P4cgf173# 1163

l.     **Heritage;**

m.     **Impax:** Doug Boothe, President Generics Division;

n.     **Lupin;**

o.     **Mallinckrodt;**

p.     **Mylan/UDL:** Robert Potter, Head of Global Sales Excellence; Anthony Mauro, Chief Commercial Office; Joseph Duda, Director, Pricing and Contracts; Matt Erick, President, Mylan North America & Brazil;

q.     **Par/Endo:** Paul Campanelli, President & CEO (Endo); Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Thomas Haughey, President;

r.     **Perrigo:** Sharon Kochan, Executive Vice President & GM Perrigo Pharmaceuticals; John Wesolowski, Executive Vice President, President Rx; Joseph Papa, Chair and CEO; Jim Tomshack, Senior Vice President, Sales; Philip Wilis, Innovation and Marketing Strategy;

s.     **Sandoz:** Don DeGolyer, Chief Executive Officer & Board Director; Jeff George, CEO; Armando Kellum, Vice President, Sales & Marketing;

t.     **Sun;**

u.     **Taro:** Mitchell Bashinsky, Business Development ; Jim Josway, Vice President, Rx Sales; Bill Seiden, Senior Vice President, U.S. Sales & Marketing; Jim Kedrowski, Interim Chief Executive Officer; Russell Mainman, Director, Generic Business Unit;

v.     **Teva:** Theresa Coward, Senior Director Sales & Trade Relations; Maureen Cavanaugh, Chief Operating Officer, North America Generics; Danen Alkins, Vice President, Pricing & Contracts; Timothy Crew, SVP North American Generics; John Denman, SVP, Sales & Marketing; Christine Baeder; SVP Customer and Marketing Operations; Jonathan Kafer, EVP, Sales & Marketing; Jeremy Levin, President & CEO; William Marth, President & CEO North America and Europe, Heritage Pharma Holdings; Michael Sine, Sr. Director, Corporate Account Group;

w.     **Versapharm;**

x.     **Zydus:** Joseph Renner, Chair of the Board; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

<u>**HDMA 2012 Business Leadership Conference**</u> – San Antonio, Texas (June 13, 2012):

a.     **Actavis:** Michael Baker, Executive Vice President, Trade Sales and Development (Allergan); John Shane, Director, Trade Relations (Allergan); Jack Ericsson, Senior Regional Manager (Allergan); Michael Reed, Director, National Trade Accounts

Case 2:20-cv-01580-CMR Document 1-2 Filed 01/08/20 Page 15 of 73 #: 1164

(Allergan); Paul Reed, Senior Director, Trade Sales (Allergan); Carrie Wetzel, National Account Manager (Allergan);

b.  **Amneal:** Chip Austin, Mid Atlantic District Manager; Thomas Balog, Trade Consultant; Jim Luce, Executive Vice President, Sales and Marketing Stephen Rutledge; Vice President of Sales

c.  **Apotex:** Beth Hamilton, Director, National Sales; James Van Liesbout, Vice President Retail Sales; Jeff Watson, President;

d.  **Aurobindo**: Corrine Hogan, VP Sales & Marketing; Scott White, President;

e.  **Dr. Reddy's:** John Adams, Vice President, Sales and Marketing, North America Generics; Jake Austin, Regional Sales Manager; Katherine Neely, Associate Director, Generics Rx Marketing, North America; Amanda Rebnicky, Associate Director, Marketing; Robert Rodowicz, Director, National Accounts; Cindy Stevens, Senior Director of National Accounts; Tricia Wetzel, Senior Director, National Accounts;

f.  **Fougera:** Kian Kazemi, Senior Vice President, Sales; Christopher Bihari, National Accounts Executive; David Klamn, Senior Vice President and General Manager; Walter Kaczmarek, Vice President, National Accounts and Managed Markets;

g.  **Greenstone:** Lori LaMattina, Sales Operations Manager; Jull K. Nailor, Senior Director, Sales and National Accounts; Robin Strzeminski, National Account Director; Kevin Valade, National Account Director; Gregory Williams, National Account Manager

h.  **Heritage:** Jason Malek, President; Matt Edelson, Senior Director of Sales; Anne Sather, National Account Manager; Neal O'Mara, National Account Manager;

i.  **Lannett:** Kevin Smith, Vice President, Sales & Marketing; Lauren Carotenuto; Justin McManus, National Account Manager; Tracy Sullivan, National Account Manager;

j.  **Mylan/UDL:** Janet Bell, Key Accounts Manager; Edgar Escoto, Director, National Accounts; Charesse Forbes, Manager, Market Access Strategy; Stephen Krinke, National Account Manager; Kevin McElfresh, Executive Director, National Accounts; James Nesta, Director, National Accounts; Justin Punkett, Director, Trade Relations; Sean Reilly, Key Account Manager; Stephen Stone, Director, National Accounts; Thomas Theiss, Director, Trade Relations; Gary Tighe, Director, National Account; Lance Wyatt, Director, National Accounts;

k.  **Par/Endo:** Sandra Bayer, National Accounts Manager;

l.  **Sandoz:** Steven Greenstein, Director, National Accounts; Paul Krauthauser, Director, National Accounts; Della Lubke, Director, National Accounts; Christopher Neurohr, Director, National Accounts;

m.  **Sun:** Susan Knoblauch, Sales Manager; Anand Shah, Sr. Manager, Sales Operations; Steven Smith, Director of Sales;

Case 2:ev-2016-cv-03824-CMR Document 1200-3 Filed 01/08/20 Page 16 of 73 #: 1165

n.  **Teva:** Theresa Coward, Senior Director of National Sales; Andrew Boyer, Senior Vice President, Generic Sales and Marketing; Christopher Doerr, Associate Director, Trade Operations; Kevin Green; National Account Manager; Jeff McClard, Director, National Accounts; Jessica Peters, National Account Manager; David Rekenthaier, Director, National Accounts; Richard Rogerson, Director, Pricing; Teri Mauro Sherman, Director, National Accounts; Allan Slavsky, Vice President, Sales;

o.  **Valeant:** Asha Soto, Vice President, Trade Relations & Customer Operations; Cheryl Volker, Senior Manager, Customer Service;

p.  **VersPharm:** Stephen M. McCune, Chief Sales and Marketig Officer; Grace Wilks, Manager, Pricing, Contracts, Government and National Accounts

q.  **West-Ward:** Mark Boudreau, Executive Director of National Sales; John Kline, National Account Director; Joseph Ruhmel, National Account Director; Steven Snyder, National Account Director; and

r.  **Zydus:** Kristy Ronco, Director, National Accounts and Customer Marketing; Laura Short, Director, Associate Vice President, National Accounts and Customer Strategies; Karen Strelau, Vice President, Sales.

**NACDS 2012 Pharmacy and Technology Conference** – Denver, Colorado (August 25-28, 2012):

a.  **Actavis:** Andrew Boyer, EVP, Commercial Operations Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Operations; John Shane, Director, Trade Relations; Allan Slavsky, Sales Consultant; Michael Perfetto, Chief Commercial Officer Generic RX/OTC, US and Canada; Napoleon Clar, VP, Marketing; John Elliot, Manager, Marketing; Lisa Fiveash, National Account Representative; Anthony Giannone, Executive Director, Sales; Maureen Meehan, Director, National Accounts; Toni Picone, Marketing Manager; Vince Rinaudo, Director, National Accounts; David Schmidt, Director, National Accounts; Michael Baker, Executive Vice President, Trade Sales and Development; Ara Aprahamian, Vice President, Sales & Marketing; Steve Cohen, Vice President, National Accounts; Michael Dorsey, Director, National Accounts; Jinping McCormick, VP, Rx Sales & Marketing , Generics, US; Lisa Pehlke, Director, Corporate Accounts;

b.  **Apotex:** Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National Accounts; Beth Hamilton, Vice President, Generic Product Sales; James Van Lieshout, Vice President, Trade and Industry Relations; Tom Axner, National Sales Director, Distribution; Tim Berry, National Account Manager; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Tina Kaus, National Account Director; Bob Sinunons, National Account Director; Debbie Veira, National Account Manager; Pat Walden, Senior Marketing Manager;

c.  **Aurobindo:** Robert Cunard, CEO; James Grauso, EVP, N.A. Commercial Operations; Stuart Blake, Direcor, National Accounts; Geoff Rouse, Director of Sales;

Case 2:Case 2:18-cv-03524-CM-MDG Document 1-07-15526 Filed 01/08/20 Page 17 of 73#: 1166

d.    **Dr. Reddy's:** Jake Austin, VP, US Sales; Nimish Muzumdar, Director of Marketing; Katherine Neely, Associate Director Rx Generics; Amanda Rebricky, Associate Director, Marketing; Hillary Steele, Associate Director, Marketing Communications; Cindy Stevens, Director, National Accounts; Tricia Wetzel, Senior Director, National Accounts, Rx Mid-West; John Adams, SVP, Commercial Operations; Jeff Burd, SVP, Commercial Operations;

e.    **Fougera:** Kian Kazemi, Senior Vice President, Sales; Anthony Thomassey, Director, National Accounts; Christopher Bihari, National Sales Director; Ilene Russo, Product Manager;

f.    **Glenmark:** Paul Dutra, Executive Vice President; Mitchell Blashinsky, Business Development; Jessica Cangemi, Director, Sales & Marketing; Terry Coughlin, EVP and COO; David Irwin, Director of Sales; Lyndon Johnson, Director, Sales & Marketing; Jolene McGalliard, National Account Manager;

g.    **Heritage:** Robert Glazer, Chair & CEO; Jason Malek, President; Matt Edelson, Senior Director of Sales; Anne Sather, National Account Manager; Neal O'Mara, National Account Manager; Gina Gramuglia, National Account Manager;

h.    **Impax:** Doug Boothe, President Generics Division;

i.    **Lannett:** Arthur Bedrosian, President and Chief Executive Officer; Tracy DiValero, National Account Manager; Dwight Nix, Director, National Accounts; Kevin Smith, Vice President, Sales & Marketing; Laura Carotenuto, National Accounts Representative; Justin McManus, Senior Director, Sales & Business Development;

j.    **Mylan:** Robert Potter, Head of Global Sales Excellence; Joseph Duda, Director, Pricing and Contracts; Matt Erick, President, Mylan North America & Brazil; Mike Aigner, Director, National Accounts; John Barannick, Director, Trade Relations; Matt Cestra, Senior Director, Marketing; Rosalind Davis, Senior Manager, Contracts; Edgar Escoto, Director, National Accounts; Kevin McElfresh, Executive Director, National Accounts; Rob O'Neal, Head of Global Commercial Excellence & Incentive Comp; Sean Reilly, National Account Manager; Gary Tighe, Director National Accounts; Lance Wyatt, Director, National Accounts;

k.    **Par:** Paul Campanelli, President & CEO (Endo); Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Michael Burton, Vice President, National Accounts; Rick Guillory, Vice President, National Accounts; Jon Holden, Vice President, Sales; Karen O'Connor, Vice President, National Accounts; Rich Franchi, VP, Sales (DAVA); Kim Rothofsky, Senior Director, Trade Relations (DAVA); Sandra Bayer, Sr. Director, National Accounts (Qualitest); James Burnett, National Accounts Manager (Qualitest); Lori Minnihan, Associate Director, Trade Pricing Operations (Qualitest); Charles Propst, Vice President (Qualitest); Warren Pefley, VP, Sales & Marketing (Qualitest); Kelly Bachmeier, Director, National Accounts (Qualitest);

Case 2:Case 20-md-032524-CMRm Document 11005-20rfiled 01/08/20 ofPage 18 of173 #: 1167

Walter Busbee, Director of National Accounts (Qualitest); Spike Pannell, National Account Manager (Qualitest);

l.   **Perrigo:** John Wesolowski, Executive Vice President, President Rx; H. James Booydegraaff, Associate Director, Marketing; Andrea Felix, National Account Executive; Ori Gutwerg, National Account Executive; Katie McCormack, National Account Manager; Tony Pelman, National Account Manager; Shelly Snyder, National Account Manager;

m.   **Sandoz:** Armando Kellum, Vice President, Sales & Marketing; Steven Greenstein, Director, Key Customers; Della Lubke, Director, National Accounts; Chris Neurolu, Director, National Accounts;

n.   **Sun:** Wayne Fallis, Director, National Accounts; Thomas Versosky, President; Susan Knoblauch, Synior Manager, Sales; Grace Shen, VP, Marketing; Steven Smith, Sr. Director of Sales;

o.   **Taro:** Jim Josway, Vice President, Rx Sales; Bill Seiden, Senior Vice President, U.S. Sales & Marketing; Scott Brick, Manager, National Accounts; Sheila Curran, Vice President, Sales Operations; Howard Marcus, VP Sales & Marketing; Doug Statler, Sr. Director/Head of Sales;

p.   **Teva:** Theresa Coward, Senior Director Sales & Trade Relations; Maureen Cavanaugh, Chief Operating Officer, North America Generics; Darren Alkins, Vice President, Pricing & Contracts; Timothy Crew, SVP North American Generics; John Demnan, VP Sales & Marketing; Christine Baeder; SVP Customer and Marketing Operations; Christopher Doen-, Vice President, Trade Relations; Kevin Galownia, Senior Director, Pricing; Scott Goldy, Director, National Accounts; Kevin Green, Associate Vice President, National Accounts; Jennifer Guzman, Director, Marketing, Health Systems; Teri Moura Sherman, Director, National Accounts; Jessica Peters, Director, Trade Operations; Dave Rekenthaler, VP Sales;

q.   **West-Ward:** Jason Grenfell-Gardner, Senior Vice President, Sales & Marketing; Luis Velez, Senior Director of Sales; Mark Ritchey, Vice President, Sales; Paul Markowitz, Director, National Accounts; Ta.reg Darwazeh, National Account Senior Manager; Spiro Gavaris, Vice President, Sales and Marketing; Brittany Cummins, Territory Sales Representative; Brian Hoffmann, VP Business Development; and

r.   **Zydus:** Joseph Renner, Chair of the Board; Kristy Ronco, Vice President, Sales; Jack Bleau, Director of Trade; Michael Keenley, President; Patricia Kwilos, VP of Marketing; Ganesh Nayak, Chief Operating Officer & Executive Director; Sharvil Patel, Managing Director; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

**GPhA 2012 Technical Conference** – Bethesda, Maryland (October 1-3, 2012):

a.    **Actavis:** Joyce DelGaudio, Executive Director, Regulatory Affairs;

b.    **Akorn;**

c.    **Amneal;**

d.    **Apotex:** Bruce Clark, Senior Vice President, Scientific and Regulatory Affairs;

e.    **Ascend;**

f.    **Aurobindo;**

g.    **Breckenridge;**

h.    **Dr. Reddy's:** Nick Cappuccino, Vice-President and Head of Global Quality;

i.    **Fougera;**

j.    **Glenmark;**

k.    **Heritage;**

l.    **Impax:** Marcy Macdonald, Vice President Regulatory Affairs;

m.    **Lannett;**

n.    **Lupin;**

o.    **Mallinckrodt;**

p.    **Mylan:** Marcie McClintic, Vice President and General Counsel;

q.    **Par;**

r.    **Perrigo;**

s.    **Sandoz:** Don DeGolyer, President**;**

t.    **Strides;**

u.    **Sun;**

v.    **Taro;**

w.    **Teva:** Allan Oberman, President and CEO**;**

x.    **Upsher-Smith;**

y.    **Versapharm;**

z.    **Zydus.**

**HDMA 2012 Annual Board & Membership Meeting** – (October 5, 2012):

a.    **Amneal:** Jim Luce, Executive Vice President, Sales and Marketing; Stephen Rutledge, Vice President of Sales;

b.    **Mylan**: Robert Potter, Executive President, Sales & Channel Development; Joseph Duda, Vice President, Sales Operation; James Nesta, Executive Director, National Accounts; Robert O'Neil, Vice President Controller;

c.    **Par**: Scott Littlefield, National Account Director (Endo); and

d.    **Teva**: Christine Baeder, Senior Director, Customer Operations; Maureen Cavanaugh, Senior Vice President, Sales & Marketing; Theresa Coward, Senior Director of National Sales; and Christopher R. Doerr, Associate Director, Trade Operations.

**NACDS 2013 Regional Chain Conference** – (February 3-5, 2013):

a.  **Actavis:** Michael Baker, Executive Vice President, Trade and Sales Department, Executive Vice President, Trade Sales and Development; Paul Reed, Senior Director, Trade Sales and Development; and

b.  **Teva:** Theresa Coward, Senior Director Sales and Trade Relations.

**HDMA 2013 Specialty Pharmaceutical Supply Chain Issues & Trends Seminar** – (Feb. 12-13, 2013):

a.  **Apotex;**
b.  **Lannett;**
c.  **Mylan;**
d.  **Sandoz;** and
e.  **Teva**

**GPhA Annual Meeting** – Orlando, Florida (February 20-22, 2013):

a.  **Actavis:** Sigurdur Olafsson, President;
b.  **Akorn;**
c.  **Alvogen;**
d.  **Amneal;**
e.  **Apotex;**
f.  **Ascend;**
g.  **Aurobindo;**
h.  **Breckenridge;**
i.  **Dr. Reddy's;**
j.  **G&W Laboratories;**
k.  **Glenmark;**
l.  **Greenstone;**
m.  **Heritage;**
n.  **Impax;**
o.  **Lupin;**
p.  **Mallinckrodt;**
q.  **Mylan**: Anthony Mauro, President;
r.  **Par;**
s.  **Perrigo:** Douglas Boothe, President of Generics Division; Judy Brown, Chief Financial Officer; Joseph Papa, Chairman and CEO; Richard Stec, Vice President of Global and Regulatory Affairs;
t.  **Sandoz:** Donald DeGolyer, President & CEO;
u.  **Sun;**
v.  **Taro:** Kim DiPadova; Kal Sundaram, CEO;
w.  **Teligent (IGI Laboratories):** Jason Grenfell-Gardner, President and CEO;
x.  **Teva**:  Allan Oberman, President and CEO;

Case 2:Case 2:16-md-02724-CMRlmDocument Fil1007:20-ile06/18/20 or Page 21 of 73#: 1170

y.    **Versapharm**;
z.    **Wockhardt;** and
aa.   **Zydus.**


**ECRM Annual Retail Pharmacy Efficient Program Planning Session** – (February 24-27, 2013):

a.    **Actavis;**
b.    **Akorn;**
c.    **Amneal;**
d.    **Apotex;**
e.    **Ascend;**
f.    **Aurobindo;**
g.    **Breckenridge;**
h.    **Camber;**
i.    **Dr. Reddy's;**
j.    **Epic;**
k.    **Fougera;**
l.    **Greenstone;**
m.    **Heritage;**
n.    **Hi-Tech;**
o.    **Impax;**
p.    **Lupin;**
q.    **Mallinckrodt;**
r.    **Par/Endo;**
s.    **Perrigo:** Andrea Felix, National Account Executive; Katie McCormack, National Account Manager; Tonly Polman, National Account Executive;
t.    **Sandoz;**
u.    **Sun;**
v.    **Taro**: Doug Statler, Sr. Director/Head of Sales; Howard Marcus, VP Sales & Marketing; Scott Brick, Manager, National Accounts;
w.    **Teligent**: Jason Grenfell-Gardner, President and CEO; Shawn McMorrow, National Accounts Manager;
x.    **Teva;**
y.    **Upsher-Smith**;
z.    **West-Ward**;
aa.   **Wockhardt**; and
bb.   **Zydus.**

Case 2:20-cv-00565-DRH-SIL Document 1-1 Filed 01/28/20 Page 2 of 73 PageID #: 1171

**HDMA 2013 Supply Chain Security Seminar** – Wilmington, DE (May 14-15, 2013):

a.  **Actavis;**
b.  **Apotex;**
c.  **Sandoz; and**
d.  **Teva.**


**NACDS 2013 Annual Meeting** – Sands Expo Convention Center, Palm Beach, Florida (April 20-23, 2013):

a.  **Actavis**: Andrew Boyer, President and CEO, North America Generics; Sigurdur Olafsson, President, Global Generics Medicines; Robert Stewart, Chief Operating Officer; Michael Baker, Executive Vice President, Trade and Sales Department; Vivek Bachhawat, Vice President, Pacific; Paul Bisaro, Board Member; Jean-Guy Goulet, Regional President, Canada Generics; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Development; John Shane, Director, Trade Relations; Allan Slavsky, Sales Consultant;

b.  **Apotex**: Corey Anquetil, Director Strategic Sales, North America; Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National Accounts; Lyndon Johnson, Senior Vice President, Sales and Marketing; Jeff Watson, President Global Generics; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; David Kohler, Vice President and General Manager; Peter Hardwick, Senior Vice President, Sales and Marketing, Canada; Eric Organ, Vice President, Commercial Operations;

c.  **Amneal**: Jim Luce, Executive Vice President, Sales & Marketing; Chirag Patel, Co-CEO & Chairman; Chintu Patel, CEO & Co-Chairman; Stephen Rutledge, Vice President, Sales;

d.  **Aurobindo**: Robert Cunard, CEO; James Grauso, Executive Vice President, North America Commercial Operations;

e.  **Camber**: Brett Barczak, Director, Corporate Accounts; Kon Ostaficiuk, President;

f.  **Dr. Reddy's**: John Adams, Senior Vice President, Sales and Marketing; Jeff Burd, Vice President, Sales and Marketing; Gary Benedict, Executive Vice President;

g.  **G&W Laboratories**: Erika Baylor, Vice President, Sales and Marketing; Aaron Greenblatt, Chief Executive Officer; Kurt Orlofski, President & Chief Operating Officer;

h.  **Glenmark**: Jim Brown, Vice President, Sales; Mitchell Blashinsky, Vice President, Sales and Marketing; Paul Dutra, Executive Vice President;

Case 2:2cv-sev-2016-0u3-62524-CMR-m-Document-100-3526-Filed-0138/20-of-0138/20-Page-23-of-73-#: 1172

i. **Greenstone**: James Cannon, General Manager; Greg Williams; Director, National Accounts;

j. **Impax**: Doug Boothe, President Generics Division;

k. **Lupin**: Dave Berthold, SVP, Generics; Vinita Gupta, CEO; Robert Hoffman, EVP, U.S. Generics; Paul McGarty, President;

l. **Mallinckrodt**: Ginger Collier, Senior Director, Marketing; Walt Kaczmarek, Chief Operating Officer; Jane Williams, Vice President-Sales;

m. **Mylan**: Joseph Duda, President; Robert Potter, Senior Vice President, National Accounts and Channel Development, Senior Vice President of National Accounts and Channel Development; Anthony Mauro, Chief Commercial Officer; James Nesta, Vice President of Sales; Jeffrey May, Vice President, North America Product Strategy;

n. **Par**: Jon Holden, Vice President of Sales; Paul Campanelli, President; Michael Altamuro, Vice President Marketing and Business Analytics; Renee Kenney, Senior Advisor, Generic Sales; Scott Littlefield, Trade Director; Brent Bumpas, National Account Director, Trade;

o. **Perrigo:** Scott Jamison, Executive Vice President and General Manager; Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Joseph Papa, Chairman and CEO; Christian Strong, Senior Vice President, Diabetes Care; Jim Tomshack, Senior Vice President, Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Philip Willis, Innovation and Marketing Strategy;

p. **Sandoz**: Don DeGolyer, CEO; Jeff George, Global Head of Sandoz; Richard Tremonte, Senior Vice President, Global Generic Pharmaceuticals; Samuele Butera, Vice President and Head, Biopharmaceuticals; Dave Picard, Vice President, Biosimilars and Injectables;

q. **Sun:** GP Singh Sachdeva, President of Sun Pharmaceuticals, USA; Bill Everett, National Trade Account Manager;

r. **Taro**: Jim Kedrowski, Interim CEO; Ara Aprahamian, Vice President Sales and Marketing; Michael Perfetto, Chief Commercial Officer, Generics Rx OTC, US and Canada; Carlton Holmes, Vice President Marketing; Elizabeth Ivey, Vice President, Sales and Marketing;

s. **Teva**: Jeremy Levin, President and CEO; Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President

and Chief Operating Officer, North America Generics; Allan Oberman, President and CEO Teva Americas Generics; Jonathan Kafer, Executive Vice President, Sales and Marketing; Barry Fishman, President and CEO, Teva Canada; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; David Marshall, Vice President of Operations; Michael Sine, Director, Corporate Account Group; Douglas Sommerville, Senior Vice President and General Manager, Teva Canada;

t.  **Valeant**: Thomas Allison, Senior Director of National Accounts; Eddie Andruss, Assoc. Director of National Accounts; Sultana Kazanas, National Account Manager;

u.  **Versapharm**: Stephen McCune, Chief Sales & Marketing Officer;

v.  **Wockhardt:** Michael Craney, President of Sales & Marketing; and

w.  **Zydus**: Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

**<u>HDMA 2013 Business and Leadership Conference</u>** – Orlando, Florida (June 2-5, 2013):

a.  **Actavis**: Andrew Boyer, President and CEO, North America Generics, Marc Falkin, Vice President of Purchasing; Maureen Barrett, Director of National Accounts; Anthony Giannone, National Accounts Director;

b.  **Akorn/Hi-Tech;**

c.  **Amneal:** Marty Ross, Vice President, Sales Operations; Stephen Rutledge, Vice President Sales;

d.  **Alvogen:** William Hill, Vice President of Sales and Marketing;

e.  **Apotex**: Jeffrey Hampton, Vice President, Commercial Operations; Beth Hamilton, National Sales Director; James Van Lieshout, Vice President, Sales; David Rekenthaler, National Accounts Director; Jane Williams, Vice President Specialty Generic Sales;

f.  **Aurobindo**: Julie Faria, Senior Manager, Sales Operations and Contact Administration;

g.  **Citron**: Karen Strelau, Vice President, Sales; Laura Short, Associate Vice President, Sales;

h.  **Dr. Reddy's:** Victor Borelli, Vice President and Head, National Accounts, North America Generics; Michael Burton, Director National Accounts, Health Systems; Joshua Hudgens, Director of Purchasing; Patricia Wetzel Senior Director, National Accounts;

i.  **Glenmark**: Christopher Bihari, Director National Accounts;

j.  **Greenstone:** Lori LaMattina, Sales Marketing Manager; Jill K. Nailor, Senior Director, Sales and National Accounts; Robin Strzeminski, National Account Director; Kevin Valade, National Account Director; Gregory Williams, National Account Manager;

k.  **Heritage**: Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager;

l.  **Impax:** Gary Skalski ("Skalski"), Director of Sales; William Ball ("Ball"), Senior National Account Manager; Danny Darnell ("Darnell"), Senior National Account Manager; Todd Engle, Senior Director, Sales Operations;

m.  **Lannett**: Kevin Smith, Vice President of Sales; Grace Wilks, Director, Sales and Marketing; Tracy Sullivan, Director of National Accounts; Robert Foley, Marketing Manager;

n.  **Lupin**: Dave Berthold, VP, Sales, U.S. Generics; David Shirkey, National Accounts Manager; Lauren Walten, National Account Manager;

o.  **Mallinkrodt**: Steven Becker, National Account Director; Kian Kazemi, Director, Retail National Accounts – Specialty Generics; Jacob Longenecker, Product Manager, Specialty Generics; Jane Williams, Vice President, Sales – Specialty Generics;

p.  **Mylan**: Janet Bell, National Accounts Director; Joseph Duda, Vice President, North America Sales Operations and Customer Excellence; Edgar Escoto, National Accounts Director; Kevin McElfresh, Executive Director, National Accounts; James Nesta, Vice President of Sales; Robert O'Neill, Vice President; Sean Reilly, Key Account Manager; John Shane, Director of National Trade Accounts; Gary Tighe, National Accounts Director; Lance Wyatt, National Accounts Director; Michael Aigner, Director, National Accounts; John Baranick, Director, Trade Relations; Danielle Barill, Director, Sales Support and Customer Relations; Andrew Dobbs, Manager, Supplier Trade Relations; Richard Isaac, Senior Manager, Strategic Accounts; Christopher Neurohr, Director, National Accounts;

q.  **Par**: Jon Holden, Vice President of Sales; Sandra Bayer, National Accounts Manager; Peter Gargiulo, Director, National Accounts; Christopher Neurohr, Director, National Accounts; John Bullock, National Accounts Director;

r.  **Sandoz**: Alan Ryan, Associate Director, National Accounts; Dawn Doggett, National Trade Affairs Executive, Managed Markets;

s.  **Sun**: Scott Littlefield, Trade Director, National Account Director; Daniel Schober, Associate Vice President, Trade Sales; David Moody, CEO, Mutual; David Simoneaux, Marketing Coordinator, Mutual;

Case 2:Case 2:18-cv-06003-CMR Document 100-3 Filed 01/08/20 Page 26 of 73 # 1175

t.   **Teva**: Theresa Coward, Senior Director, National Sales; Sal Cuomo, Trade Account Director; Jeffrey Herzfeld, Senior Vice President, Commercial Operations and America Strategy; Jessica Peters, National Accounts Manager; Teri Sherman, National Accounts Director; Christine Baeder, Senior Director Customer Operations; Maureen Barrett, Director, National Accounts; Andrew Boyer, Senior Vice President, Generic Sales and Marketing; Marc Falkin, Vice President, Purchasing; Christopher Doerr, Director Trade Relations;

u.   **Valeant**: Cheryl Volker, Senior Manager, Customer Service;

v.   **VersaPharm:** Tara Demianyk, Pricing, Contracs and Sales Analyst; Stephen M. McCune, Chief Sales and Marketing Officer

w.   **West-Ward**: Mark Boudreau, Executive Director of National Sales; Paul Kersten, Vice President, Sales and Marketing; Neal Gervais, National Account Director; John Kline, National Account Director; Joseph Ruhmel, National Account Director; Marik Soudreau, Executive Director, National Sales; Steven Snyder, National Account Director; and

x.   **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, National Accounts Manager; Marc Kikuchi, Senior Vice President, Global Generics; Phyllis Kidder, Senior Vice President, Global Generics; Kristy Ronco, Associate Vice President, National Accounts.

**GPhA CMC Workshop** – Bethesda, Maryland (June 4-5, 2013):

a.   **Actavis**;
b.   **Apotex**: Kiran Krishnan, Vice President, Regulatory Affairs;
c.   **Breckenridge**;
d.   **Dr. Reddy's**: Nick Cappuccino, Vice-President and Head of Global Quality
e.   **Fougera**;
f.   **G&W Laboratories**;
g.   **Glenmark**;
h.   **Heritage**;
i.   **Hi-Tech**;
j.   **Impax**: Marcy Macdonald, Vice President Regulatory Affairs;
k.   **Lannett**;
l.   **Morton Grove**;
m.   **Mylan**;
n.   **Par**;
o.   **Perrigo**: Richard Stec, Vice President Global Regulatory Affairs;
p.   **Sandoz**: Alison Sherwood, Associate Director, Regulatory Affairs;
q.   **Sun**;
r.   **Taro**;
s.   **Teva**;

t.      **UDL (Mylan Institutional)**;

u.      **Upsher-Smith;** and,

v.      **Zydus.**

**NACDS 2013 Total Store Expo** – Sands Expo Convention Center, Las Vegas, Nevada (August 10-13, 2013):

a.      **Actavis**: Michael Baker, Executive Vice President, Trade and Sales Department; Andrew Boyer, President and CEO, North America Generics; Napolean Clark, Vice President of Marketing; Michael Dorsey, Director of National Accounts; Marc Falkin, Vice President of Purchasing; Anthony Giannone, National Accounts Director; Megan Gorman, Senior Marketing Manager; Maureen Meehan, Director of National Accounts; Cindy Stevens, Director of National Accounts; Nancy Baran, Director, Customer Relations; Kathleen Conlon, Director, Contract Administration; Lisa Fiveash, National Account Representative; Rob Hooper, Senior Marketing Manager; Richard Rogerson, Senior Director, New Products; Allan Slavsky, Sales Consultant; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Development; John Shane, Director, Trade Relations; Michael Dorsey, Director, National Accounts;

b.      **Akorn/Hi-Tech:** John Sabat, Sr. VP of National Accounts; M. Tranter, National Accounts Manager, Sales and Marketing; Mick McCanna, Account Manager;

c.      **Apotex**: Tom Axner, National Sales Director, Distribution; Tim Berry, National Account Manager; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Sam Boulton, Director, National Accounts; Jeffrey Hampton, Senior Vice President and National Manager, US and Latin America; Niki Hinman Smock, National Account Manager; David Kohler, Vice President and General Manager; Chirag Patel, Marketing Director, National Accounts; Shannon Price, Senior Marketing Director; Bob Simmons, National Accounts Director; Debbie Veira, National Accounts Manager; Pat Walden, Senior Marketing Manager; Corey Anquetil, Director, Strategic Sales National Accounts; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; Tina Kaus, National Accounts Director; James Van Lieshout, Senior Director, Commercial Operations; Pat Walden, Senior Marketing Manager;

d.      **Alvogen**: Michael Franks, Regional Vice President, Sales; Todd Graverson, Regional Vice President, Sales; Jeffrey Rumler, Executive Vice President, Sales and Marketing;

e.      **Amneal**: Andy Cline, Account Executive; David Hardin, National Accounts Manager; Liz Koprowski, National Account Manager; Jim Luce, Executive Vice President, Sales & Marketing; Brown Massey, Director, Sales; June Parker, National Accounts Manager; Chintu Patel, CEO & Co-Chairman; Chirag Patel, Co-CEO & Chairman; Becky Reece, Event Coordinator; Shannon Rivero, Vice President, Pricing & Analytics; Stephen Rutledge, Vice President, Sales; Kammi Wilson, Marketing Manager;

Case 2:Case 2:1:06-md-02819-CMR Document 1007 Filed 01/28/20 Page 28 of 73 #: 1177

f.  **Aurobindo**: Stuart Blake, Director, National Accounts; Robert Cunard, CEO; Patrick Santangelo, Senior Director, Sales; Anthony Thomassey, Director National Accounts;

g.  **Camber**: Brett Barczak, Director, Corporate Accounts; Megan Becker, Marketing Manager; Chris D'India, National Acocunt Manager; Stu Messinger, Director of National Accounts; Kon Ostaficiuk, President; Dan Piergies, Director, Sales Operations, Laura Ricardo, Director of Corporate Accounts; Clayton Smith, Account Manager;

h.  **Citron**: Vimal Kavuru, CEO;

i.  **Dr. Reddy's**: Chris Costa, Vice President of Sales; Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Nimish Muzumdar, Director of Marketing; Larry Knupp, Director of National Accounts; Gary Benedict, Executive Vice President; Umang Vohra, Executive Vice President and Head of North America Generics;

j.  **Fougera;**

k.  **G&W Laboratories**: Erika Baylor, Vice President, Sales & Marketing; Lauren Connolly, National Account Manager; Aaron Greenblatt, Chief Executive Officer; Kurt Orlofski, President & Chief Operating Officer; Michelle Sisco, Sales Analyst;

l.  **Glenmark**: Jim Brown, Vice President, Sales; Mitchell Blashinsky, Vice President, Sales and Marketing; Paul Dutra, Executive Vice President; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; David Irwin, Director, Sales; Stephanie Picca, Manager, Sales and Marketing; Terry Coughlin, Executive Vice President and Chief Operating Officer;

m.  **Greenstone**: James Cannon, General Manager; Linda Hannemann; Lori Lamattina, Sales Operations Manager; Jill Nailor, Sr. Director Sales and National Accounts; Robin Strezeminski, National Account Director; Kevin Valade, National Account Director, Christine Versichele, Director of U.S. Generic Channel Strategies; Christopher Weller, Senior Manager, Marketing & Strategy; Greg Williams, Director, National Accounts;

n.  **Heritage**: Allen Dunehew, President and CEO; Matt Edelson, Senior Director of Sales; Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager; Gina Gramuglia, Commercial Operations;

o.  **Impax:** Chris Gerber, Director of Pricing and Contracts; Italo Pennella, Account Manager; Dan Rozmiarek, Account Manager;

p.  **Lannett**: Arthur Bedrosian, President and CEO; William Schreck, Chief Operating Officer; Justin McManus, Director, National Accounts; Kevin Smith, Vice President,

Sales and Marketing; Tracy Sullivan, National Accounts Manager; Lauren Carotenuto, National Accounts Representative; Michael Block, Business Development Manager;

q.   **Lupin**: Dave Berthold, SVP, Generics; Robert Hoffman, EVP, U.S. Generics; Paul McGarty, President; Steve Randazzo, SVP; David Shirkey, National Account Manager; Lauren Walten, National Account Manager;

r.   **Mallinckrodt**: Scott Parker, Director of Trade, Brand Pharmaceuticals; Steve Becker, Director of National Account; Lisa Cardetti, National Account Manager; Ginger Collier, Senior Director, Marketing; Joe Duarte, Director, Access Marketing; Walt Kaczmarek, Chief Operating Officer; Kian Kazemi, Vice President, Sales; Marc Montgomery, Director of Marketing; Bonnie New, National Account Manager; Pete Romer, National Account Manager; Kevin Vorderstrasse, Director Strategic Marketing; Jane Williams, Vice President-Sales;

s.   **Mylan**: James Nesta, Vice President of Sales; Michael Aigner, Director, National Accounts; Joseph Duda, President; Kevin McElfresh, Executive Director, National Accounts; Robert O'Neill, Vice President; Robert Potter, Senior Vice President, North America and Channel Development; Lance Wyatt, National Accounts Director; Matt Cestra, Senior Director Marketing; Rodney Emerson, Director, Pricing and Contracts; Edgar Escoto, National Accounts Director; Stephen Krinke, National Accounts Manager; Damon Pullman, West Regional Account Manager; Sean Reilly, Key Account Manager; John Baranick, Director, Trade Relations; Shane Bartolo, Senior Specialist, Sales Administration; Vive Bridges, Senior Director of Global Events; Martin Fletcher, Senior Director, Commercial Business and Purchasing; Ron Graybill, Vice President Managed Markets; Adrienne Helmick, Associate Product Manager, Marketing; Chad Holland, Vice President, Commercial Operations; Heather Paton, Vice President Sales; Bipan Singh, Director, Marketing; Tom Theiss, Director, Trade Relations; Christine Waller, Senior Manager, North America Communications;

t.   **Par**: Jon Holden, Vice President of Sales; Michael Altamuro, Vice President Marketing and Business Analytics; Renee Kenney, Senior Advisor, Generic Sales; Senior Advisor Generic Sales; Karen O'Connor, Vice President, National Accounts; Rick Guillory, Vice President of National Accounts; Gerald Burton, Vice President of National Accounts; Christine Caronna, Director National Accounts; Rich Franchi, Vice President, Sales; Kim Rothofsky, Senior Director, Trade Relations; Scott Littlefield, Trade Director; Brent Bumpas, National Account Director, Trade; Kevin O'Brien, Senior Director Payer Markets; Warren Pefley, Vice President, Sales and Marketing; Charles "Trey" Probst, Vice President; Kelly Bachmeier, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; James Burnett, National Accounts Manager; Walter Busbee, Director National Accounts; Lori Minnihan, Associate Director, Trade Pricing Operations; Spike Pannell, National Account Manager; Sandra Parker, Deputy Compliance Officer; Michael Reiney, Vice President, Purchasing; Jeremy Tatum, Director, Market Insights; Darren Hall, Director, National Accounts;

Case 2:18-md-02819-NGG-LB   Document 12075-2   Filed 01/08/21   Page 30 of 73 PageID #: 1179

u.  **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Christian Strong, Senior Vice President, Diabetes Care; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Philip Willis, Innovation and Marketing Strategy; Tom Cotter, Vice President, OTC Marketing; Andrea Felix, National Account Executive; Kara Goodnature, Marketing Manager; Ori Gutwarg, National Account Executive; Pete Haakenstad, National Account Manager; Larry Hudson, Animal Health; H. James Booydegraaff, Associate Director, Marketing; Andy Kjeelberg, Vice President, Consumer Healthcare Sales; John Klingenmeyer, Vice President, Consumer Healthcare Sales; Shelley Kocur, Senior Director, Service and Customer Supply Chains; Elizabeth Lowney, Strategic and Pipeline Plan Manager; Katie McCormack, National Account Manager; Richard McWilliams, Senior Vice President and General Manager; Kristine Milbocker, Trade Relations Planner; Troy Pelak, Vice President, Consumer Healthcare Sales; Tony Polman, National Account Executive; Neal Wilmore, Vice President Commercial Operations, Animal Health; Michael Yacullo, Vice President, Consumer Healthcare Sales; Tom Zimmerman, Vice President and General Manager;

v.  **Sandoz**: Peter Goldschmidt, President Sandoz US and Head North America; Armando Kellum, Vice President, Sales and Marketing; Paul Krauthauser, Senior Vice President, Sales and Marketing; Della Lubke, National Account Executive; Steven Greenstein, Director, Key Customers; Christopher Bihari, Director, Key Customers; Anuj Hasija, Executive Director, Key Customers;

w.  **Sun:** William Everett, National Trade Account Manager; Wayne Fallis, Director, National Accounts; Steven Goodman, Director Marketing, Generics; Susan Knoblauch, Senior Manager, Sales; GP Singh Sachdeva, President of Sun Pharmaceuticals, USA; Grace Shen, Vice President, Marketing; Steven Smith, Senior Director of Sales; Christopher Bihari, Director, Key Customers;

x.  **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Sheila Curran, Vice President, Sales Operations; Howard Marcus, Vice President Sales and Marketing; Michael Perfetto, Group Vice President and Chief Commercial Officer of the Generic Rx Business; Doug Statler, Senior Director, Head of Sales; Elizabeth Guerrero, Director, Corporate Accounts, Managed Care; Carlton Holmes, Vice President Marketing; Tim Kiernan, Director of Marketing Analytics;

y.  **Teva**: Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Kevin Galowina, Head of Marketing Operations; Jessica Peters, Manager of Corporate Accounts; Allan Oberman, President and CEO Teva Americas Generics; Jennifer Chang, Director, Marketing; Scott Goldy, Director, National Accounts; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Christopher Doerr, Senior Director, Trade Operations; Kevin Green, Associate Vice President, National Accounts; Jeffrey Herzfeld, Senior Vice President, US Specialty Medicines; Jonathan Kafer, Executive Vice President, Sales and Marketing; Kayla Kelnhofer, National Account Executive; Jennifer King, Director, New Product

Case 2:21-cv-01608-DRH-CMR Document 1-10 Filed 01/28/20 Page 31 of 73 #: 1180

Marketing; David Marshall, Vice President of Operations; Jerry Moore, Director, State Government Affairs; Teri Sherman, Director National Accounts; Jason Nagel, Associate Director; John Wodarczyk, Director, Customer Relations;

z.  **Upsher-Smith;**

aa. **Valeant**: Thomas Allison, Senior Director of National Accounts; Eddie Andruss, Assoc. Director of National Accounts; Tricia Green, Senior Brand Manager; Jona Mancuso, Brand Manager; John Reed, Director, Marketing; Sultana Kazanas, National Account Manager;

bb. **Versapharm**: Tara Davis, Pricing, Contracts & Sales Analyst; Jim Josway, Vice President, Sales; Stephen McCune, Chief Sales & Marketing Officer; Carl Merideth, Vice President, Marketing and Clinical Pharmacology;

cc. **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Sam Goodman, Marketing Manager; Tareq Darwazeh, National Accounts Senior Manager; Paul Markowitz, Director, National Accounts; Ernesto Cividanes, Manager, Trade Relations;

dd. **Wockhardt:** Karen Andrus, Director of Sales; Michael Craney, President of Sales and Marketing; Sunil Khera, President, The Americas, Japan and Emerging Markets; Kevin Knarr, VP of Sales and Marketing; Scott Koenig, VP of Sales and Marketing, Generics; Bob Watson, VP of National Accounts; and

ee. **Zydus**: Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing; Elizabeth Purcell, Senior Director, Marketing and Portfolio Management; Ganesh Nyak, Chief Operating Officer and Executive Director; Daniel Lukasiewicz, Senior Manager, Marketing Operations; Sharvil Patel, Deputy Managing Director.

**HDMA 2013 Annual Board and Membership Meeting** – White Sulphur Springs, West Virginia (September 29 – October 2, 2013):

a.  **Amneal:** Jim Luce, Executive Vice President, Sales and Marketing; Stephen Rutledge, Vice President of Sales;

b.  **Apotex**: Beth Hamilton, Director, National Sales; Jeffrey Hampton, Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales, Retail Division; Jeff Watson, President;

c.  **Mylan**: Joseph Duda, President; Anthony Mauro, Senior Vice President; Robert O'Neill, Vice President, Commercial Operations; Robert Potter, Senior Vice President, North America; Robert Tighe, CFO;

Case 2:Case 2:18-cv-02824-CMR Document 1007-326 Filed 01/28/20 Page 33 of 121 #: 1181

d.  **Teva**: Robert Tighe, Chief Financial Officer, North America; Theresa Coward, Senior Director, National Sales; Christopher Doerr, Director, Trade Operations; David Rekenthaler, Vice President Sales, US Generics; Christine Baeder, Senior Director, Customer Operations; and

e.  **Upsher-Smith.**


**HDMA 2013 Annual Board & Membership Meeting** – White Sulphur Springs, WV (Sept. 29 - Oct. 2, 2013)

a.  **Apotex;**
b.  **Mylan;**
c.  **Teva;** and
d.  **Upsher-Smith.**


**GPhA 2013 Fall Technical Conference** – Bethesda, Maryland (October 28-30, 2013):

a.  **Actavis;**
b.  **Akorn;**
c.  **Alvogen;**
d.  **Amneal;**
e.  **Apotex:** Kiran Krishnan Vice President, Regulatory Affairs;
f.  **Aurobindo;**
g.  **Breckenridge;**
h.  **Dr. Reddy's:** Nick Cappuccino, Vice-President and Head of Global Quality;
i.  **Fougera;**
j.  **Glenmark;**
k.  **Heritage;**
l.  **Hi-Tech;**
m.  **Impax:** Marcy Macdonald, Vice President Regulatory Affairs;
n.  **Lannett;**
o.  **Lupin;**
p.  **Mallinckrodt;**
q.  **Mylan:** Dan Snider, Vice President Morgantown RD; Marcie McClintic, Vice President and Chief of Staff; Carmen Shepard, Senior VP, Global Policy and Regulatory;
r.  **Par;**
s.  **Perrigo:** Richard Stec, Vice President, Global Regulatory Affairs;
t.  **Sandoz;**
u.  **Sun;**
v.  **Taro;**
w.  **Teligent (IGI Laboratories);**
x.  **Teva;**

Case 2:Case-2:16-cv-02384-CMRFiledDocument10732iled 01/08/20 of Page 33 of 173 # 1182

y.     **UDL (Mylan Institutional);**
z.     **Upsher-Smith;**
aa.    **Versapharm;**
bb.    **Wockhardt;** and,
cc.    **Zydus.**

**<u>NACDS 2013 Foundation and Reception Dinner</u>** – New York, New York (December 1-3, 2013):

a.     **Actavis**: Andrew Boyer, President and CEO, North America Generics; Marc Falkin, Senior Vice President, Sales; Anthony Giannone, Executive Director, Sales; Paul Reed, Senior Director, Trade Sales and Development; Michael Reed, Executive Director, Trade Relations; John Shane, Director, Trade Relations;

b.     **Apotex**: Jeff Watson, President, Global Generics; Tim Berry, National Account Manager; Sam Boulton, Director of National Accounts; Jeffrey Hampton, Senior Vice President and General Manager, US and Latin America; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; James Van Lieshout, Senior Director, Commercial Operations;

c.     **Mylan**: Joseph Duda, President; Robert Potter, Senior Vice President North America National Accounts and Channel Development; Rob O'Neill, Head of Sales; Dave Workman, Vice President, Strategic Pricing and Contracts; James Nesta, Vice President of Sales;

d.     **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales;

e.     **Sandoz**: Peter Goldschmidt, President Sandoz US and Head North America; Armando Kellum, Vice President, Sales and Marketing; Kirko Kirkov, Executive Director, Key Customers; Dave Picard, Vice President, Biosimilars and Injectables;

f.     **Teva**: Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer, North America Generics; David Marshall, Vice President of Operations; and

g.     **Upsher-Smith.**

**<u>NACDS 2014 Regional Chain Conference</u>** – (Feb. 2-4, 2014):

a.     **Actavis:** Paul Reed, Sr. Director, Trade Sales & Development;
b.     **Mylan:** Gary Tighe, Director National Accounts;
c.     **Teva:** Teri Coward; Senior Directors Sales & Trade Relations; and
d.     **Upsher-Smith:** Mike McBride, Vice President, Partner Relations; Michael Muzetras, Senior National Account Manager; Mary Rotunno, National Account Manager;

Case 2: case 2:16-md-02824-CMR Document 100-320 Filed 01/08/20 Page 34 of 73 #: 1183

**GPhA 2014 Annual Meeting** – Orlando, Florida (February 19-21, 2014):

a.    **Actavis;**
b.    **Alvogen;**
c.    **Amneal;**
d.    **Apotex:** Jeff Watson, President;
e.    **Aurobindo;**
f.    **Breckenridge;**
g.    **Dr. Reddy's;**
h.    **Epic;**
i.    **Greenstone;**
j.    **Heritage;**
k.    **Hi-Tech;**
l.    **Impax;**
m.    **Lupin;**
n.    **Mallinckrodt;**
o.    **Mylan:** Marcie McClintic Coates, VP and Head of Global Regulatory Affairs; Andrea Miller, Senior Vice President, Head, Global Complex Products Operations; Tony Mauro, President;
p.    **Par;**
q.    **Perrigo;**
r.    **Sandoz:** Carlos Sattler, M.D. Vice President, Clinical Development & Medical Affairs;
s.    **Strides Pharma;**
t.    **Sun;**
u.    **Taro;**
v.    **Teligent (IGI Laboratories);**
w.    **Teva:** Allan Oberman, President and CEO;
x.    **Upsher-Smith;**
y.    **Versapharm;**
z.    **Wockhardt;** and
aa.   **Zydus.**

**ECRM's Annual Retail Pharmacy Efficient Program Planning Session** – (February 23-26, 2014):

a.    **Actavis;**
b.    **Akorn;**
c.    **Amneal;**
d.    **Apotex;**
e.    **Ascend;**
f.    **Breckenridge;**
g.    **Camber;**
h.    **Citron;**
i.    **Dr. Reddy's;**
j.    **Epic;**

k.   **Greenstone;**
l.   **Heritage;**
m.   **Hi-Tech;**
n.   **Lannett;**
o.   **Lupin;**
p.   **Mallinckrodt;**
q.   **Par;**
r.   **Perrigo:** Tony Polman, National Account Executive; Andrea Felix, National Account Executive; Jim Booydegraaf, Associate Director, Marketing; John Wesolowski, Acting General Manager, Katie McCormack, National Account Manager;
s.   **Sandoz;**
t.   **Sun;**
u.   **Taro**: Howard Marcus, VP Sales & Marketing; Scott Brick, Manager, National Accounts; Elizabeth Guerrero, Director, Corporate Accounts;
v.   **Teligent**: Jason Grenfell-Gardner, President and CEO; Shawn McMorrow, National Accounts Manager;
w.   **Upsher-Smith;**
x.   **West-Ward;**
y.   **Wockhardt;** and
z.   **Zydus.**


**ECRM 2014 Hospital, GPO & LTC Pharmaceutical** – (February 23-27, 2014):

a.   **Actavis;**
b.   **Akorn;**
c.   **Apotex;**
d.   **Breckenridge;**
e.   **Citron;**
f.   **Dr. Reddy's;**
g.   **Heritage;**
h.   **Lannett;**
i.   **Lupin;**
j.   **Mylan;**
k.   **Par;**
l.   **Perrigo;**
m.   **Sandoz;**
n.   **Sun;**
o.   **Teligent;**
p.   **Upsher-Smith;**
q.   **West-Ward;**
r.   **Wockhardt;** and
s.   **Zydus.**

**HDMA Sixth Annual CEO Roundtable Fundraiser** – New York, New York (April 1, 2014):

a.     **Actavis**: Andrew Boyer, Senior Vice President, US Generics Sales and Marketing; Napolean Clark, Executive Director, US Generics Marketing; Marc Falkin, Vice President, Marketing, Pricing, and Contracts; Anthony Giannone, Executive Director, Sales; Rick Rogerson, Director, Pricing;

b.     **Amneal**: Chintu Patel, Co-CEO and Chairman; Chirag Patel, President and Co-Chairman

c.     **Apotex**: Beth Hamilton, Director, National Sales; Jeffrey Hampton, Senior Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales; Jeff Watson, President, US and Canada Commercial;

d.     **Aurobindo**: Robert Cunard, CEO; Paul McMahon, Senior Director Commercial Operations;

e.     **Citron**: Vimal Kavuru, CEO; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing;

f.     **Mylan**: Joseph Duda, President; Hal Korman, Executive Vice President and Chief Operating Officer; Anthony Mauro, Senior Vice President, and President of North America; James Nesta, Vice President of Sales; Robert Potter, Senior Vice President, North America National Accounts and Channel Development; Joseph Zenkis, Vice President, North America Sales and Channel Strategy;

g.     **Par**;

h.     **Perrigo**;

i.     **Sandoz**: Anuj Hasija, Executive Director, Key Accounts; Armando Kellum, Vice President, Contracts, Pricing, and Business Analytics; Kirko Kirkov, Executive Director, Key Accounts; Scott Smith, Vice President, Commercial Operations;

j.     **Taro**;

k.     **Teva**: Maureen Cavanaugh, Senior Vice President, Sales and Marketing; Christopher Doerr, Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President, US Trade Relations, Specialty Medicines; David Rekenthaler, Generic Sales; and

l.     **Upsher-Smith.**

**NACDS 2014 Annual Meeting** – Scottsdale, Arizona (April 26-29, 2014):

a.     **Actavis**: Andrew Boyer, President and CEO, North America Generics; Marc Falkin, Vice President of Purchasing; Sigurdur Olafsson, President; Paul Reed, Senior Director

of Trade and Sales Development; Robert Stewart, Chief Operating Officer; Paul Bisaro, Board Member; Jean-Guy Goulet, Regional President, Canada Generics; Michael Reed, Executive Director, Trade Relations; John Shane, Director, Trade Relations;

b. **Apotex**: Jeff Watson, President, Global Generics; Sam Boulton, Director of National Accounts; Jeremy Desai, President and CEO; Jeffrey Hampton, Senior Vice President and General Manager, US and Latin America; David Kohler, Vice President and General Manager; Corey Anqueil, Director, Strategic Sales North America; Buddy Bertucci, Vice President, Institutional Sales; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; James Van Lieshout, Sr. Director, Commercial Operations; Peter Hardwick, Senior Vice President, Sales and Marketing, Canada;

c. **Amneal**: Jim Luce, Executive Vice President, Sales & Marketing; Chirag Patel, Co-CEO & Chairman; Shannon Rivero, Vice President, Pricing & Analytics; Stephen Rutledge, Vice President, Sales;

d. **Aurobindo**: Robert Cunard, CEO; Paul McMahon, Senior Director Commercial Operations;

e. **Camber**: Brett Barczak, Director, Corporate Accounts; Kon Ostaficiuk, President;

f. **Citron**: Vimal Kavuru, CEO; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing;

g. **Dr. Reddy's**: Chris Costa, Vice President of Sales; Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Michael Allen, Vice President and Head, Rx Products, North America Generics; Milan Kalawadia, Vice President, OTC Division;

h. **G&W Laboratories:** Erika Baylor, Vice President, Sales & Marketing; Aaron Greenblatt, Chief Executive Officer; Kurt Orlofski, President & Chief Operating Officer;

i. **Glenmark**: Jim Brown, Vice President of Sales; James Grauso, Executive Vice President, North America Sales;

j. **Greenstone**: James Cannon, General Manager; Jill Nailor, Sr. Director Sales and National Accounts;

k. **Heritage**: Jeffrey Glazer, CEO;

l. **Impax:** Doug Boothe, President Generics Division;

m. **Lannett**;

n. **Lupin**: Dave Berthold, SVP, Generics; Robert Hoffman, EVP, U.S. Generics; Paul McGarty, President;

o. **Mallinckrodt**: Ginger Collier, Senior Director, Marketing; Walk Kaczmarek, Chief Operating Officer; Kian Kazemi, Vice President, Sales; Todd Killian, VP, Global Market Access; Scott Parker, Director of Trade, Brand Pharmaceuticals; Jane Williams, Vice President-Sales;

p. **Mylan**: Joseph Duda, President; Anthony Mauro, Chief Commercial Officer; James Nesta, Vice President of Sales; Hal Korman, Executive Vice President and Chief Operating Officer; Robert Potter, Senior Vice President, North America and Channel Development; Rob O'Neill, Head of Sales; John Munson, Vice President Global Accounts Mylan;

q. **Par**: Jon Holden, Vice President of Sales; Paul Campanelli, President; Renee Kenney, Senior Advisor, Generic Sales; Scott Littlefield, Trade Director; Brent Bumpas, National Account Director, Trade; Michael Altamuro, Vice President, Marketing and Business Analytics; Antonio Pera, Chief Commercial Officer;

r. **Perrigo**: Scott Jamison, Executive Vice President and General Manager; Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Andy Kjellberg, Vice President, Consumer Healthcare Sales; Jeff Needham, Executive Vice President and General Manager, Consumer Healthcare; Tony Polman, National Account Executive;

s. **Sandoz**: Peter Goldschmidt, President Sandoz, US and Head, North America; Steven Greenstein, Director, Key Customers; Anuj Hasija, Executive Director Key Customers; Armando Kellum, Vice President, Sales and Marketing; Kirko Kirkov, Executive Director, Key Customers; Scott Smith, Vice President Sales and Marketing; Dave Picard, Vice President, Biosimilars and Injectables; Claude Dupuis, Director of Corporate Accounts Ontario and Western Canada; Jacquelin Gagnon, Vice President, Sales and Marketing, Canada; Michel Rubidoux, President and General Manager, Canada;

t. **Sun**: GP Singh Sachdeva, President of Sun Pharmaceuticals, USA; Steve Smith, Senior Director of Sales; Steven Goodman, Director Marketing, Generics;

u. **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Michael Perfetto, Chief Commercial Officer Generic RX, OTC, US and Canada; Alex Likvornik, Senior Director, Strategic Pricing and Marketing; Elizabeth Ivey, Vice President, Sales and Marketing;

v. **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating Officer, North America Generics; Allan Oberman, President and CEO Teva Americas Generics; Theresa Coward, Senior Director, National Sales; Christopher Doerr, Director, Trade

Case 2:20-cv-03524-CMR Document 1007-3 Filed 01/08/20 on Page 39 of 73 #: 1188

Operations; David Rekenthaler, Vice President Sales, US Generics; Christine Baeder, Senior Director, Customer Operations; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; David Marshall, Vice President of Operations; Michael Reid, Vice President, Corporate and Retail Sales; Michael Sine, Director, Corporate Account Group; Douglas Sommerville, Senior Vice President and General Manager, Canada;

w.     **Upsher-Smith;**

x.     **Valeant:** Thomas Allison, Senior Director of National Accounts; Eddie Andruss, Assoc. Director of National Accounts; Tricia Green, Senior Brand Manager; Jona Mancuso, Brand Manager; John Reed, Director, Marketing; Sultana Kazanas, National Account Manager;

y.     **Versapharm:** Jim Josway, Vice President, Sales; Stephen McCune, Chief Sales & Marketing Officer;

z.     **Wockhardt:** Michael Craney, President of Sales & Marketing; and

aa.    **Zydus**: Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Scott Goldy, Director, National Account; Kevin Green, Vice President, National Accounts.

**MMCAP 2014 National Member Conference** – Bloomington, Minnesota (May 12-15, 2014):

a.     **Actavis:** Mark Blitman, Executive Director of Sales for Government Markets;
b.     **Apotex:** Bob Simmons, National Account Director;
c.     **Aurobindo;**
d.     **Breckenridge**: Scott Cohon, National Accounts Director;
e.     **Heritage**: Anne Sather, National Account Manager;
f.     **Lannett**: Tracy Sullivan, National Account Manager;
g.     **Mylan**: Janet Bell, Director, National Accounts;
h.     **Par**: Peter Gargiulo, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; Jon Holden, Vice President of Sales; Karen O'Connor, Vice President, National Accounts;
i.     **Perrigo**: Pete Hakenstad, National Account Manager;
j.     **Sandoz;**
k.     **Teva**: Nick Gerebi, National Account Manager;
l.     **Upsher-Smith:** Michelle Brassington, Regional Account Manager; and
m.     **West-Ward**: Mark Boudreau, Executive Director of National Sales.

**HDMA 2014 Business and Leadership Conference** – JW Marriott Desert Ridge, Phoenix, Arizona (June 1-4, 2014):

a.	**Actavis**: Maureen Barrett, Director of National Accounts; Marc Falkin, Vice President of Purchasing; John Fallon, Director of National Accounts; Anthony Giannone, National Accounts Director; Andrew Boyer, Senior Vice President, Generic Sales and Marketing; Richard Rogerson, Executive Director Pricing and Business Analytics;

b.	**Akorn/Hi-Tech**: Jonathan Kafer, Senior Director;

c.	**Alvogen:** William Hill, EVP, US Commercial Operations

d.	**Amneal:** Marty Ross, Vice President, Sales Operations; Stephen Rutledge, Vice President, Sales;

e.	**Apotex**: Bob Simmons, National Account Director; Jeffrey Hampton, Vice President, Commercial Operations; Beth Hamilton, National Sales Director; Tina Kaus, National Accounts Director; James Van Lieshout, Vice President, Sales; David Rekenthaler, National Accounts Director; Jane Williams, Vice President Specialty Generic Sales;

f.	**Aurobindo:** Julie Faria, Senior Manager, Sales;

g.	**Camber**: Brett Barczak, Director, Corpporate Accounts

h.	**Citron:** Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing;

i.	**Dr. Reddy's**: Chris Costa, Vice President of Sales; Mike Allen, Vice President and Head, Rx Generics; Victor Borelli; Senior Director, National Accounts; Joshua Hudgens, Director of Purchasing; Katherine Neeley, Associate Director; Gunjan Patel, Sales Analyst;

j.	**Glenmark**: Christopher Bihari, Director National Accounts;

k.	**Greenstone:** Lori LaMattina, Manager, Sales and Marketing; Robin Strzeminski, National Account Director; Gregory Williams, National Account Director;

l.	**Heritage**: Anne Sather, National Account Manager; Neal O'Mara, National Accounts Manager; Jeffrey Glazer, Chairman and CEO; Jason Malek, Senior Vice President, Commercial Operations; Matthew Edelson, Associate Director, National Accounts;

m.	**Impax**: Skalski; Darnell; Ball;

n.	**Lannett**: Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, Director, National Accounts; Grace Wilks, Director Sales and Marketing; Justin McManus,

Director, National Accounts and Sales; Lauren Carotenuto, National Account Representative;

o.   **Lupin**: Dave Berthold, VP, Sales, U.S. Generics; David Shirkey, National Accounts Director; Lauren Walten, National Account Manager; Kevin Walker, National Accounts Manager;

p.   **Mallinckrodt:** Steven Becker, National Account Director; Lisa Cardetti, Director of Key Accounts; Walter Kaczmarek, Vice President, General Manager Specialty Generics; Kian Kazemi, Director, Retail National Accounts - Specialty Generics; Scott D. Parker, Director of Trade; Kevin D. Vorderstrasse, Senior Product Manager; Jane Williams, Vice President, Sales – Specialty Generics;

q.   **Mylan**: Richard Isaac, Senior Manager, Strategic Accounts; Joseph Duda, President; Edgar Escoto, National Accounts Director; James Nesta, Vice President of Sales; Lance Wyatt, National Accounts Director; Michael Aigner, Director, National Accounts; John Baranick, Director of Trade Relations; Joseph Zenkus, Vice President, North America Sales and Channel Strategy; Frank Mullery, Senior Director and Controller; Todd Bebout, Vice President, North America Supply Chain Management; Janet Bell, Director, National Accounts; Steven Krinke, National Account Manager; Robert O'Neill, Head of Sales Generic North America; Sean Reilly, National Account Manager; John Shane, Trade Relations; Erik Williams, Vice President North America Pricing and Contracts;

r.   **Par**: Peter Gargiulo, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; Jon Holden, Vice President of Sales; Karen O'Connor, Vice President, National Accounts; Brent Bumpas, National Account Executive; Lisa Walker, Associate Director; Michael Reiney, Vice President, Sales; Charles "Trey" Propst, Vice President, National Accounts; Warren Pefley, Director, National Accounts;

s.   **Sandoz**: Lisa Badura, Director, National Accounts Sales; Anuj Hasija, Key Account Executive Director; Kirko Kirkov, Key Account Executive Director; Ryan Alan, Associate Director, National Accounts; Sean Walsh, Key Account Manager; James Hendricks, Key Account Executive Director; Della Lubke, Director, National Accounts; David Picard, Vice President, Generic Sales; Christopher Bihari, Director, National Sales; Steve Greenstein, Director, National Accounts;

t.   **Sun**: Daniel Schober, Associate Vice President, Trade Sales; Scott Littlefield, Trade Director, National Account Executive; Steven Smith, Senior Director of Sales; Susan Knoblauch, Senior Manager, Sales;

u.   **Taro**: Anand Shah, Associate Director Sales Operations;

v.   **Teva**: Theresa Coward, Senior Director, National Sales; Sal Cuomo, Trade Account Director; Christopher Doerr, Director, Trade Operations; Daniel Driscoll, Vice President Institutional Sales and Marketing; Jeffrey Herzfeld, Senior Vice President; Jeff McClard,

Case 2:20-cv-06539-CMR Document 1-4 Filed 01/28/20 Page 42 of 73 #: 1191

Senior Director, National Accounts; Jessica Peters, Director, National Accounts; Teri Sherman, National Accounts Director; Cassie Dunrud, Associate Director; David Rekenthaler, Vice President, Sales, US Generics; Marc Falkin, Vice President, Marketing, Pricing, and Contract Operations; Nisha Patel, Director; Nick Gerebi, Director National Accounts;

w.    **Upsher-Smith:** JoAnn Gaio, Sr. National Account Manager, Trade; Scott Hussey, Senior Vice President, Global Sales; Jim Maahs, Sr. Director; Michael (Mike) McBride, Associate Vice President, Partner Relations; Mike Muzetras, Senior National Accounts Manager; Doug Zitnak, National Accounts Senior Director – Trade;

x.    **Valeant:** Thomas Allison, Senior Director of National Accounts; Dean Cowen, National Account Director; Todd LaRue, Vice President of Sales, U.S.; Barbara Purcell, Executive Director, Global Generics Sales & Marketing;

y.    **West-Ward:** Mark Boudreau, Executive Director of National Sales; Jeff Ruhland, Associate Manager, Supply Chain and Warehouse; Joseph Ruhmel, National Account Director; Steven Snyder, National Account Director;

z.    **Wockhardt**: Karen Andrews, Director of Sales; Scott Koenig, Associate Vice President, Retail Generics; and

aa.    **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, National Accounts Manager; Marc Kikuchi, Senior Vice President, Global Generics; Maria McManus, Corporate Account Manager; Jodi Weber, Corporate Account Manager; Louis Pastor, Senior Director, Trade Operations.

**GPhA CMC Workshop** – Bethesda North Marriott Hotel, Bethesda, Maryland (June 3-4, 2014):

a.    **Actavis;**
b.    **Apotex:** Pradeep Sanghvi, Executive Vice President, Global R&D; Kiran Krishnan, Vice President, Regulatory Affairs; Chetan Doshi, Director of Formulation Development - Solid Dose;
c.    **Dr. Reddy's;**
d.    **Fougera;**
e.    **Glenmark;**
f.    **Heritage;**
g.    **Hi-Tech;**
h.    **Impax:** Marcy Macdonald, Vice President Regulatory Affairs;
i.    **Lannett;**
j.    **Lupin;**
k.    **Morton Grove;**
l.    **Mylan:** Dan Snider, Vice President Morgantown RD;
m.    **Par;**
n.    **Perrigo:** Richard Stec, Vice President, Global Regulatory Affairs;

Case 2:Case 2:16-cv-0362516-md-02724-CMRDocumentDocument 110-5 Filed 01/08/20 Page 43 of 73Filed 01/08/20 Page 43 of 73 #: 1192

o.   **Sandoz;**

p.   **Sun;**

q.   **Taro:** Scott Tomsky, Vice President, Generic Regulatory Affairs, North America; Siva Vaithiyalingam, Director, Regulatory Affairs;

r.   **Teligent (IGI Laboratories);**

s.   **Teva:** Scott Tomsky, Generic Regulatory Affairs, North America; Siva Vaithiyalingam, Director, Regulatory Affairs;

t.   **Upsher-Smith**; and,

u.   **Zydus.**

**NACDS 2014 Total Store Expo** – Boston Convention Center, Boston, Massachusetts (August 23-26, 2014):

a.   **Actavis**: Andrew Boyer, President and CEO, North America Generics; David Buchan, Executive Vice President Commercial, North America Generics and International; Napolean Clark, Vice President of Marketing; Ashley Delponte, Manager, Trade Marketing, Sales and Marketing; Michael Dorsey, Director of National Accounts; Marc Falkin, Vice President of Purchasing; Megan Gorman, Senior Marketing Manager; Rob Hooper, Senior Marketing Manager; Randy Hurst, Senior Vice President and General Manager; Christina Koleto, Manager, Pricing Senior; Maureen Meehan; Director National Accounts; Paul Reed, Senior Director, Trade Sales and Development; Richard Rogerson, Senior Director New Products, Business Analytics and Systems; Violet Saakyan, Marketing Manager; Eric Schultz, Senior Marketing Manager; Cindy Stevens, Director of National Accounts; Nancy Baran, Director, Customer Relations; Christopher Boland, Manager, Pharmacy Innovation; Kathleen Conlon, Director, Contract Administration; Mark Devlin, Senior Vice President, Managed Markets; Anthony Giannone, Executive Director, Sales; Christine Maiolo, Associate Director, Sales Operations; David Myers, Senior Manager, Products and Communications; Kaminie Persuad, Sales Coordinator; Michael Reed, Executive Director, Trade Relations; John Sheehan, Director, OTC; Allan Slavsky, Sales Consultant;

b.   **Akorn/Hi-Tech**: Ed Berrios, VP, Sales and Marketing - Hi-Tech Pharmacal Co., Inc.; Michael Corley, VP, National Accounts; Thomas Kronovich, VP, National Accounts; Bruce Kutinsky, Chief Operating Officer; Mick McCanna, Executive Director of National Accounts; Raj Rai Chief, Executive Officer; John Sabat, Senior Vice President of National Accounts; M. Tranter, National Accounts Manager, Sales & Marketing;

c.   **Apotex**: Carlo Berardi, Sales; Tim Berry, National Account Manager; Gwen Copeland, National Accounts Manager; John Crawford, National Account Director; Sam Boulton, Director of National Accounts; Jeffrey Hampton, Senior Vice President and General Manager, US and Latin America; David Kohler, Vice President and General Manager; Doug Kinna, Sales; Chirag Patel, Marketing Director, National Accounts; Debbie Veira, National Account Manager; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; Tina Kaus, National Account Director; James Van Lieshout, Senior Director, Commercial Operations; Christina De Lima, Marketing

Case 2:2sev20l6n8dus162524-CMRmDocumentr10057201filed 01/08/20 oPdge 44of 73#: 1193

Analyst; Jacquelyn Epstein, Tradeshow Coordinator; Chirag Patel; Director, Marketing; Corey Anquetil; Director, Strategic Sales;

d.  **Alvogen**: Michael Franks, Regional Vice President, Sales; Todd Graverson, Regional Vice President, Sales; Ron Liu; Jeffrey Rumler, Executive Vice President, Sales and Marketing; David Thang;

e.  **Amneal**: Andy Cline, Account Executive; Ashton Elmore, Account Executive; David Hardin, National Accounts Manager; Liz Koprowski, National Account Manager; Allen Lowther, Director of Pricing; Jim Luce, Executive Vice President, Sales & Marketing; Brown Massey, Director, Sales; June Parker, National Accounts Director; Chirag Patel, Co-CEO & Chairman; Chintu Patel, CEO & Co-Chairman; Becky Reece, Event Coordinator, Shannon Rivero, Vice President, Pricing & Analytics, Stephen Rutledge, Vice President, Sales; Kammi Wilson, Marketing Manager;

f.  **Aurobindo:** Robert Cunard, CEO; Tim Gustafson, Director, National Accounts; Jon Kerr, Director, National Accounts; Paul McMahon, Senior Director, Commercial Operations; Ramprasad Reddy, Chairman Aurobindo Pharma Ltd.;

g.  **Camber**: Briggs Arrington; Brett Barczak, Director, Corporate Accounts; Megan Becker, Marketing Manager; Kirk Hessels, Director of Marketing; Rich Matchett, Director, Sales; Victor Mazzacone, VP Sales; Stu Messinger, Director of National Accounts; Kon Ostaficiuk, President; Dan Piergies, Director, Sales Operation; Amanda Rebnicky; Laura Ricardo, Director of Corporate Accounts; Pete Romer, Director of National Accounts; John Segura, VP, Marketing & Operations; Clayton Smith, Account Manager; Robert Weinstein;

h.  **Citron:** Vimal Kavuru, CEO; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing;

i.  **Dr. Reddy's**: Chris Costa, Vice President of Sales; Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Nimish Muzumdar, Director of Marketing; Larry Knupp, Director of National Accounts; Umang Vohra, Executive Vice President and Head of North America Generics; Jake Austin, Director National Accounts; Stephanie Jomisko, Director, Contracts and Finance; Jeff Jorgenson, Director OTC National Accounts;

j.  **Epic**: Ashok Nigalaye, Chairman & CEO; Angelo Mike Lupo, VP, Sales & Marketing;

k.  **G&W Laboratories:** Erika Baylor, Vice President, Sales & Marketing; Lauren Connolly, National Account Manager; Aaron Greenblatt, Chief Executive Officer; Kevin Knarr, Vice President, Sales & Marketing; Kurt Orlofski, President & Chief Operating Officer; Michelle Sisco, Sales Analyst;

l.  **Glenmark**: Jim Brown, Vice President, Sales; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; David Irwin, Director, Sales;

Case 2:19-cv-01625-CM Document 100532 Filed 01/28/20 Page 46 of 73 #: 1194

Robert Matsuk, President, North America; James Grauso, Executive Vice President, North America Commercial Operations; Matt Van Allen, Senior Director, Commercial Operations;

m.  **Greenstone**: James Cannon, General Manager; Christopher Kutyla, Senior Director, Business Alliances Team; Lori La Mattina, Sales Operations Manager; Jill Nailor, Sr. Director Sales and National Accounts; Thomas Nassif, Senior Manager, Marketing & Strategy; Robin Strzeminksi, National Account Director; Kevin Valade, National Account Director; Greg Williams, Director, National Accounts;

n.  **Heritage**: Heather Beem, National Accounts Manager, Institutional; Katie Brodowski, Associate Director Institutional Sales; Matt Edelson, Senior Director of Sales; Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Gina Gramuglia, Commercial Operations; Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager;

o.  **Impax**: Chris Gerber, Director of Pricing and Contracts; Doug Boothe, President Generics Division;

p.  **Lannett**: Justin McManus, Director, National Accounts; Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, National Accounts Manager;

q.  **Lupin**: Alicia Evolga, Director of Marketing; Robert Hoffman, EVP, U.S. Generics; Paul McGarty, President; Lauren Walten, National Account Manager;

r.  **Mallinckrodt**: Lisa Cardetti, National Account Manager; Ginger Collier, Senior Director, Marketing; Ashley Greaving, Senior Event Planning Specialist; Vanessa Harris, Sr. Director, Managed Markets and Trade; Walt Kaczmarek, Chief Operating Officer; Kian Kazemi, Vice President, Sales; Marc Montgomery, Director of Marketing; Bonnie New, National Account Manager; Trudy Nickelson, Dir Key Accts, Generic Sales; Scott Parket, Director of Trade, Brand Pharmaceuticals; Jane Williams, Vice President-Sales;

s.  **Mayne**: Stefan Cross: President; Gloria Schmidt, Director of National Accounts; Chris Schneider, Executive Vice President, Generic Product Division; Melissa Gardner, National Account Executive;

t.  **Mylan**: Anthony Mauro, President; Kevin McElfresh, Executive Director, National Accounts; Joseph Duda, President; Robert Potter, Senior Vice President, National Accounts and Channel Development; Michael Aigner, Director, National Accounts; Gary Tighe, National Accounts Director; Lance Wyatt, National Accounts Director; Michael Scouvart, Head of Marketing North America; John Baranick, Director, Trade Relations; Rameshwan Bhavsar, Manager, Managed Markets; Edgar Escoto, Director, National Accounts; Dawna Johnson, Coordinator, Sales and Marketing; Sherry Korczynski, Vice President, Epipen Marketing; Stephen Krinke, National Account Manager; James Nesta, Vice President, Sales; Heather Paton, Vice President Sales; Sean

Case 2:Case2:20-cv-1625244-CMRmDocumentt141005326Filed 01/08/20Pagea48ef123# 1195

Reilly, National Account Manager; Tom Theiss, Director, Trade Relations; Kathleen Theiss, Manager;

u. **Par**: Jon Holden, Vice President of Sales; Rick Guillory, Vice President of National Accounts; Gerald Burton, Vice President, National Accounts; Christine Caronna, Director, National Accounts; Renee Kenney, Senior Advisor, Generic Sales; Lori Minnihan, Manager, Pricing and Analytics; Charles "Trey" Propst, Vice President, National Accounts; Michael Reiney, Vice President, Sales; Jeremy Tatum, Demand Manager; Antonio Pera, Chief Commercial Officer; Michael Altamuro, Vice President, Marketing and Business Analytics; Karen O'Connor, Vice President, National Accounts; Warren Pefley, Vice President, Sales and Marketing; Sandra Bayer, Senior Director, National Accounts; Kelly Bachmeier, Director, National Accounts; Spike Pannell, National Account Manager; Walter Busbee, Director of National Accounts; Darren Hall, Director, National Accounts; Brent Bumpas, National Account Director, Trade; Scott Littlefield, Trade Director, Kevin O'Brien, Senior Director Payer Markets;

v. **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Tom Cotter, Vice President, OTC Marketing; Ori Gutwarg, National Account Executive; Pete Haakenstad, National Account Manager; H. James Booydegraaff, Associate Director, Marketing; Andy Kjeelberg, Vice President, Consumer Healthcare Sales; John Klingenmeyer, Vice President, Consumer Healthcare Sales; Shelley Kocur, Senior Director, Service and Customer Supply Chains; Katie McCormack, National Account Manager; Richard McWilliams, Senior Vice President and General Manager; Kristine Milbocker, Trade Relations Planner; Troy Pelak, Vice President, Consumer Healthcare Sales; Tony Polman, National Account Executive; Neal Wilmore, Vice President Commercial Operations, Animal Health; Michael Yacullo, Vice President, Consumer Healthcare Sales; Tom Zimmerman, Vice President and General Manager; Jon Baker, Vice President, Consumer Healthcare Sales; Kelly Gillig, International Commercial Operations Manager; Monica Giraldo-Alzate, Assistant Category Manager; Kristine Norman, Account Executive; John Shane, Rx Promotional Analyst;

w. **Sandoz**: Lisa Badura, Director, Key Customers; Christopher Bihari, Director, Key Customers; Steven Greenstein, Director, Key Customers; Anuj Hasija, Executive Director Key Customers; Armando Kellum, Vice President, Sales and Marketing; Della Lubke, National Account Executive; Scott Smith, Vice President Sales and Marketing; Arunesh Verma, Executive Director Marketing; Sean Walsh, Director, Key Customers; Kenneth Baker, Director, Managed Markets; Deb King, Associate Director, Reverse Logistics;

x. **Strides**: Joseph Davis, CCO; Mohan Devineni, President – Technical; Steve Randazzo, Senior Vice President;

y. **Sun**: Susan Knoblauch, Senior Manager, Sales; Grace Shen, Vice President, Marketing; GP Singh Sachdeva, President of Sun Pharmaceuticals, USA; Donna Hughes, National Account Manager; Steven Smith, Senior Director of Sales; Steven Goodman, Director

of Generics Marketing; Anand Shah, Director, Strategic Pricing and Marketing; Jolene McGalliard, National Account Manager; Wayne Fallis, Director, National Accounts;

z.  **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Scott Brick, Manager, National Accounts; Kevin Kriel, Executive Director, Marketing and Business Development, US and Canada; Christopher Urbanski, Director, Corporate Accounts; Carol Augias, Director, Customer Service; Kirk Edelman, Director, Customer Logistics; Alex Likvornik, Senior Director, Strategic Pricing and Marketing; Michael Perfetto, Chief Commercial Officer Generic Rx OTC;

aa.  **Teva**: David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Kevin Galowina, Head of Marketing Operations; Jessica Peters, Manager of Corporate Accounts; Nisha Patel, Director of National Accounts; Jocelyn Baker, Director, National Accounts; Jennifer Chang, Director, Marketing; Theresa Coward, Senior Director Sales and Trade Relations; Dan Driscoll, Vice President Institutional Sales and Marketing; Cassie Dunrud, Associate Director, National Accounts; Kayla Kelnhofer, National Account Executive; Tim McFadden, Vice President, Marketing; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Bryan Bart, Product Manager; Christopher Doerr, Senior Director, Trade Operations; Jason Grossman, Associate Director; Jennifer King, Director, New Product Marketing; Jason Nagel, Associate Director; Michelle Osmian, Senior Director Customer Service; John Wodarczyk, Director, Customer Operations;

bb.  **Upsher-Smith**;

cc.  **Valeant:** Thomas Allison, Senior Director of National Accounts; Dean Cowen, National Account Director; Laizer Kornwasser, EVP & Company Group Chairman; Todd LaRue, Vice President of Sales, U.S.; Brian Phillips, Senior Director of Sales; Barbara Purcell, VP US Generics Sales & Marketing; Elva Ramsaran, National Account Director, John Reed, Director, Marketing, Cerave; Natalie Rush, Director, Trade Relations; Steve Saxheli, Director, National Accounts;

dd.  **Versapharm**: Tara Davis, Pricing, Contracts & Sales Analyst; Jim Josway, Vice President, Sales; Stephen McCune, Chief Sales & Marketing Officer;

ee.  **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Sam Goodman, Marketing Manager; Joel Rosenstack, Senior Director, Marketing; Elizabeth Guerrero, Director, National Accounts; Paul Markowitz, Director, National Accounts; Doug Statler, Senior Director, Head of Sales; Tom Ross, Managed Care Account Manager;

ff.  **Wockhardt**: Karen Andrus, Director of Sales; Michael Craney, President of Sales & Marketing; Sunil Khera, President-The Americas, Japan & Emerging Markets; Scott Koenig, Vice President Sales and Marketing, Generics; Joe Niemi, Manager, National Accounts; Bob Watson, Vice President, National Accounts; and

Case 2:Case:2016-ul-0333284-CMRminDocumenFilem07520fffed 01/08/20 of Pagee48agof173#: 1197

gg.     **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, Associate Vice President, National Accounts; Michael Keenley, President; Ganesh Nayak, Chief Operating Officer and Executive Director; Elizabeth Purcell, Senior Director, Marketing and Portfolio Management; Joseph Renner, President and Chief Executive Officer; Kristy Ronco, Vice President, Sales; Maria Bianco-Falcone, Senior Director Contracting.

**LogiPha Supply Chain Conference** – Princeton, New Jersey (September 16-18, 2014):

a.      **Actavis**: Wayne Swanton, Senior Vice President Manufacturing and Supply Chain; Priya Gopal, Associate Director, Strategic Planning;

b.      **Perrigo**: Stuart Glickman, Executive Director Global Logistics;

c.      **Sandoz**: Davis Mason, Serialization Global Support Lead; Dorris Michele, Director of Supply Chain; Hillel West, Director of Supply Chain; and

d.      **Teva.**

**HDMA 2014 Annual Board and Membership Meeting** – Montage, Laguna Beach, California (September 27 – October 1, 2014):

a.      **Actavis**: Marc Falkin, Vice President, Marketing, Pricing and Contracts; Andrew Boyer, Senior Vice President, Generic Sales and Marketing;

b.      **Amneal**: Jim Luce, Executive Vice President, Sales and Marketing; Stephen Rutledge, Vice Presdient Sales;

c.      **Apotex**: Beth Hamilton, Director, National Sales; Jeffrey Hampton, Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales-Retail Division; David Rekenthaler, Vice President, US Generic Sales;

d.      **Mallinckrod**t: Kaczmarek Walter, President, Multi-Source Pharmaceuticals; Jane Williams, Vice President, Sales – Specialty Generics;

e.      **Mylan**: John Poulin, Senior Vice President, North America National Accounts, James Nesta, Vice President of Sales;

f.      **Teva**: Maureen Cavanaugh, Chief Operating Officer, Teva US Generics; Christopher Doerr, Director, Trade Operations; David Rekenthaler, Vice President Sales, US Generics; Christine Baeder, Senior Director, Customer Operations; and

g.      **Zydus**: Marc Kikuchi, Senior Vice President, Global Generic Sourcing.

**GPhA Fall Technical Conference** – Bethesda, Maryland (October 27-29, 2014):

a.     **Actavis:** Michael Kimball, Executive Director, Transdermal Development;
b.     **Alvogen;**
c.     **Amneal;**
d.     **Apotex:** Kiran Krishnan, Vice President, Regulatory Affairs;
e.     **Aurobindo;**
f.     **Breckenridge;**
g.     **Citron;**
h.     **Dr. Reddy's;**
i.     **Fougera;**
j.     **Glenmark;**
k.     **Heritage;**
l.     **Impax:** Marcy Macdonald, Vice President Regulatory Affairs;
m.     **Lannett;**
n.     **Lupin;**
o.     **Mallinckrodt;**
p.     **Mylan:** Marcie McClintic Coates, Vice President and Head of Global Regulatory Affairs;
q.     **Par;**
r.     **Perrigo:** Richard Stec, Vice President, Global Regulatory Affairs;
s.     **Sandoz;**
t.     **Strides;**
u.     **Sun;**
v.     **Taro;**
w.     **Teligent (IGI Laboratories);**
x.     **Teva:** Scott Tomsky, Generic Regulatory Affairs, North America;
y.     **UDL (Mylan Institutional);**
z.     **Upsher-Smith;**
aa.     **Versapharm;**
bb.     **West-Ward;**
cc.     **Wockhardt;** and
dd.     **Zydus.**

**NACDS 2014 Week in New York** – New York, New York (December 1, 2014):

a.     **Actavis;**
b.     **Apotex;**
c.     **Mylan;**
d.     **Perrigo;**
e.     **Sandoz;**
f.     **Teva;** and
g.     **West-Ward.**

**NACDS 2014 Foundation and Reception Dinner** – New York, New York (December 3, 2014):

a.   **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Brent Saunders, President, CEO and Chairman; Mark Devlin, Senior Vice President, Managed Markets; Paul Reed, Senior Director, Trade Sales and Development; Michael Reed, Executive Director, Trade Relations;

b.   **Apotex**: James Van Lieshout, Vice President Sales and Senior Director, Commercial Operations; Tim Berry, National Account Manager; Sam Boulton, Director, National Accounts; James Van Lieshout, Vice President, Market Access; Beth Hamilton, Vice President, Marketing and Portfolio Strategy; Jeffrey Hampton, Senior Vice President and General Manager;

c.   **Mylan**: Anthony Mauro, Chief Commercial Officer; Robert Potter, Senior Vice President North America National Accounts and Channel Development; Edgar Escoto, Director, National Accounts; Michael Aigner, Director National Accounts;

d.   **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales;

e.   **Sandoz**: Armando Kellum, Vice President, Sales and Marketing; Scott Smith, Vice President, Sales and Marketing;

f.   **Valeant:** Todd LaRue; VP of Sales, US;

g.   **Teva**: Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Jessica Peters, Director National Accounts; Christine Baeder, Senior Director, Customer Operations; and

h.   **Upsher-Smith**.


**NACDS 2015 Regional Chain Conference** – (February 1-3, 2015):

a.   **Actavis;** and
b.   **Mylan.**


**GPhA 2015 Annual Meeting** – Fontainebleau Miami Beach, Miami, Florida (February 9-11, 2015):

a.   **Actavis;**
b.   **Akorn;**
c.   **Alvogen;**
d.   **Amneal;**

Case 2:24-cv-01656-CMR Document 1-2 Filed 01/08/20 Page 51 of 73 #: 1200

e.    **Apotex:** Jeff Watson, President;

f.    **Aurobindo;**

g.    **Breckenridge;**

h.    **Camber;**

i.    **Dr. Reddy's;**

j.    **Epic;**

k.    **Glenmark;**

l.    **Greenstone;**

m.    **Heritage;**

n.    **Impax;**

o.    **Lupin;**

p.    **Mallinckrodt;**

q.    **Mylan:** Rajiv Malik, President; Deborah Autor, Senior Vice President, Strategic Global Quality & Regulatory Policy;

r.    **Par;**

s.    **Perrigo:** Joseph Papa, President, Chief Executive Officer and Chairman;

t.    **Sandoz;**

u.    **Taro;**

v.    **Teligent (IGI Laboratories);**

w.    **Teva:** Sigurdur Olafsson, President and Chief Executive Officer, Global Generic Medicines Group; Brian Rubenstein, Executive Counsel;

x.    **Upsher-Smith;**

y.    **West-Ward;**

z.    **Wockhardt;** and

aa.    **Zydus.**


**HCSCA National Pharmacy Forum** – Marriott Waterside Hotel and Marina, Tampa, Florida (February 16-18, 2015):

a.    **Actavis**: John Fallon, Executive Director of Sales;

b.    **Breckenridge**: David Giering, Marketing and Trade Relations Manager;

c.    **Mylan:** Lee Rosencrance, District Manager; Martin Wingerter, Director of National Accounts; Janet Bell, Director of National Accounts; Mark Pittenger, Senior Director of National Accounts; Cam Bivens, Director of National Accounts; Heather Paton, Vice President, Institutional Sales;

d.    **Taro**;

e.    **Teva**: Brad Bradford, Director of National Accounts; Jeff McClard, Senior Director of National Accounts; Nick Gerebi, Director of National Accounts; and

Case 2:20-sev-03624-CMR Document 1-3 Filed 01/18/20 Page 53 of 73 #: 1201

f.    **West-Ward:** Neal Gervais, National Account Director; Joseph Schrick, Director, National Accounts; Anthony Massaro, Associate Product Manager; Mark Zampella, Director, National Accounts; Brad Bradford, Director of National Accounts.

## **HDMA 2015 Annual CEO Roundtable Fundraiser** – New York, New York (April 14, 2015)

a.    **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Anthony Giannone, Executive Director, Sales;

b.    **Amneal**;

c.    **Apotex**: Beth Hamilton, Vice President, Sales & Marketing; Jeffrey Hampton, Senior Vice President, Commercial Operations; Jeff Watson, President Global Generics;

d.    **Dr. Reddy's:** Mike Allen, Vice President & Head, Rx Generics; Victor Borelli, Senior Director, Head of National Accounts Rx Generics; Jinping McCormick, Senior Director, Generic Rx Marketing, North America; Umang Vohra, Executive Vice President and Head North America Generics;

e.    **Mallinckrodt;**

f.    **Mylan**: Robert Potter, Senior Vice President, National Accounts and Channel Development; Anthony Mauro, Chief Commercial Officer; Robert Tighe, Head of Mylan Pharmaceuticals and Canada; Chrys Kokino, Head of Global Biologics Commercial; Frank Mullery, Head of Commercial Finance; James Nesta, Vice President Sales; David Workman, Vice President Strategic Pricing;

g.    **Par**: Michael Altamuro, Vice President Marketing and Business Analytics; Jon Holden, Vice President of Sales; Paul Campanelli, CEO; Terry Coughlin, Chief Operating Officer; Steve Mock, Corporate Affairs; Joel Morales, Vice President Finance; Antonio Pera, Chief Commercial Officer; Brandon Rockwell, Executive Director, Business;

h.    **Sandoz**: Anuj Hasija, Executive Director, Key Accounts; Victor Moreire, Director Contracts and Analytics; Ted Slack, Senior Director, US Managed Markets, Robert Spina, Vice President, Pricing; and

i.    **Sun**;

j.    **Teva**: Christine Baeder, Vice President, Customer Operations; Maureen Cavanaugh, Chief Operating Officer; Christopher Doerr, Senior Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President, US Specialty Medicines Trade Relations; Adam Levitt, Senior Vice President, Global Commercial Operations.

Case 2:18-cv-02533-CMR Document 1007-3 Filed 01/08/20 Page 53 of 73 #: 1202

k.    **Zydus:** Kevin Green, Sr. Director of Sales; Kristy Ronco, Vice President, Sales

## HDMA 2015 Center for Healthcare Supply Chain Research Board of Directors Meeting – (April 14, 2015)

a.    **Mylan**; and

b.    **Teva.**

## NACDS 2015 Annual Meeting – The Breakers, Palm Beach, Florida (April 25-28, 2015):

a.    **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Robert Stewart, Chief Operating Officer; Paul Bisaro, Board Member; Jean-Guy Goulet, Regional President, Canada Generics; Michael Reed, Executive Director, Trade Relations; Daniel Motto, Senior Vice President, Global Business Development; Sanjiv Patel, Chief Vice President, Allergan Global Strategic Market; Brent Saunders, President and CEO; Mark Devlin, Senior Vice President, Managed Markets; William Meury, Executive Vice President Branded Pharmaceuticals; Paul Reed, Senior Director, Trade Sales and Development;

b.    **Akorn**: Rai Raj, CEO; Bruce Kutinsky, COO;

c.    **Amneal**: Jim Luce, Executive Vice President, Sales & Marketing; Chirag Patel, Co-CEO & Chairman; Stephen Rutledge, Vice President, Sales;

d.    **Apotex**: Corey Anquetil, Director Strategic Sales, North America; Sam Boulton, Director, National Accounts; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; David Kohler, Vice President and General Manager; Jeremy Desai, President and CEO; Jeffrey Hampton, Senior Vice President and General Manager; Peter Hardwick, Senior Vice President, Sales and Marketing; Steven Lydeamore, President, Global Specialty Pharma; Eric Organ, Vice President, Commercial Operations; James Van Lieshout, Vice President, Market Access; Jeff Watson, Global Generics;

e.    **Aurobindo**;

f.    **Camber**: Brett Barczak, Director, Corporate Accounts; Victor Mazzacone, VP Sales; Kon Ostaficiuk, President;

g.    **Citron**;

h.    **Dr. Reddy's:** Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics;

FILED: SUFFOLK COUNTY CLERK 12/15/2020 07:16 PM
INDEX NO. 619573/2020

NYSCEF DOC. NO. 3
Case 2:ev2be0su0g-62524-CVRm Document 1303/28ofied 01/28/20 of Pagel 54 of f12: 1203
RECEIVED NYSCEF: 12/15/2020

Michael Allen, Vice President, Global Pharmaceutical Sourcing; Milan Kalawadia, Vice President, Head of US OTC Division;

i.  **G&W Laboratories:** Darren Atkins; VP Business Development & Alliance Management; Erika Baylor; Vice President, Sales & Marketing; Aaron Greenblatt; Chief Executive Officer; Kurt Orlofski; President & Chief Operating Officer;

j.  **Glenmark**: Jim Brown, Vice President, Sales; James Grauso, Executive Vice President;

k.  **Greenstone**: Jill Nailor, Sr. Director Sales and National Accounts; John Ocejo, Senior Director, Customer Support Services;

l.  **Impax**: Doug Boothe, President Generics Division;

m.  **Mallinckrodt**: Walk Kaczmarek, Chief Operating Officer; Kian Kazemi, Vice President, Sales; Marc Montgomery, Director of Marketing;

n.  **Mylan**: Robert Potter, Senior Vice President, National Accounts and Channel Development; Rob O'Neill, Head of Sales; Anthony Mauro, Chief Commercial Officer; Robert Tighe, National Accounts Director; John Munson, Vice President Global Accounts; James Nesta, Vice President, Sales;

o.  **Par**: Michael Altamuro, Vice President Marketing and Business Analytics; Jon Holden, Vice President of Sales; Antonio Pera, Chief Commercial Officer;

p.  **Perrigo**: Scott Jamison, Executive Vice President and General Manager; Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Andy Kjellberg, Vice President, Consumer Healthcare Sales; Jeff Needham, Executive Vice President and General Manager, Consumer Healthcare; Colter Van Stedum, Vice President Rx Strategic Business Alliances, Corporate Development; Michael Yacullo, Vice President, Consumer Healthcare Sales;

q.  **Sandoz**: Peter Goldschmidt, President Sandoz US and Head, North America; Armando Kellum, Vice President, Sales and Marketing; Scott Smith, Vice President, Sales and Marketing; Arunesh Verma, Executive Director, Marketing; Anuj Hasija, Executive Director, Key Accounts; Kirko Kirkov, Executive Director, Key Customers; Gregory Oakes, Vice President and Head, Biopharmaceuticals; Marco Polizzi, Head, Institutional Sales and Marketing;

r.  **Sun**: Steven Smith, Senior Director of Sales; Anand Shah, Director, Strategic Pricing and Marketing; Dan Schober, Vice President, Trade Sales;

s.  **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Michael Perfetto, Chief Commercial Officer, Generics RX, OTC US and Canada;

Case 2:Case 2:1cv01656s52324-CMRm Documents 1100752o7filed 01/08/20 of 10.e 55 of 173#: 1204

t.   **Teva**: Christine Baeder, Senior Vice President, Customer and Marketing Operations; Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Theresa Coward, Senior Director Sales and Trade Relations; Christopher Doerr, Senior Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; Michael Sine, Director, Corporate Account Group; Douglas Sommerville, Senior Vice President and General Manager, Teva Canada; Adam Levitt, Senior Vice President, Commercial Operations; Brenden O'Grady, President and CEO, North America; Michael Reid, Vice President, Corporate and Retail Sales;

u.   **Valeant:** Thomas Allison; Senior Director of National Accounts; Dean Cowen; National Account Director; Laizer Kornwasser; EVP & Company Group Chairman; Todd LaRue; Vice President of Sales, U.S.; Brian Phillips; Senior Director of Sales; Barbara Purcell; VP US Generics Sales & Marketing;

v.   **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Doug Statler, Senior Director, Head of Sales; Joel Rosenstack, Senior Director, Marketing;

w.   **Wockhardt**: Michael Craney, President, Sales & Marketing; Sunil Khera, President, The Americas, Japan, and Emerging Markets; and

x.   **Zydus:** Scott Goldy, Director, National Accounts; Kevin Green, National Accounts Manager; Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales.


**HDMA 2015 Business and Leadership Conference** – San Antonio, Texas (June 7-10, 2015):

a.   **Actavis**: Andrew Boyer, Sr. VP Generic Sales and Marketing; Marc Falkin, VP Marketing, Pricing and Contracts; Anthony Giannone, Exec. Director Sales; Brandon Miller, Exec. Director, Trade Relations; Michael Reed, Director, National Trade Accounts;

b.   **Apotex**: Sam Boulton, Director National Account; John Crawford, Director National Account; Beth Hamilton, VP Sales & Marketing; Jeff Hampton, Sr. VP, Commercial Operations; Tina Kaus, Director National Account; Erin Organ, Director, Commercial Operations; Jim Van Lieshout, VP Market Access and Pharm. Strategy; Debbie Veira, Manager, National Accounts;

c.   **Amneal;**

d.   **Aurobindo:** Julia Faria, Sr. Manager, Sales Operations and Contract Admin.; Charles Rath, National Trade Relations Manager;

e.   **Breckenridge:** Scott Cohon, Director of Sales; David Giering, Manager, marketing & Trade Relations; Philip Goldstein, Director of National Accounts;

f.   **Camber**;

Case 2:2ev2016sev2036c3824-CMRmDodumentHie0v3t526Fied 0tg/8/20 of Pape5368of73t: 1205

g.    **Citron:** Susan Knoblauch, Director National Accounts; Laura Short, Vice President of Sales; Karen Strelau, EVP of Sales and Marketing;

h.    **Dr. Reddy's**: Victor Borelli; Senior Director, National Accounts; Joshua Hudgens, Director of Purchasing; Katherine Neeley, Associate Director; Patricia Wetzel, Senior Director, National Accounts;

i.    **Glenmark**: Christopher Bihari, Director National Accounts;

j.    **Heritage**: Matthew Edelson, Associate Director, National Accounts; Jeff Glazer, CEO & Vice Chairman; Jason Malek, Senior VP Commercial Operations; Neal O'Mara, Director, National Accounts; Anne Sather, Director, National Accounts;

k.    **Impax:** William Ball, Senior National Sales Manager; Danny Darnell, Senior National Accounts Manager; Todd Engle, VP, Sales and Marketing; Michael Grigsby, Senior National Accounts Manager; Italo Pennella, Trade Account Manager; Thomas Sammler, Director, Sales Operations; Gary Skalski, Senior Director Sales;

l.    **Lannett**: Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, Director, National Accounts; Grace Wilks, Director Sales and Marketing; Breanna Stillman, Sales Analyst;

m.    **Lupin**: David Berthold, VP of Sales, US Generics; William Chase, Director, Managed Markets & Trade (Brand); Jason Gensburger, Director, Financial Services; Kevin Walker, National Account Manager; Lauren Walten, Regional Sales Associate;

n.    **Mallinckrodt;**

o.    **Mylan**: Todd Bebout, VP of Sales, Vice President – NA Supply Chain Management; Janet Bell, Director National Accounts; Richard Isaac, Senior Manager, Strategic Accounts; Stephen Krinke, National Account Manager; Rob O'Neill, Head of Sales Generic, NA; Sean Reilly, National Account Manager; Erik Williams, VP NA Pricing; Lance Wyatt, Director, National Accounts;

p.    **Par**: Peter Gargiulo, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; Christopher Neurohr, Director, National Accounts;

q.    **Sandoz:** Ken Baker, Director, Managed Markets; Christopher Bihari, Director of National Accounts (Sales); Seth Coombs, Executive Director, Oncology Injectables; Steven Greenstein, Director of National Accounts (Sales); Anuj Hasija, Executive Director Key Customers; Jason Jones, Director of Key Customers; Kirko Kirkov, Executive Director Key Customers; Marco Polizzi, Head, Institutional Sales and Marketing; Arun Varma, Executive Director Marketing; Sean Walsh, Key Account Manager;

Case 2:2cev-206-0.3534-CMR Document 110732 Filed 01/28/20 Page 57 of 173 PageID #: 1206

r.      **Sun**: Christopher Schoen, Vice President, Trade Sales; Scott Littlefield, Trade Director, National Account Executive;

s.      **Teva**: Christine Bader, Vice President, Commercial Operations; Brad Bradford, Director National Accounts; Theresa (Teri) Coward, Senior Director of National Sales; Christopher (Chris) Doerr, Senior Director, Trade Operations; Cassie Dunrud, Associate Director; Nick Gerebi, Director National Accounts; Jeff Herberholt, Senior Manager, Regional Accounts; Jeff McClard, Senior Director National Accounts; Jason Nagel, Associate Director, Trade Relations; Michelle Osmian, Director, Customer Operations; Nisha Patel, Director, National Accounts;

t.      **Upsher-Smith:** JoAnn Gaio, Senior National Account Manager, Trade; Scott Hussey, Senior Vice President, Global Sales; Brad Leonard, Senior Director, National Accounts; Michael (Mike) McBride, Associate Vice President, Partner Relations; Mike Muzetras, Senior National Accounts Manager; David (Dave) Zitnak, National Accounts Senior Director – Trade; Doug Zitnak, National Accounts Senior Director – Trade;

u.      **Valeant:** Laizer Kornwasser, Executive Vice President; Natalie J. Rush, Director, Trade Relations; Robert J. Sabers, Associate Director, Channel National; Cheryl Volker, Senior Manager, Customer Service;

v.      **West-Ward:** Mark Boudreau, Executive Director of National Sales; Joseph Ruhmel, National Account Director; Steven Snyder, National Account Director;

w.      **Wockhardt:** Karen Andrus, Director of Sales; Scott Koenig, Vice President, Retail Generics; and

x.      **Zydus**: Maria Bianco-Falcone, Director of Offer Development and Trade Operations; Scott Goldy, Sales Director; Kevin Green, Senior Director of Sales; Maria McManus, Corporate Account Manager; Louis Pastor, Senior Director, Trade Operations; Kristy Ronco, Vice President, Sales; Jodi Weber, Corporate Account Manager.


**GPhA CMC Workshop** – Bethesda, MD (June 9-10, 2015):

a.      **Actavis;**
b.      **Akorn/Hi-Tech;**
c.      **Apotex;**
d.      **Citron;**
e.      **Dr. Reddy's;**
f.      **Glenmark;**
g.      **Heritage;**
h.      **Lannett;**
i.      **Mayne;**
j.      **Mylan;**
k.      **Par;**

l.  **Perrigo;**
m.  **Sandoz;**
n.  **Sun;**
o.  **Taro;**
p.  **Teva;**
q.  **West-Ward;** and
r.  **Zydus.**

**GPhA 2015 CMC Conference** – Bethesda, Maryland (June 9-10, 2015):

a.  **Actavis:** Joyce Anne DelGaudio Executive Director, Regulatory Affairs;
b.  **Apotex:** Kiran Krishnan, Vice President, Regulatory Affairs;
c.  **Citron;**
d.  **Dr. Reddy's;**
e.  **Fougera;**
f.  **Glenmark;**
g.  **Heritage;**
h.  **Impax:** Marcy Macdonald, Vice President Regulatory Affairs;
i.  **Lannett;**
j.  **Lupin;**
k.  **Mylan:** Bryan Winship, Senior Director, Quality Management, Strategic Global Quality and Regulatory Policy; Daniel Snider, Vice President, Research and Development; Timothy Ames, Vice President, Global Strategic Regulatory Affairs; Dawn Culp, Vice President, Global Regulatory Affairs Policy;
l.  **Par;**
m.  **Perrigo:** Richard Stec, Vice President, Global Regulatory Affairs;
n.  **Sandoz:** Nicholas Tantillo, Head, Policy and Regulatory Strategy;
o.  **Sun;**
p.  **Taro;**
q.  **Teva:** Scott Tomsky, Generic Regulatory Affairs, North America; Siva Vaithiyalingam, Director, Regulatory Affairs;
r.  **UDL (Mylan Institutional);**
s.  **Upsher-Smith;**
t.  **West-Ward;**
u.  **Wockhardt;** and
v.  **Zydus.**

**NACDS 2015 Total Store Expo** – Denver, Colorado (August 22-25, 2015):

a.  **Actavis**: Andrew Boyer, President and CEO, North America Generics; Napolean Clark, Vice President of Marketing; Michael Dorsey, Director of National Accounts; Marc

Falkin, Vice President of Purchasing; Megan Gorman, Senior Marketing Manager; Rob Hooper, Senior Marketing Manager; Randy Hurst, Senior Vice President and General Manager; Maureen Meehan; Director National Accounts; Richard Rogerson, Senior Director New Products, Business Analytics and Systems; Kathleen Conlon, Director, Contract Administration; Anthony Giannone, Executive Director, Sales; David Myers, Senior Manager, Products and Communications; Kaminie Persuad, Sales Coordinator; John Sheehan, Director, OTC; Allan Slavsky, Sales Consultant; Richard Rogerson, Senior Director New Products; Alexis Evolga, Manager, Pricing;

b.      **Akorn**: Brett Novak, SVP Sales & Marketing; Jonathan Kafer, EVP, Sales & Marketing; Bruce Kutinsky, COO; Mick McCanna, Account Manager; Scott Tranter, National Account Manager, Sales & Marketing;

c.      **Apotex**: Corey Anquetil, Director, Strategic Sales, North America; Michael Bohling, Director, Marketing; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Beth Hamilton, Vice President, Marketing; Jeffrey Hampton, Senior Vice President and General Manager; Tina Kaus, National Account Director; Ryan Kelly, Manager, National Accounts; Chirag Patel, Director, Marketing; Bob Simmons, National Account Director; Debbie Veira, National Account Manager; Pat Walden, Senior Marketing Manager; Jane Williams, National Account Director; Sam Boulton, Director, National Accounts; Erin Organ, Vice President, Commercial Operations; Olivia Smith, Marketing Communications Coordinator;

d.      **Alvogen**: Michael Franks, Regional Vice President, Sales; Todd Graverson, Regional Vice President, Sales; Jeffrey Rumler, Executive Vice President, Sales and Marketing;

e.      **Amneal**: Andy Cline, Account Executive; Ashton Elmore, Account Executive; David Hardin, National Accounts Manager; Katie Hawks, Event Coordinator; Liz Koprowski, National Account Manager; Allen Lowther, Director of Pricing; Jim Luce, Executive Vice President, Sales & Marketing; Brown Massey, Director, Sales; June Parker, National Accounts Manager; Chirag Patel, Co-CEO & Chairman; Shannon Rivero, Vice President, Pricing & Analytics; Stephen Rutledge, Vice President, Sales; Kammi Wilson, Marketing Manager;

f.      **Breckenridge**;

g.      **Camber**: Brett Barczak, Director, Corporate Accounts; Megan Becker, Marketing Manager; James Haselton, National Sales Associate; Kirk Hessles, Director of Marketing; Rich Matchett, Director, Sales; Victor Mazzacone, VP Sales; Stu Messinger, Director of National Accounts; Kon Ostaficiuk, President; Laura Ricardo, Director of Corporate Accounts; Pete Romer, Director of National Accounts; Clayton Smith, Account Manager; Edward Smith, Director, Sales Operations;

h.      **Citron**;

i. **Dr. Reddy's**: Victor Borelli, Vice President and Head, National Accounts, North America Generics; Larry Knupp, Director of National Accounts; Jake Austin, Director National Accounts; Jeff Jorgenson, Director OTC, National Accounts; Mila Kalawadia, Vice President, Head of US OTC Division;

j. **Glenmark**: Jim Brown, Vice President, Sales; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; Robert Matsuk, President, North America; James Grauso, Executive Vice President, North America Commercial Operations; Sanjeev Krishan, Executive Vice President;

k. **Greenstone**: James Cannon, General Manager; Cynthia Dever, Senior Manager, Marketing & Strategy; Lori La Mattina, Sales Operations Manager; Jill Nailor, Sr. Director Sales and National Accounts, Robin Strzeminski, National Account Director; Kevin Valade, National Account Director; Greg Williams, Director, National Accounts;

l. **Heritage**: Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Gina Gramuglia, Commercial Operations; Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager; Ashley O'Rourke, Sales Director;

m. **Lannett**: Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, National Accounts Manager; Michael Bogda, President; Breanna Stillman, Sales Analyst; Grace Wilks, Director, National Accounts;

n. **Mallinckrodt**: Lisa Cardetti, National Account Manager; Michael Holmes, National Director, Corporate Account Solutions, Walk Kaczmarek, Chief Operating Officer, Kian Kazemi, Vice President, Sales; Marc Montgomery, Director of Marketing; Bonnie New, National Account Manager; Trudy Nickelson, Dir Key Accts, Generic Sales; Roger Owen, VP Business Operations, Multi-Source Pharmaceuticals; Scott Parker, Director of Trade, Brand Pharmaceuticals; Elva Ramsaran, National Account Director; Jane Williams, Vice President-Sales;

o. **Mayne**: Chris Schneider, Executive Vice President, Generic Product Division; Melissa Gardner, National Account Executive; Rodney Emerson, Director Pricing and Contracts; Giana Schmidt, Director of National Accounts;

p. **Mylan**: Anthony Mauro, President; Kevin McElfresh, Executive Director, National Accounts; Robert Potter, Senior Vice President, National Accounts and Channel Development; Michael Aigner, Director, National Accounts; Gary Tighe, National Accounts Director; Michael Scouvart, Head of Marketing North America; Dawna Johnson, Coordinator, Sales and Marketing; James Nesta, Vice President, Sales; Heather Paton, Vice President Sales; Sean Reilly, National Account Manager; Joe Aigner, Director, National Accounts; Edgar Escoto, Director, National Accounts; Sean Foster, Vice President, North America Marketing; Becky Gamble, Vice President, Managed Markets; John Shane, Director, Trade Relations; Tiffany Till, Senior National Account Trade Show Specialist;

q.    **Par**: Jon Holden, Vice President of Sales; Rick Guillory, Vice President of National Accounts; Gerald Burton, Vice President, National Accounts; Christine Caronna, Director, National Accounts; Renee Kenney, Senior Advisor, Generic Sales; Lori Minnihan, Manager, Pricing and Analytics; Charles "Trey" Propst, Vice President, National Accounts; Michael Reiney, Vice President, Sales; Jeremy Tatum, Demand Manager; Antonio Pera, Chief Commercial Officer; Michael Altamuro, Vice President, Marketing and Business Analytics; Karen O'Connor, Vice President, National Accounts; Warren Pefley, Vice President, Sales and Marketing; Sandra Bayer, Senior Director, National Accounts; Kelly Bachmeier, Director, National Accounts; Spike Pannell, National Account Manager; Walter Busbee, Director of National Accounts; Darren Hall, Director, National Accounts;

r.    **Perrigo**: Pete Haakenstad, National Account Manager; H. James Booydegraaff, Associate Director, Marketing; Katie McCormack, National Account Manager; Tony Polman, National Account Executive; Andrea Felix, National Account Executive; Paul Hoeksema, Manager, Corporate Accounts; John Shane, Rx Promotional Analyst; John Wesolowski, Acting General Manager; Doug Boothe, President, Generic Division; Christopher Karpral, Senior Vice President, Consumer Healthcare Sales; Andy Kjellberg, Vice President Consumer Healthcare Sales; Mark Walin, Vice President Consumer Healthcare Sales; Michael Yacullo, Vice President Consumer Healthcare Sales;

s.    **Sandoz**: Christopher Bihari, Director, Key Customers; Anuj Hasija, Executive Director Key Customers; Scott Smith, Vice President Sales and Marketing; Arunesh Verma, Executive Director Marketing; Sean Walsh, Director, Key Customers; Kenneth Baker, Director, Managed Markets; Kirko Kirkov, Executive Director, Key Customers; Frank Davey, Director; Harmonie Franklin, Director, William Giannone, Associate Director, Key Customers; Jason Jones, Director, Key Customers; Bilal Khan, Director, Key Customers; Della Lubke, National Account Executive; Michele Macchia, Associate Director, Conventions; Tom Parker, Marketing Director; Chad Schwinn, Director, Key Accounts; Andrew Wahba, Associate Director, Key Customers;

t.    **Strides**: Joseph Davis, CCO; Jitesh Devendra, President; Mohan Devineni, President – Technical; Kevin Knarr, Vice President – Sales and Marketing; Mohan Kumar, CEO; Steve Randazzo, Senior Vice President; Stephen Turner, VP, North American OTC Division;

u.    **Sun**: Steven Smith, Senior Director of Sales; Steven Goodman, Director of Generics Marketing; Anand Shah, Director, Strategic Pricing and Marketing; Jolene McGalliard, National Account Manager; Steven Goodman, Director Marketing; Blynda Masters; Director, Customer Service; Dan Schober, Vice President, Trade Sales; Michael Tolusso, Director, Sales;

v.    **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Scott Brick, Manager, National Accounts; Christopher Urbanski, Director, Corporate Accounts; Carol Augias, Director, Customer Service; Kirk Edelman, Director, Customer Logistics; Alex

Likvornik, Senior Director, Strategic Pricing and Marketing; Michael Perfetto, Chief Commercial Officer Generic Rx OTC; John Francis, Vice President, Sales and Marketing; Stephen Jones, Director, Supply Chain; Lisa Pehlke, Director, Corporate Accounts; Richard Trevor, Corporate Accounts Director;

w.     **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Kevin Galowina, Head of Marketing Operations; Jessica Peters, Manager of Corporate Accounts; Nisha Patel, Director of National Accounts; Jocelyn Baker, Director, National Accounts; Theresa Coward, Senior Director Sales and Trade Relations; Cassie Dunrud, Associate Director, National Accounts; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Bryan Bart, Product Manager; Christopher Doerr, Senior Director, Trade Operations; Jason Nagel, Associate Director; Michelle Osmian, Senior Director Customer Service; John Wodarczyk, Director, Customer Operations; Robert Neild, Associate Director, Customer Operations;

x.     **Upsher-Smith**;

y.     **Valeant:** Thomas Allison, Senior Director of National Accounts; Dean Cowen, National Account Director; Todd LaRue, Vice President of Sales, U.S.; Michelle Nilsson, Associate Sales Director; Brian Phillips, Senior Director Of Sales; Barbara Purcell, VP US Generics Sales & Marketing; Natalie Rush, Director, Trade Relations; Steve Sacheli, Director, National Accounts; Brian Stolz, Senior VP, Generics;

z.     **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Sam Goodman, Marketing Manager; Joel Rosenstack, Senior Director, Marketing; Elizabeth Guerrero, Director, National Accounts; Nicki Hanson, Director of Sales, National Accounts; Ernesto Cividanes, Manager, Trade Relations;

aa.    **Wockhardt:** Michael Craney, President, Sales & Marketing; Sunil Khera, President, The Americas, Japan, and Emerging Markets; Karen Andrews, Director of Sales; Scott Koenig, VP, Sales & Marketing, Generics; Joe Niemi, Manager, National Accounts; and

bb.    **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, Associate Vice President, National Accounts; Michael Keenley, President; Ganesh Nayak, Chief Operating Officer and Executive Director; Joseph Renner, President and Chief Executive Officer; Kristy Ronco, Vice President, Sales.


**HDMA 2015 Annual Board and Membership Meeting** – Montage, Laguna Beach, California (September 27-30, 2015):

a.     **Actavis;**

b.     **Alvogen;**

c.     **Amneal;**

    d.      **Apotex**: Beth Hamilton, Director, National Sales; Jeffrey Hampton, Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales, Retail Division; Steve Giuli, Director, Government Affairs;

    e.      **Mallinckrodt;**

    f.      **Mylan**: James Nesta, Vice President of Sales; Robert Potter, Senior Vice President, North America National Accounts; Anthony Mauro, Senior Vice President, North America; Robert Tighe, Head of Mylan Pharma; and

    g.      **Teva**: Maureen Cavanaugh, Chief Operating Officer, Teva US Generics; Christine Baeder, Senior Director, Customer Operations; Andrew Boyer, Senior Vice President, Generic Sales; Marc Falkin, Vice President, Marketing and Pricing.

**HDMA 2015 Research Foundation Pharmaceutical Seminar** – (October 21-22, 2015):

    a.      **Apotex;** and
    b.      **Mylan.**

**GPhA 2015 Fall Technical Conference** – Bethesda, Maryland (November 2-4, 2015):

    a.      **Actavis;**
    b.      **Alvogen;**
    c.      **Amneal;**
    d.      **Apotex;**
    e.      **Aurobindo;**
    f.      **Citron;**
    g.      **Dr. Reddy's;**
    h.      **Glenmark;**
    i.      **Heritage;**
    j.      **Lannett;**
    k.      **Mallinckrodt;**
    l.      **Mylan;**
    m.      **Par;**
    n.      **Perrigo;**
    o.      **Sandoz;**
    p.      **Sun;**
    q.      **Taro;**
    r.      **Teva;**
    s.      **Westward;** and
    t.      **Zydus.**

Case 2:20-cv-06048-CM Document 1007-3 Filed 01/18/20 Page 54 of 73 #: 1213

**NACDS 2015 Week in New York** – New York, New York (December 1, 2015):

a.    **Actavis**;
b.    **Apotex;**
c.    **Glenmark;** and
d.    **Mylan/UDL**;

**NACDS 2015 Foundation Reception and Dinner** – New York, New York (December 3, 2015):

a.    **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Anthony Giannone, Executive Director, Sales;

b.    **Apotex**: James Van Lieshout, Vice President, Market Access; Beth Hamilton, Vice President, Marketing and Portfolio Strategy; Jeffrey Hampton, Senior Vice President and General Manager; Steve Giuli, Director, Government Affairs;

c.    **Glenmark**;

d.    **Mylan**;

e.    **Sandoz**: Anuj Hasija, Executive Director, Key Customers; Scott Smith, Vice President, Sales and Marketing; Robert Spina, Vice President, Pricing and Contracts; and

f.    **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Allan Slavsky, Sales Consultant; Christine Baeder, Senior Director, Customer Operations; and

g.    **Valeant:** Thomas Allison, Senior Director of National Accounts; Todd LaRue, Vice President of Sales, U.S.

**NACDS 2016 Regional Chain Conference** – (February 7-9, 2016):

a.    **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Maureen Meehan, Director, National Accounts;

b.    **Teva**: Jocelyn Baker, Director, National Accounts; Theresa Coward, Senior Director Sales and Trade Relations; and

c.    **Upsher-Smith**.

**HDMA National Pharmacy Forum** – Scottsdale, Arizona (February 8-10, 2016):

a.       **Actavis;**
b.       **Heritage;**
c.       **Lannett;**
d.       **Mylan;**
e.       **Par;**
f.       **Sun;**
g.       **Taro;**
h.       **Teva;** and
i.       **West-Ward.**


**MMCAP 2016 National Member Conference** – Minneapolis, Minnesota (April 11-14, 2016):

a.       **Mylan**: Mark Pittenger, Senior Director of National Accounts;
b.       **Perrigo**: Pete Hakenstad, National Account Manager;
c.       **Sandoz**: Christopher Bihari; Director, Key Customers;
d.       **Taro**;
e.       **Teva**: Nick Gerbi, Director National Accounts; and
f.       **West-Ward**: Elizabeth Guerrero, Director, National Accounts.


**HDMA 8th Annual CEO Roundtable** – New York, New York (April 12, 2016):

a.       **Mylan;** and
b.       **Sun.**


**HDMA Center for Healthcare Supply Chain Research Board of Directors Meeting** – (April 12, 2016):

a.       **Actavis;**
b.       **Amneal;**
c.       **Apotex;**
d.       **Mallinckrodt**
e.       **Mylan;**
f.       **Sandoz;**
g.       **Teva;**
h.       **Upsher-Smith;**
i.       **West-Ward;** and
j.       **Zydus.**

Case 2:20-cv-06539-MKB   Document 1-5   Filed 01/08/20   Page 56 of 73   PageID #: 1215

**NACDS 2016 Annual Meeting** – Palm Beach, Florida (April 16-19, 2016):

a.      **Akorn/Hi-Tech**;

b.      **Apotex**: Corey Anquetil, Director Strategic Sales, North America; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; David Kohler, Vice President and General Manager; Jeremy Desai, President and CEO; Jeffrey Hampton, Senior Vice President and General Manager; Peter Hardwick, Senior Vice President, Sales and Marketing; Eric Organ, Vice President, Commercial Operations; James Van Lieshout, Vice President, Market Access; Jeff Watson, Global Generics; Steve Giuli, Director, Government Affairs;

c.      **Amneal**: Jim Luce, Executive Vice President, Sales & Marketing; Chirag Patel, Co-CEO & Chairman, Stephen Rutledge, Vice President, Sales;

d.      **Ascend**: John Dillaway, Executive Vice President, Sales & Marketing; Schuyler Van Winkle, Sr. Vice President, National Accounts; Greg Watkins, Vice President, National Accounts;

e.      **Aurobindo**;

f.      **Breckenridge**;

g.      **Camber**: Victor Mazzacone, VP Sales; Kon Ostaficiuk, President; Edward Smith, Director, Sales Operations;

h.      **Citron**;

i.      **Dr. Reddy's**;

j.      **Glenmark**: Jim Brown, Vice President, Sales; James Grauso, Executive Vice President;

k.      **Greenstone**: James Cannon, General Manager; Jill Nailor, Sr. Director Sales and National Accounts;

l.      **Lupin**;

m.      **Mallinckrodt**: Walt Kaczmarek, Chief Operating Officer; Kian Kazemi, Vice President, Sales; Roger Owen, VP Business Operations, Multi-Source Pharmaceuticals;

n.      **Mylan**: Robert Potter, Senior Vice President, National Accounts and Channel Development; Anthony Mauro, Chief Commercial Officer; Robert Tighe, National Accounts Director; John Munson, Vice President Global Accounts; James Nesta, Vice President, Sales; Michael Aigner, Director, National Accounts; Frank Mullery, Chief Financial Officer, North America;

o.  **Par**: Michael Altamuro, Vice President Marketing and Business Analytics; Jon Holden, Vice President of Sales; Antonio Pera, Chief Commercial Officer; Paul Campanelli, President;

p.  **Perrigo**: John Wesolowski, Acting General Manager;

q.  **Sandoz**: Peter Goldschmidt, President Sandoz US and Head, North America; Arunesh Verma, Executive Director, Marketing; Anuj Hasija, Executive Director, Key Accounts; Kirko Kirkov, Executive Director, Key Customers; Gregory Oakes, Vice President and Head, Biopharmaceuticals; Christine Miller, Vice President US Development; Scott Smith, Vice President, Sales and Marketing; Robert Spina, Vice President, Pricing and Contracts;

r.  **Sun**: Steven Smith, Senior Director of Sales; Anand Shah, Director, Strategic Pricing and Marketing; Dan Schober, Vice President, Trade Sales;

s.  **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Michael Perfetto, Chief Operating Officer, Generics RX, OTC US and Canada; John Francis, Vice President, Sales and Marketing North America;

t.  **Teva**: Christine Baeder, Senior Vice President, Customer and Marketing Operations; Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Christopher Doerr, Senior Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; Michael Sine, Director, Corporate Account Group; Douglas Sommerville, Senior Vice President and General Manager, Teva Canada; Michael Reid, Vice President, Corporate and Retail Sales; Sigurdur Olafsson, President; Daniel Motto, Senior Vice President, Business Development; Marc Falkin, Senior Vice President, Sales; Andrew Boyer, President North America Generics;

u.  **Upsher-Smith**;

v.  **West-Ward**: Spiro Gavaris, Vice President of Sales and Marketing; William Otterbein, Account Executive;

w.  **Wockhardt**; and

x.  **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, Associate Vice President, National Accounts; Michael Keenley, President; Joseph Renner, President and Chief Executive Officer; Kristy Ronco, Vice President, Sales; Marc Kikuchi, Senior Vice President, Global Generics.

**HDMA 2016 Business and Leadership Conference** – Colorado Springs, Colorado (June 12-15, 2016):

a.  **Alvogen**;

Case 2:20-sev-20663-cd5-CVR-MRM Document 1400-3520 Filed 01/08/20 of Page 58 of 173 #: 1217

b.  **Amneal**;

c.  **Apotex**: Jeffrey Hampton, Vice President, Commercial Operations; Beth Hamilton, National Sales Director; John Crawford, Director, National Accounts; David Rekenthaler, Vice President, Sales; James Van Lieshout, Vice President, Market Access and Trade Relations;

d.  **Camber**;

e.  **Dr. Reddy's**: Victor Borelli; Senior Director, National Accounts; Jinping McCormick, Vice President, Sales and Marketing; Cynthia Medalle, Head Sales and Marketing, Generics;

f.  **Glenmark**: Christopher Bihari, Director National Accounts;

g.  **Heritage**: Anne Sather, Director, National Accounts;

h.  **Lannett**: Tracy Sullivan, Director, National Accounts; Breanna Stillman, Sales Analyst; Bili Giannone, National Account Representative;

i.  **Mallinckrodt**;

j.  **Mylan**: Michael Aigner, National Account Director; John Baranick, Director of Trade Relations; Janet Belli, Director, National Accounts; Thomas Boyer, Vice President, Business Development; Priscilla Lanham, Associate Manager;

k.  **Par**: Joe Cappello, Director, National Accounts;

l.  **Sandoz:** Kirko Kirkov, Executive Director, Key Customers; Sean Walsh, Key Account Manager; Joe Hodge, Director, Key Customers; Sanket Shah, Manager, Customer Operations; Jason Jones, Director, Key Customers;

m.  **Sun**: Christopher Schoen, Vice President, Trade Sales; Scott Littlefield, Trade Director, National Account Executive;

n.  **Teva**: Theresa Coward, Senior Director, National Sales; Christine Baeder, Vice President, Commercial Operations; Sal Cuomo, Director, Trade Relations, Brand Pharmaceuticals; Nick Gerber, Director, National Accounts;

o.  **West-Ward:** Joseph Ruhmel, National Account Director; Christopher Bonny, Executive Director, Commercial Business Development; Neal Gervais, Director, National Accounts; John Kline, National Account Director; and

p.  **Zydus**: Linda Andrews, Chargeback Operations Manager; Maria McManus, Corporate Account Manager; Kevin Green, Associate Vice President, National Accounts; Louis Pastor, Senior Director Trade Operations; Kristy Ronco, Vice President, Sales.

**ECRM Hospital & Alternate Site Pharmacy – Branded and Generic Pharmaceuticals EPPS**
– Westminster, Colorado (June 13-15, 2016):

a. **Camber;**

b. **Dr. Reddy's;**

c. **Lupin;**

d. **Mayne;**

e. **Perrigo;**

f. **Sandoz;**

g. **Sun;** and

h. **Upsher-Smith.**


**NACDS 2016 Total Store Expo** – Boston, Massachusetts (August 6-9, 2016):

a. **Akorn/Hi-Tech**;

b. **Apotex**: Corey Anquetil, Director, Strategic Sales, North America; Michael Bohling, Director, Marketing; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Beth Hamilton, Vice President, Marketing; Jeffrey Hampton, Senior Vice President and General Manager; Tina Kaus, National Account Director; Ryan Kelly, Manager, National Accounts; Chirag Patel, Director, Marketing; Helen Pejnovich, Associate Director, Commercial Operations; Dave Rekenthaler, Vice President, Sales; Bob Simmons, National Account Director; Dena Van Winkle, Marketing Communication Manager; Debbie Veira, National Account Manager; Pat Walden, Senior Marketing Manager; Jane Williams, National Account Director;

c. **Amneal**: Andy Cline, Account Executive; Ashton Elmore, Account Executive; David Hardin, National Accounts Manager; Katie Hawks, Event Coordinator; Liz Koprowski, National Account Manager; Allen Lowther, Director of Pricing; Jim Luce, Executive Vice President, Sales & Marketing; Brown Massey, Director, Sales; June Parker, National Accounts Manager; Chirag Patel, Co-CEO & Chairman; Shannon Rivero, Vice President, Pricing & Analytics; Marty Ross, Vice President, Sales Operations; Brittany Russell, Account Executive; Stephen Rutledge, Vice President, Sales; Susan Ryan, National Account Manager;

d. **Aurobindo**;

e. **Breckenridge**;

f. **Camber**: Brett Barczak, Director, Corporate Accounts; Megan Becker, Marketing Manager; James Haselton, National Sales Associate; Kirk Hessles, Director of Marketing; Rich Matchett, Director, Sales; Victor Mazzacone, VP Sales; Stu Messinger, Director of National Accounts; Kon Ostaficiuk, President; Laura Ricardo, Director of Corporate Accounts; Pete Romer, Director of National Accounts; Clayton Smith, Account Manager; Edward Smith, Director, Sales Operations;

Case 2:21-cv-01636-DG-ST Document 1-1 Filed 03/28/21 Page 70 of 73 PageID #: 1219

g.  **Citron**;

h.  **Dr. Reddy's**;

i.  **Epic**;

j.  **Glenmark**: Jim Brown, Vice President, Sales; Jeff Johnson, Director, Sales and Marketing; Robert Matsuk, President, North America; James Grauso, Executive Vice President, North America Commercial Operations; Robert Matsuk, President, North America;

k.  **Greenstone**;

l.  **Heritage**: Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Gina Gramuglia, Commercial Operations; Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager; Katie Brodowski, Associate Director, Institutional Sales; Matthew Edelson, Senior Director of Sales; Michael Aigner, Director, National Accounts;

m.  **Lannett**: Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, National Accounts Manager; Randy Juan Botero, Senior Associate Director, National Accounts; Breanna Stillman, Sales Analyst; Grace Wilks, Director, National Accounts;

n.  **Lupin**;

o.  **Mallinckrodt**;

p.  **Mylan**: Anthony Mauro, President; Kevin McElfresh, Executive Director, National Accounts; Robert Potter, Senior Vice President, National Accounts and Channel Development; Michael Scouvart, Head of Marketing North America; James Nesta, Vice President, Sales; Heather Paton, Vice President Sales; Sean Reilly, National Account Manager; Edgar Escoto, Director, National Accounts; John Shane, Director, Trade Relations; Shane Bartolol, Senior Specialist; Kimberley Brooks, Head of Finance; Katelyn Duchardt, National Account Manager; Joseph Duda, President; Kevin McElfresh, Executive Director, National Accounts; Patrick McIntosh, Vice President, Commercial Operations; John Munson, Vice President Global Accounts; Christine Navarro, Senior Director, Marketing; Rob O'Neill, Head of Sales, Generic North America; Robert Tighe, Head of MPA and Canada; Patrick Weaver, Head of Strategic Government Sales; Dave Workman, Vice President, Strategic Pricing; Michael Altamuro, Vice President, Marketing and Business Analytics;

q.  **Par**: Gerald Burton, Vice President, National Accounts; Christine Caronna, Director, National Accounts; Antonio Pera, Chief Commercial Officer; Sandra Bayer, Senior Director, National Accounts; Darren Hall, Director, National Accounts; Joe Holden, Vice President, Sales; Nancy Buckingham, Vice President, Marketing;

Case 2:2cv:2016-cv-03524-DRH Document 1103:26 Filed 01/08/20 of Page 7 of 173 #: 1220

r.   **Perrigo**: H. James Booydegraaff, Associate Director, Marketing; Katie McCormack, National Account Manager; Tony Polman, National Account Executive; Andrea Felix, National Account Executive; Paul Hoeksema, Manager, Corporate Accounts; John Shane, Rx Promotional Analyst; John Wesolowski, Acting General Manager; Lynn Johnson, National Manager, Trade Relations; Christopher Bihari, Director, Key Customers;

s.   **Sandoz**: Anuj Hasija, Executive Director Key Customers; Scott Smith, Vice President Sales and Marketing; Arunesh Verma, Executive Director Marketing; Sean Walsh, Director, Key Customers; Frank Davey, Director; Harmonie Franklin, Director; Jason Jones, Director, Key Customers; Bilal Khan, Director, Key Customers; Michele Macchia, Associate Director, Conventions; Tom Parker, Marketing Director; Chad Schwinn, Director, Key Accounts; Shakera Ford, Convention Planner; Harmonie Franklin, Director; Julie Kang, Executive Director; Kirko Kirkov, Executive Director, Key Customers; Ludmilla Reina, Director, Key Customers; Yun Shao Taormina, Key Account Manager; Robert Spina, Vice President, Pricing and Contracts; Donna Hughs, National Account Manager;

t.   **Strides**;

u.   **Sun**: Jolene McGalliard, National Account Manager; Dan Schober, Vice President, Trade Sales; Michael Tolusso, Director, Sales; Alex Likvornik, Senior Director, Strategic Pricing; Scott Littlefield, Trade Director; Eric Monzon, Senior Director, Market Access; Ara Aprahamian, Vice President, Sales and Marketing;

v.   **Taro**: Scott Brick, Manager, National Accounts; Christopher Urbanski, Director, Corporate Accounts; Carol Augias, Director, Customer Service; Kirk Edelman, Director, Customer Logistics; Michael Perfetto, Chief Commercial Officer Generic Rx OTC; John Francis, Vice President, Sales and Marketing; Stephen Jones, Director, Supply Chain; Lisa Pehlke, Director, Corporate Accounts; Anand Shah, Director, Strategic Pricing and Marketing; Perry Venugopal, Assistant Vice President, Business Development; Christine Baeder, Senior Vice President, Customer and Marketing Operations;

w.   **Teva**: Jessica Peters, Manager of Corporate Accounts; Nisha Patel, Director of National Accounts; Jocelyn Baker, Director, National Accounts; Theresa Coward, Senior Director Sales and Trade Relations; Cassie Dunrud, Associate Director, National Accounts; Bryan Bart, Product Manager; Christopher Doerr, Senior Director, Trade Operations; Jason Nagel, Associate Director; Michelle Osmian, Senior Director Customer Service; John Wodarczyk, Director, Customer Operations; Robert Neild, Associate Director, Customer Operations; Andrew Boyer, President; Salvatore Cuomo, Director, Trade Relations; Michael Dorsey, Director, National Accounts; Marc Falkin, Senior Vice President, Sales; Kevin Galowina, Head of Marketing Operations; Anthony Giannone, Executive Director, Sales; Rob Hooper, Senior Marketing Manager; Christine Maiolo, Associate Director, Sales Operations; Maureen Meehan, Director, National Accounts; Kaminie Persuad, Sales Coordinator; Richard Rogerson, Senior Director,

New Products; John Sheehan, Director, OTC; Allan Slavsky, Sales Consultant; Christopher Bonny, Executive Director, Commercial Business Development;

x. **Upsher-Smith**;

y. **West-Ward**: Spiro Gavaris, Vice President of Sales and Marketing; Elizabeth Guerrero, Director, National Accounts; Nicki Hanson, Director of Sales, National Accounts; Mark Boudreau, Executive Director, Sales; Karen Andrus, Director of Sales; Yaniel Figueroa, Project Manager;

z. **Wockhardt**; and

aa. **Zydus**: Kevin Green, Associate Vice President, National Accounts; Michael Keenley, President; Marc Kikuchi, CEO Americas; Maria McManus, Corporate Account Manager.

**NACDS 2016 Total Store Expo** – San Diego, California (August 19-22, 2016):

a. **Heritage;**
b. **Mylan;**
c. **Par;**
d. **Perrigo;**
e. **Sandoz;**
f. **Taro;** and
g. **Teva.**

**HDMA 2016 Annual Board and Membership Meeting** – Sulphur Springs, West Virginia (September 25-28, 2016):

a. **Alvogen**;

b. **Apotex**: Steve Giuli, Vice President, Government Affairs; David Rekenthaler, Vice President, Sales;

c. **Mallinckrodt**;

d. **Mylan**: John Poulin, Senior Vice President, North America National Accounts, James Nesta, Vice President of Sales; Patrick Weaver, Head of Strategic Government Sales; Robert Tighe, Head of Mylan Pharmaceuticals;

e. **Teva**: Jessica Peters, Director, Trade Relations; Theresa Coward, Senior Director, Sales and Trade Relations; and

Case 2:19-cv-06011-CMR Document 1-005-2 Filed 01/08/20 Page 73 of 173 #: 1222

f.    **Zydus**: Michael Conley, Vice President, Wholesaler Channels.

**NACDS 2016 Week in New York** – New York, New York (December 1, 2016):

a.    **Apotex**;
b.    **Mylan/UDL;**
c.    **Sandoz;**
d.    **Teva;** and
e.    **Zydus.**

**NACDS 2016 Foundation Reception and Dinner** – New York, New York (December 3, 2016):

a.    **Apotex**: Sam Boulton, Director, National Accounts; Jeff Watson, President, Global Generics; James Van Lieshout, Vice President, Market Access; Beth Hamilton, Vice President, Marketing and Portfolio Strategy; Jeffrey Hampton, Senior Vice President and General Manager; John Crawford, National Account Director; Tina Kaus, National Account Director; Steve Giuli, Director, Government Affairs;

b.    **Sandoz**: Gregory Oakes, Vice President and Head, Biopharmaceuticals; Scott Smith, Vice President, Sales and Marketing; Robert Spina, Vice President, Pricing and Contracts;

c.    **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Theresa Coward, Senior Director, Sales and Trade Relations; Marc Falkin, Senior Vice President, Sales; Anthony Giannone, Executive Director, Sales; and

d.    **Zydus:** Marc Kikuchi, CEO; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Alex Yakulis, Executive Vice President, Business Development.

615200.1

**FILED: SUFFOLK COUNTY CLERK 03/15/2021 09:25 AM** INDEX NO. 619573/2020

NYSCEF DOC. NO. 4    Case 2:21-cv-01650-JS-ST    Document 1-4    Filed 03/26/21    Page 75 of 121 PageID #: 1223    RECEIVED NYSCEF: 03/15/2021

SUPREME COURT OF THE STATE OF
NEW YORK
Suffolk County



*218697*

**AFFIDAVIT OF SERVICE**

Index no :**619573/2020**

**County of Albany, et al**

Plaintiff(s),

vs.

**Actavis Holdco US, Inc., et al**

Defendant(s).

_____/

**STATE OF CONNECTICUT**

**ss: East Hartford**

**HARTFORD COUNTY**

**Sandra Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over
the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **03/11/2021** at **11:30 AM**, I served the within **Notice of Electronic Filing, Summons, Complaint,
Confirmation Notice** on **Breckenridge Pharmaceuticals, Inc.** at **15 Massiro Drive, Ste 101, Berlin,
CT 06037** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Amber Thammavongsa, Authorized** of
the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service
on behalf of **Breckenridge Pharmaceuticals, Inc.**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Asian | Black | 27 | 5' | 110 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
March 12, 2021
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC    03/31/2023
My Commission Expires: _____

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2023

X_____
Sandra Yade
PM Legal
75 Maiden Lane, 11th Floor
New York, NY 10038
212-233-4040
Atty File#:

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 76 of 121 PageID #: 1224

P4360590

COUNTY OF ALBANY, ETAL
PLAINTIFF
– vs –
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
ACTAVIS ELIZABETH LLC
200 ELMORA AVENUE
ELIZABETH, NJ 07202

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data**:
Served Successfully **X** Not Served _____ Date: <u>03/10/2021</u> Time: <u>9:33AM</u> Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

<u>Brandon Lopez</u>

<u>CLERK AUTHORIZED TO ACCEPT</u>

**Description of Person Accepting Service:**

SEX: **MALE**    COLOR: **TAN**    HAIR: **BLACK**    APP.AGE: **30+**    APP. HT: **5'9**    APP. WT: **170**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
____ day of _____, 2021

I, DARLEEN DOMIZIO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server        Date

**TINA GIORDANO**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission # 2428940**
**My Commission Expires 1/17/2023**

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 77 of 121 PageID #: 1225

P4361572

---

COUNTY OF ALBANY, ETAL
PLAINTIFF
– vs –
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

---

**Person to be Served**
SANDOZ, INC.
100 COLLEGE ROAD WEST
PRINCETON, NJ 08540

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X** Not Served _____ Date: <u>03/10/2021</u> Time: <u>10:14AM</u> Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

<u>Panza S</u>

<u>LEGAL CLERK AUTHORIZED TO ACCEPT</u>

**Description of Person Accepting Service:**
SEX: **MALE**   COLOR: **WHITE**   HAIR: **BLACK**   APP.AGE: **30–40**   APP. HT: **5'11**   APP. WT: **180**
OTHER:

**Comments Or Remarks:**

I, JOHN JONES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
12th day of May 2021

_____
Signature of Process Server          Date

**TINA GIORDANO**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission # 2428940**
**My Commission Expires 1/17/2023**

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 78 of 121 PageID #: 1226

P4360954

COUNTY OF ALBANY, ETAL
PLAINTIFF
– vs –
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
DR. REDDY'S LABORATORIES, INC.
107 COLLEGE ROAD EAST
PRINCETON, NJ 08540

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data**:
Served Successfully **X** Not Served _____ Date: <u>03/10/2021</u> Time: <u>10:02AM</u> Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

<u>Gouda L</u>

<u>AUTHORIZED TO ACCEPT</u>

**Description of Person Accepting Service**:
SEX: **MALE**    COLOR: **BROWN**    HAIR: **BLACK**    APP.AGE: **55-65**    APP. HT: **6'**    APP. WT: **195**
OTHER:

**Comments Or Remarks**:

I, JOHN JONES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
12th day of Mar 2021

_____
Signature of Process Server            Date

Client File Number:

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
Commission # 2428940
My Commission Expires 1/17/2023

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 79 of 121 PageID #: 1227


P4361002

Form 27 - AFFIDAVIT OF SERVICE

**NAPOLI SHKOLNIK, PLLC**    Harold May
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

COUNTY OF ALBANY, ETAL

                                                    PLAINTIFF

                           - vs -

ACTAVIS HOLDCO US, INC., ETAL

                                                    DEFENDANT

index No. **619573/2020**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU**        :SS:

**CHARLES SPANO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **09TH** day of **MARCH, 2021 3:15PM** at
    **60 BAYLIS ROAD**
    **MELVILLE NY 11747**
I served a true copy of the **EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** upon **FOUGERA PHARMACEUTICALS INC.** the **DEFENDANT** therein named by delivering to, and leaving personally with **James Apollo , AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**    COLOR: **WHITE** HAIR: **BLACK/GREY**

APP.AGE: **50** APP. HT: **6'3** APP. WT: **255**

OTHER IDENTIFYING FEATURES

Sworn to before me this
10TH day of MARCH, 2021

TIFFANY THOMPSON
Notary Public, State of New York
NO. 01TH6368449
Qualified in KINGS COUNTY
Commission Expires 12/11/2021

CHARLES SPANO
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-NPL-4361002

1 of 2

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 80 of 121 PageID #: 1228



P4361002

Form 27 - AFFIDAVIT OF SERVICE

**NAPOLI SHKOLNIK, PLLC**    Harold May
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

| COUNTY OF ALBANY, ETAL | | index No. **619573/2020** |
|---|---|---|
| | PLAINTIFF | Date Filed |
| - vs - | | Office No. |
| ACTAVIS HOLDCO US, INC., ETAL | | Court Date. |
| | DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NASSAU**    :SS:

**CHARLES SPANO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **09TH** day of **MARCH, 2021 3:15PM** at
**60 BAYLIS ROAD**
**MELVILLE NY 11747**
I served a true copy of the **EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** upon **FOUGERA PHARMACEUTICALS INC.** the **DEFENDANT** therein named by delivering to, and leaving personally with **James Apollo , AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**    COLOR: **WHITE** HAIR: **BLACK/GREY**

APP.AGE: **50** APP. HT: **6'3** APP. WT: **255**

OTHER IDENTIFYING FEATURES

Sworn to before me this
10TH day of MARCH, 2021

TIFFANY THOMPSON
Notary Public, State of New York
NO. 01TH6368449
Qualified in KINGS COUNTY
Commission Expires 12/11/2021

CHARLES SPANO
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-NPL-4361002

NYSCEF AFFIDAVIT OF SERVICE

NAPOLI SHKOLNIK, PLLC    Harold May

SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

COUNTY OF ALBANY, ETAL

— vs —

ACTAVIS HOLDCO US, INC., ETAL

PLAINTIFF

DEFENDANT

index No. 619573/2020
Date Filed
File No.
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF __North Carolina__ , COUNTY OF __Wake__ :SS:

__Rashad Duncan__ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __NC__ .

On __March 11, 2021__ at __8:23 am__ ,

at **3301 BENSON DRIVE SUITE 401 RALEIGH, NC 27609**

deponent served the within **EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** on: **MAYNE PHARMA USA INC.**, the **DEFENDANT** therein named.

____ #1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

__X__ #2 CORPORATION    By delivering a true copy of each to __Donna Allen__ personally,

deponent knew the person so served to be the __Executive Assistant__
of the corporation, and authorized to accept service on behalf of the corporation.

____ #3 SUITABLE    By delivering a true copy of each to _____ a person
AGE PERSON    of suitable age and discretion.
Said premises is **DEFENDANT's:** [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

____ #4 AFFIXING    By affixing a true copy of each to the door of said premises, which is **DEFENDANT's:** [
TO DOOR    ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by

____ #5 MAIL COPY    On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper

addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

__X__ #6 DESCRIPTION    Deponent describes the person served as aforesaid to the best of deponent's
(USE WITH #1, 2 OR 3)    ability at the time and circumstances of the service as follows.
Sex: __Female__    Color: __White__    Hair: __Blonde__
Age: __50-54__    Height: __5"5"- 5"8"__    Weight: __200-220__
OTHER IDENTIFYING FEATURES:

____ #7 WITNESS FEES    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $

____ #8 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

____ #9 OTHER

_____ 3/11/2021
NOTARY NAME & DATE

_____ 3/11/2021

**JESSICA HINTON DICKENS**
Notary Public
Durham Co., North Carolina
My Commission Expires Oct. 28, 2023

PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-NPL-4361309

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 82 of 121 PageID #: 1230

# Affidavit of Process Server

## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF SUFFOLK
(NAME OF COURT)

| COUNTY OF ALBANY, et al. | VS | ACTAVIS HOLDCO US, INC., et al. | 619573/2020 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDANT | CASE NUMBER |

I, WILLIAM VINCENT, **being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.**

**Service:  I served**      **MORTON GROVE PHARMACEUTICALS, INC.**

NAME OF PERSON / ENTITY BEING SERVED

With (list documents)  **SUMMONS & COMPLAINT; EXHIBIT(S); NOTICE OF ELECTRONIC FILING**

| By leaving with | **WILLIAM McKEWN** | | **DIRECTOR OF H.R.** |
|---|---|---|---|
| | NAME | | RELATIONSHIP |

☐  Residence _____

| | | ADDRESS | CITY / STATE |
|---|---|---|---|
| √ | Business | **6451 W. MAIN STREET** | **MORTON GROVE, IL 60053** |
| | | ADDRESS | CITY / STATE |

| **On** | **11 MARCH 2021** | **AT** | **12:38 PM** |
|---|---|---|---|
| | DATE | | TIME |

**Manner of Service:**

☐  **Personal:** By personally delivering copies to the person being served.

☐  **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of_____and explaining the general nature of the papers.

√  **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

| Description | 60's | Male | White | 6'00" | Avg | Gray | | |
|---|---|---|---|---|---|---|---|---|
| | AGE | SEX | RACE | HEIGHT | WEIGHT | HAIR | BEARD | GLASSES |

*William Vincent*

SIGNATURE OF PROCESS SERVER

**SUBSCRIBED AND SWORN** to before me this **11th day of March 2021**, by **William Vincent** proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
**HEIDI L BERNA**
**NOTARY PUBLIC. STATE OF ILLINOIS**
**MY COMMISSION EXPIRES**
**JULY 17, 2022**

NOTARY PUBLIC for the State of ILLINOIS



P4361556

AFFIDAVIT OF SERVICE

NAPOLI SHKOLNIK, PLLC    Harold May
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK
COUNTY OF ALBANY, ETAL

                                          PLAINTIFF

                        - vs -

ACTAVIS HOLDCO US, INC., ETAL

                                          DEFENDANT

index No. 619573/2020
Date Filed
File No.
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF _____Michigan_____, COUNTY OF _____Kalamazoo_____ :SS:

_____Jayne Reeves_____, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of____Michigan____.

On _____March 10, 2021_____ at _____2:30PM_____,

at **515 EASTERN AVENUE  ALLEGAN, MI 49010**

deponent served the within **EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** on: **PERRIGO NEW YORK, INC.**, the **DEFENDANT** therein named.

____#1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the
                    person served to be the person described as said person therein.
√#2 CORPORATION    By delivering a true copy of each to ___John Lemmer___
                    personally,

                    deponent knew the person so served to be the ___Security Officer___
                    of the corporation, and authorized to accept service on behalf of the corporation.
____#3 SUITABLE    By delivering a true copy of each to _____ a person
    AGE PERSON     of suitable age and discretion.
                    Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual
                    place of abode) within the state.
____#4 AFFIXING    By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**:[
    TO DOOR        ] actual place of business  [ ] dwelling house (usual place of abode) within the
                    state.

                    Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age
                    and discretion, having called thereat
                    on the _____ day of _____ at _____
                    on the _____ day of _____ at _____
                    on the _____ day of _____ at _____
                    on the _____ day of _____ at _____
                    Address confirmed by

____#5 MAIL COPY   ~~On~~ _____ ~~I deposited in the United States mail a true copy~~ of the
                    aforementioned documents properly enclosed and sealed in a post-paid wrapper

                    addressed to the above address. Copy mailed 1ˢᵗ class mail marked personal and
                    confidential not indicating on the outside thereof by return address or otherwise
                    that said notice is from an attorney or concerns an action against the person to be
                    served.
√#6 DESCRIPTION    Deponent describes the person served as aforesaid to the best of deponent's
(USE WITH #1, 2 OR 3) ability at the time and circumstances of the service as follows.
                    Sex: Male          Color: White          Hair: Brown
                    Age: 50ish         Height: 5'10"          Weight: 160
                    OTHER IDENTIFYING FEATURES:
____#7 WITNESS FEES The authorized witness fee and / or traveling expenses were paid (tendered) to the
                    **DEFENDANT** in the
                    amount of $_____
____#8 MILITARY SRVC Deponent asked person spoken to whether the **DEFENDANT** was presently in military
                    service of the United States Government or of the State of _____ and was
                    informed that **DEFENDANT** was not.
____#9 OTHER

NOTARY NAME & DATE        3·11·2021                    Jayne Reeves, Process Server

                    R R SQUIER                          PM Legal, LLC
           NOTARY PUBLIC-STATE OF MICHIGAN             75 MAIDEN LANE 11TH FLOOR
              COUNTY OF KALAMAZOO                       NEW YORK, NY 10038
         MY COMMISSION EXPIRES FEB. 18, 2022           Reference No: 9-NPL-4361556
           ACTING IN THE COUNTY OF_____

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF _____**

## STATEMENT OF AUTHORIZATION FOR
## ELECTRONIC FILING
### (Managing Attorney Authorizing Filing Agent Entity)

I, _MARIE NAPOLI_____, Esq., ( Attorney Registration No. _2596328_ ) am the managing attorney of/attorney in charge of e-filing for _NApoli Shkolnik PLLC_____ (the "Firm"). I hereby acknowledge and represent that the attorneys in the Firm who are authorized users of the New York State Electronic Filing System ("NYSCEF") hereby authorize any employee of _PM LEGAL_____ who possesses a NYSCEF filing agent ID to file documents on their behalf and at their direction, as a filing agent, in any e-filed matter in which they are counsel of record through NYSCEF, as provided in Section 202.5-b of the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which these attorneys have previously consented to e-filing or may hereafter consent, to any mandatory matter in which they have recorded their representation, and to any matter in which they authorize the filing agent to record consent or representation in the NYSCEF system.

This authorization extends to any and all documents these attorneys generate and submit to the filing agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to each matter in which these attorneys are counsel of record, shall be deemed to accompany any document in that matter filed by the filing agent on behalf of these attorneys.

This authorization also extends to matters of payment, which the filing agent may make either by debiting an account the filing agent maintains with the County Clerk of any authorized e-filing county or by debiting an account the Firm maintains with the County Clerk of any authorized e-filing county.

This authorization regarding this filing agent shall continue until the Firm revokes the authorization in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: _August 4, 2017_

_Marie Napoli_
Signature

_MARIE NAPOLI_
Print Name

_Melville NY 11747_
City, State and Zip Code

_631-224-1131_
Phone

_mnapoli at napolilaw.com_
E-Mail Address

_____
Firm/Department

_400 Broadhollow Rd_
Street Address

FILED: SUFFOLK COUNTY CLERK 03/23/2021 01:51 PM INDEX NO. 619573/2020

NYSCEF DOC. NO. 13    Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 85 of 121 PageID #: 1233    RECEIVED NYSCEF: 03/23/2021

P4360863

COUNTY OF ALBANY, ETAL
PLAINTIFF
- vs -
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
CAMBER PHARMACEUTICALS, INC.
1031 CENNTENIAL AVENUE
PISCATAWAY, NJ 08854

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X**  Not Served _____  Date: _03/10/2021_  Time: _11:51AM_ Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

Daniel Lorenzo

CUSTOMER SERVICE REPRESENTATIVE

**Description of Person Accepting Service**:

SEX: **MALE**    COLOR: **WHITE**    HAIR: **BALD**    APP.AGE: **52**    APP. HT: **5'8**    APP. WT: **185**
OTHER:

**Comments Or Remarks:**

I, MICHAEL WEINSHENKER, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
_17th May_ day of _____,2021

_____    _____
Signature of Process Server    Date

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
Commission # 2428940
My Commission Expires 1/17/2023

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

1 of 1

Case 2.21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 86 of 121 PageID #: 1234

P4360913

COUNTY OF ALBANY, ETAL
PLAINTIFF
- vs -
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
CITRON PHARMA LLC
2 TOWER CENTER BOULEVARD SUITE 1101
EAST BRUNSWICK, NJ 08816

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X**  Not Served _____  Date: 03/10/2021 Time: 1:21PM Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

Dhara Rana

OFFICE MANAGER

**Description of Person Accepting Service:**
SEX: **FEMALE**     COLOR: **INDIAN**     HAIR: **BLACK**     APP.AGE: **28**     APP. HT: **5'1**     APP. WT: **110**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
17ᵗʰ day of May ,2021

I, MICHAEL WEINSHENKER, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server          Date

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
Commission # 2428940
My Commission Expires 1/17/2023

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 87 of 121 PageID #: 1235

P4361168

COUNTY OF ALBANY, ETAL
PLAINTIFF
– vs –
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
HERITAGE PHARMACEUTICALS, INC.
21 COTTERS LANE
EAST BRUNSWICK, NJ 08816

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X** Not Served _____ Date: 03/10/2021 Time: 1:39PM Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

Gitesh Gunderia

SENIOR DIRECTOR

**Description of Person Accepting Service:**

SEX: **MALE**    COLOR: **INDIAN**    HAIR: **BLACK**    APP.AGE: **52**    APP. HT: **5'6**    APP. WT: **160**
OTHER: **Glasses**

**Comments Or Remarks:** PHONE # 732-238-7880.

I, MICHAEL WEINSHENKER, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
day of _____ ,2021

17th May

_____
Signature of Process Server          Date

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
Commission # 2428940
My Commission Expires 1/17/2023

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 88 of 121 PageID #: 1236

P4361580

COUNTY OF ALBANY, ETAL
PLAINTIFF
– vs –
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
SUN PHARMACEUTICAL INDUSTRIES, INC.
1 COMMERCE DRIVE
CRANBURY, NJ 08512

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data**:
Served Successfully **X** Not Served _____ Date: <u>03/10/2021</u> Time: <u>2:17PM</u> Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

<u>Tara Crowe</u>

<u>RECEPTIONIST</u>

**Description of Person Accepting Service:**

SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BLONDE**   APP.AGE: **35**   APP. HT: **5'7**   APP. WT: **130**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
17ᵗʰ day of Mas, 2021

Tina Giordano

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
Commission # 2428940
My Commission Expires 1/17/2023

I, MICHAEL WEINSHENKER, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server                    Date

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

1 of 1

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF _____**

**STATEMENT OF AUTHORIZATION FOR**
**ELECTRONIC FILING**
**(Managing Attorney Authorizing Filing Agent Entity)**

I, _MARIE NAPOLI_____, Esq., ( Attorney Registration No. _2596328_ ) am the managing attorney of/attorney in charge of e-filing for _NApoli Shkolnik_ _PLLC_____ (the "Firm"). I hereby acknowledge and represent that the attorneys in the Firm who are authorized users of the New York State Electronic Filing System ("NYSCEF") hereby authorize any employee of _PM LEGAL_____ who possesses a NYSCEF filing agent ID to file documents on their behalf and at their direction, as a filing agent, in any e-filed matter in which they are counsel of record through NYSCEF, as provided in Section 202.5-b of the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which these attorneys have previously consented to e-filing or may hereafter consent, to any mandatory matter in which they have recorded their representation, and to any matter in which they authorize the filing agent to record consent or representation in the NYSCEF system.

This authorization extends to any and all documents these attorneys generate and submit to the filing agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to each matter in which these attorneys are counsel of record, shall be deemed to accompany any document in that matter filed by the filing agent on behalf of these attorneys.

This authorization also extends to matters of payment, which the filing agent may make either by debiting an account the filing agent maintains with the County Clerk of any authorized e-filing county or by debiting an account the Firm maintains with the County Clerk of any authorized e-filing county.

This authorization regarding this filing agent shall continue until the Firm revokes the authorization in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: _August 4, 2017_

_Marie Napoli_
Signature

_MARIE NAPOLI_
Print Name

_Melville NY 11747_
City, State and Zip Code

_631-224-1131_
Phone

_mnapoli at napolilaw.com_
E-Mail Address

Firm/Department:

_400 Broadhollow Rd_
Street Address

P4361275

AFFIDAVIT OF SERVICE

NAPOLI SHKOLNIK, PLLC     Harold May
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

COUNTY OF ALBANY, ETAL

                                                        PLAINTIFF

                            - vs -

ACTAVIS HOLDCO US, INC., ETAL

                                                        DEFENDANT

index No. 619573/2020
Date Filed
File No.
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF  Maryland                              , COUNTY OF  Baltimore                          :SS:

Jeff Levy                                                  , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of MD          .

On  03/11/2021                                    at  9:45am                    ,

at **HARBORPLACE TOWER – 111 SOUTH CALVER STREET 21ST FL. BALTIMORE, MD 21202**

deponent served the within **EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** on: **LUPIN PHARMACEUTICALS, INC.,** the **DEFENDANT** therein named.

| | |
|---|---|
| \_\_\_ #1 INDIVIDUAL | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| X #2 CORPORATION | By delivering a true copy of each to _____ Darlene Keeney _____ personally, |
| | deponent knew the person so served to be the _____ Corporate Receptionist _____ of the corporation, and authorized to accept service on behalf of the corporation. |
| \_\_\_ #3 SUITABLE AGE PERSON | By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **DEFENDANT's:** [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. |
| \_\_\_ #4 AFFIXING TO DOOR | By affixing a true copy of each to the door of said premises, which is **DEFENDANT's:** [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. |

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

| | | | | | |
|---|---|---|---|---|---|
| on the _____ | day of _____ | at _____ |
| on the _____ | day of _____ | at _____ |
| on the _____ | day of _____ | at _____ |
| on the _____ | day of _____ | at _____ |

Address confirmed by

\_\_\_ #5 MAIL COPY       On ~~I deposited in the United States mail a true~~ copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1" class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X #6 DESCRIPTION   Deponent describes the person served as aforesaid to the best of deponent's
(USE WITH #1, 2 OR 3) ability at the time and circumstances of the service as follows.

| | | |
|---|---|---|
| Sex: F | Color: W | Hair: Blonde |
| Age: 60+ | Height: 5'4" - 5'8" | Weight: 161-190 |

OTHER IDENTIFYING FEATURES:

\_\_\_ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

\_\_\_ #8 MILITARY SRVC  Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

\_\_\_ #9 OTHER

Dave Drew 3/11/2021
NOTARY NAME & DATE

                    DENIA J. KRAMER
                    NOTARY PUBLIC STATE OF MARYLAND
                    My Commission Expires August 14, 2023

PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-NPL-4361275

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 91 of 121 PageID #: 1239



P4377404

Form 27 – AFFIDAVIT OF SERVICE

**NAPOLI SHKOLNIK, PLLC**    Harold May

SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK
_____

COUNTY OF ALBANY, ETAL

                                                      PLAINTIFF

                              - vs -

ACTAVIS HOLDCO US, INC., ETAL
_____

                                                      DEFENDANT

index No. **619573/2020**

Date Filed

Office No.

Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **11TH** day of **MARCH, 2021 10:33AM** at

        **C/O CT CORPORATION SYSTEM, 28 LIBERTY STREET**
        **NEW YORK NY 10005**
I served a true copy of the **EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** upon **PFIZER, INC.** the **DEFENDANT** therein named by delivering to, and leaving personally with **Gina Martinez, AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE**      COLOR: **WHITE** HAIR: **RED**

APP.AGE: **28-34** APP. HT: **4'10** APP. WT: **120**

OTHER IDENTIFYING FEATURES

**Glasses**

Sworn to before me this
12TH day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

DONDRE DENNIS 5088247
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No. 9-NPL-4377404



P4361192

COUNTY OF ALBANY, ETAL
PLAINTIFF
– vs –
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
HIKMA PHARMACEUTICALS, USA, INC.
2 ESTERBROOK LANE
CHERRY HILL, NJ 08003

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X** Not Served _____ Date: 03/11/2021 Time: 8:50 AM Attempts: _____

___ Delivered a **copy to him/her personally**

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

MARY GILBERT

ASSOCIATE OF HUMAN RESOURCE

**Description of Person Accepting Service:**

SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **RED**    APP.AGE: **59**    APP. HT: **5'6**    APP. WT: **170**
OTHER:

**Comments Or Remarks:**

*Edward J. McDonald*
Sworn to before me this
18 day of MAR, 2021

I, JOSEPH RUSSO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Joseph A. Russo*

Signature of Process Server              Date

EDWARD J. McDONALD
NOTARY PUBLIC OF NEW JERSEY
COMMISSION # 50004842
MY COMMISSION EXPIRES 10/21/2024

Client File **Number:**

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

1 of 1

P4361895

COUNTY OF ALBANY, ETAL
PLAINTIFF
- vs -
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
AMNEAL PHARMACEUTICALS, LLC
400 CROSSING BOULEVARD 3RD FL.
BRIDGEWATER, NJ 08807

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X** Not Served _____ Date: <u>03/11/2021</u> Time: <u>10:29AM</u> Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

<u>MIKE JESIONKI</u>

<u>AUTHORIZED TO ACCEPT</u>

**Description of Person Accepting Service:**

SEX: **MALE**    COLOR: **WHITE**    HAIR: **BROWN**    APP.AGE: **50**    APP. HT: **5'11**    APP. WT: **210**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
17th day of MAR, 2021

I, PATRICK PERSICANO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server                    Date

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 94 of 121 PageID #: 1242

P4360673

COUNTY OF ALBANY, ETAL
PLAINTIFF
– vs –
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
AMNEAL PHARMACEUTICALS, INC.
400 CROSSING BOULEVARD 3RD FL.
BRIDGEWATER, NJ 08807

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X**_ Not Served _____ Date: _03/11/2021_ Time:_ 10:29AM_ Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

MIKE JESIONKI

AUTHORIZED TO ACCEPT

**Description of Person Accepting Service:**

SEX: **MALE**      COLOR: **WHITE**      HAIR: **BROWN**      APP. AGE: **50**      APP. HT: **5'11**      APP. WT: **210**
OTHER:

**Comments Or Remarks:**

I, PATRICK PERSICANO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
17TH day of MAR 2021

_____
Signature of Process Server          Date

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 95 of 121 PageID #: 1243

P4361085

COUNTY OF ALBANY, ETAL
PLAINTIFF
- vs -
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
PFIZER, INC. AND ITS ALTER EGO, GREENSTONE LLC
100 ROUTE 206
PEAPACK, NJ 07977

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X** Not Served _____ Date: <u>03/11/2021</u> Time: <u>4:25PM</u> Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

<u>Eric Cartagena</u>

<u>SECURITY SHIFT SUPERVISOR</u>

**Description of Person Accepting Service:**

SEX: **MALE**    COLOR: **HISPANIC**    HAIR: **BLACK**    APP.AGE: **25**    APP. HT: **5'8**    APP. WT: **170**
OTHER:

**Comments Or Remarks:**

I, PATRICK PERSICANO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
17th day of MAR 2021

_____
Signature of Process Server          Date

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 96 of 121 PageID #: 1244

P4361762

COUNTY OF ALBANY, ETAL
PLAINTIFF
– vs –
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
WOCKHARDT USA LLC
20 WATERVIEW BOULEVARD SUITE 315
PARSIPPANY, NJ 07054

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X** Not Served _____ Date: 03/11/2021 Time: 3:27PM Attempts: _____

____ Delivered a copy to him/her personally

Name of person served and relationship / title:

____ Left a copy with a competent household member of over 14 years of age residing therein.

Veronica Wilson

ACCOUNTS RECEIVABLE ANALYST

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**

SEX: **FEMALE**    COLOR: **BLACK**    HAIR: **BLACK**    APP.AGE: **45**    APP. HT: **5'7**    APP. WT: **170**
OTHER:

**Comments Or Remarks:**

I, PATRICK PERSICANO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
17th day of MAR 2021

Signature of Process Server          Date

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

FILED: SUFFOLK COUNTY CLERK 03/24/2021 12:39 PM          INDEX NO. 619573/2020

NYSCEF DOC. NO. 25          Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 97 of 121 PageID #: 1245          RECEIVED NYSCEF: 03/24/2021

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** _____

## STATEMENT OF AUTHORIZATION FOR
## ELECTRONIC FILING
### (Managing Attorney Authorizing Filing Agent Entity)

I, *MARIE NAPOLI*, Esq., ( Attorney Registration No. *2596328* ) am the
managing attorney of/attorney in charge of e-filing for *NAPoli Shkolnik*
*PLLC* (the "Firm"). I hereby acknowledge and
represent that the attorneys in the Firm who are authorized users of the New York State
Electronic Filing System ("NYSCEF") hereby authorize any employee of
PM LEGAL who possesses a NYSCEF filing agent ID to file documents on
their behalf and at their direction, as a filing agent, in any e-filed matter in which they are
counsel of record through NYSCEF, as provided in Section 202.5-b of the Uniform Rules for the
Trial Courts.

This authorization extends to any consensual matter in which these attorneys have
previously consented to e-filing or may hereafter consent, to any mandatory matter in which
they have recorded their representation, and to any matter in which they authorize the filing
agent to record consent or representation in the NYSCEF system.

This authorization extends to any and all documents these attorneys generate and
submit to the filing agent for filing in any such matter. This authorization, posted once on the
NYSCEF website as to each matter in which these attorneys are counsel of record, shall be
deemed to accompany any document in that matter filed by the filing agent on behalf of these
attorneys.

This authorization also extends to matters of payment, which the filing agent may make
either by debiting an account the filing agent maintains with the County Clerk of any authorized
e-filing county or by debiting an account the Firm maintains with the County Clerk of any
authorized e-filing county.

This authorization regarding this filing agent shall continue until the Firm revokes the
authorization in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: *August 4, 2017*

*Marie Napoli*
Signature

*MARIE NAPOLI*
Print Name

_____
Firm/Department

*400 Broadhollow Rd*
Street Address

*Melville NY 11747*
City, State and Zip Code

*631-224-1131*
Phone

*mnapoli at napolilaw.com*
E-Mail Address

**FILED: SUFFOLK COUNTY CLERK 03/24/2021 01:29 PM** INDEX NO. 619573/2020

NYSCEF DOC. NO. 26    Case 2:21-cv-01650-JS-AYS Document 54 Filed 05/26/21 Page 98 of 121 PageID #: 1246    RECEIVED NYSCEF: 03/24/2021

## Affidavit of Process Server

### SUFFOLK COUNTY SUPREME COURT
(NAME OF COURT)

COUNTY OF ALBANY ET AL. VS **VERSAPHARM, INC.**    619573/2020

PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

I **CHRIS STANTON**_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I ■served ☐was unable to serve : **VERSAPHARM, INC.**

NAME OF PERSON TO BE SERVED

with (list documents) **SUMMONS & COMPLAINT, EXHIBITS**

by leaving with **Barry Smith, with Registered Agent C.S.C.**_____ At
　　　　　　NAME　　　　　　　　　　　RELATIONSHIP / POSITION

☐ Residence_____
　　　　　ADDRESS　　　　　　　　　　　　CITY / STATE

■ Business **40 TECHNOLOGY PKWY S. #300, NORCROSS, GA 30092**
　　　　　ADDRESS　　　　　　　　　　　　CITY / STATE

On_____**3/12/21**_____AT_____**12:50 P.M.**_____
　　　　DATE　　　　　　　　　　　　TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE

from_____
　　CITY　　　　STATE　　　　ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
■ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
　　　　　　　　　　　　　　　　　　DATE　　TIME　　　　　DATE　　TIME

(3)_____ (4)_____ (5)_____
　DATE　　TIME　　　　DATE　　TIME　　　　DATE　　TIME

**Description:.** Age **30S** Sex **M** Race **BLK** Height **5'8** Weight **200** Hair **BLK** Beard_____ Glasses **NO**

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this _____**15** day of _____**March**_____, 20 **21**, by _____**Chris Stanton**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of_____

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 99 of 121 PageID #: 1247



P4361523

Form 27 – AFFIDAVIT OF SERVICE

**NAPOLI SHKOLNIK, PLLC**   Harold May
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

COUNTY OF ALBANY, ETAL                                      index No. **619573/2020**

                                          PLAINTIFF          Date Filed
                                                             Office No.
                    – vs –                                   Court Date.
ACTAVIS HOLDCO US, INC., ETAL

                                          DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**DANIEL KNIGHT** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on the **12TH** day of **MARCH, 2021 11:47AM**
at
    **1 RAM RIDGE ROAD**
    **CHESTNUT RIDGE NY 10977**
I served a true copy of the **EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** upon
**PAR PHARMACEUTICAL, INC.** the **DEFENDANT** therein named by delivering to, and leaving personally
with **Gina Gencarelli** , **LEGAL CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**

APP.AGE: **36** APP. HT: **5'6** APP. WT: **145**

OTHER IDENTIFYING FEATURES


Sworn to before me this
16TH day of MARCH, 2021

_____             _____
                                            DANIEL KNIGHT
SELENA INES ADAMES                          PM Legal, LLC
Notary Public, State of New York            75 MAIDEN LANE 11TH FLOOR
No. 01AD6365042                             NEW YORK, NY 10038
Qualified in NEW YORK COUNTY                Reference No: 9-NPL-4361523
Commission Expires 09/25/2021

## AFFIDAVIT OF SERVICE

State of New York                    County of Suffolk                    Supreme Court

Index Number: 619573 / 2020
Date Filed: 12/15/2020

Plaintiff:
**COUNTY OF ALBANY, et al.,**

vs.

Defendant:
**ACTAVIS HOLDCO US, INC., et al.,**

For:
NAPOLI SHKOLNICK, PLLC

ICI2021000116

Received by PM LEGAL on the 10th day of March, 2021 at 10:45 am to be served on **HIKMA LABS, INC., 1809 Wilson Road, Columbus, OH 43228**.

I, Tina L. Schroeder, being duly sworn, depose and say that on the **10th day of March, 2021** at **1:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS; COMPLAINT; NOTICE OF ELECTRONIC FILING AND EXHIBIT(S)** with the date and hour of service endorsed thereon by me, to: **BEN ZEIGER** as **Intake Specialist** for **HIKMA LABS, INC.**, at the address of: **c/o CT Corporation System - Registered Agent, 4400 Easton Commons Way, Suite 125, Columbus, OH 43219**, and informed said person of the contents therein, in compliance with state statutes.

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: W, Height: 5-08, Weight: 185, Hair: DBLO, Glasses: N

Being duly sworn, I dispose and say that on the above date and time served the above legal documents in the above matter at the above location in accordance with state statues. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which the service was made.

MARK T. SHARNSKY
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
August 26, 2023

Subscribed and Sworn to before me on the _12th_ day
of _March_, _2021_ by the affiant who is
personally known to me

NOTARY PUBLIC

Tina L. Schroeder
Process Server

**PM LEGAL**
**75 Maiden Lane**
**11th Floor**
**New York, NY 10038**
**(718) 672-1117**

Our Job Serial Number: ICI-2021000116
Ref: 4361176

Copyright © 1992-2021 Database Services, Inc - Process Server's Toolbox V8.1x

1 of 1

## AFFIDAVIT OF SERVICE

State of New York                    County of Suffolk                    Supreme Court

Index Number: 619573 / 2020
Date Filed: 12/15/2020

ICI2021000117

Plaintiff:
**COUNTY OF ALBANY, et al.,**

vs.

Defendant:
**ACTAVIS HOLDCO US, INC., et al.,**

For:
NAPOLI SHKOLNICK, PLLC

Received by PM LEGAL on the 10th day of March, 2021 at 10:45 am to be served on **WEST-WARD COLUMBUS, INC., 1809 Wilson Road, Columbus, OH 43228.**

I, Tina L. Schroeder, being duly sworn, depose and say that on the **10th day of March, 2021** at **1:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS; COMPLAINT; NOTICE OF ELECTRONIC FILING AND EXHIBIT(S)** with the date and hour of service endorsed thereon by me, to: **BEN ZEIGER** as **Intake Specialist** for **WEST-WARD COLUMBUS, INC.**, at the address of: **c/o CT Corporation System - Registered Agent, 4400 Easton Commons Way, Suite 125, Columbus, OH 43219**, and informed said person of the contents therein, in compliance with state statutes.

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: W, Height: 5-08, Weight: 185, Hair: DBLO, Glasses: N

Being duly sworn, I dispose and say that on the above date and time served the above legal documents in the above matter at the above location in accordance with state statues. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which the service was made.

MARK T. SHARNSKY
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
August 26, 2023

Subscribed and Sworn to before me on the 12th day
of ___March___, 2021 by the affiant who is
personally known to me.

NOTARY PUBLIC

Tina L. Schroeder
Process Server

**PM LEGAL**
**75 Maiden Lane**
**11th Floor**
**New York, NY 10038**
**(718) 672-1117**

Our Job Serial Number: ICI-2021000117
Ref: 4361754

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1x

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 102 of 121 PageID #: 1250



Affidavit of Service

P4383881

**NAPOLI SHKOLNIK, PLLC Harold May**
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

COUNTY OF ALBANY, ETAL                                    index No. **619573/2020**

                                                          Date Filed
                                          PLAINTIFF        Office No.
                          - vs -                           Court Date.
ACTAVIS HOLDCO US, INC., ETAL

                                          DEFENDANT

              STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **12th day of March, 2021** I served via E-mail a copy of the

**EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT**

**to BAUSCH HEALTH AMERICAS, INC.**
**the DEFENDANT at**
**PROCESS@UNITEDAGENTGROUP.COM**

Email address is specifically designated by the entity so served as shown on their website on the date of said service by electronic means. A confirmation of delivery is attached hereto.

I have read this affidavit and it is true and correct.

**COMMENTS:**

Sworn to before me this
16TH day of MARCH, 2021

SELENA INES ADAMES                    MICHAEL ROTH DCA LIC #2005859
Notary Public, State of New York      PM Legal, LLC
No. 01AD6365042                       75 MAIDEN LANE 11TH FLOOR
Qualified in NEW YORK COUNTY          NEW YORK, NY 10038
Commission Expires 09/25/2021         Reference No: 9-NPL-4383881

Case 2:21-cv-01650-JS-ST Document 1-4 Filed 03/26/21 Page 103 of 121 PageID #: 1251

**Diana Revzin**

| | |
|---|---|
| **From:** | Michael Roth |
| **Sent:** | Friday, March 12, 2021 10:41 AM |
| **To:** | process@unitedagentgroup.com |
| **Cc:** | e-service |
| **Subject:** | IMPORTANT LEGAL DOCUMENTS |
| **Attachments:** | 3.12 4383881_compressed.pdf |

4383881        BAUSCH HEALTH AMERICAS, INC.                                        PROCE

THIS EMAIL CONTAINS ATTACHMENTS OF IMPORTANT LEGAL DOCUMENTS WHICH REQUIRE YOUR IMMEDIATE
ATTENTION AND ACTION. IF YOU ARE UNABLE TO DOWNLOAD OR OPEN ANY ATTACHMENT, OR IF THE ATTACHMENT IS
CORRUPT OR UNREADABLE, PLEASE CONTACT THE SENDER OF THIS EMAIL IMMEDIATELY, EITHER BY REPLY EMAIL OR BY
TELEPHONE AT THE TELEPHONE NUMBER LISTED IN THIS EMAIL. YOUR SILENCE WILL PRESUME YOU RECEIVED THESE
DOCUMENTS IN THEIR ENTIRETY AND SAME WERE ALL ACCESSIBLE AND READABLE TO YOU.

**Michael (Mickey) Roth**
*Vice President, Client Satisfaction*
v (347) 859-8927
c (973) 714-5576
f (212) 500-5113
mroth@pmlegal.com

**PM Legal**
75 Maiden Lane, 11th Floor
New York, NY 10038
www.pmlegal.com

**PROCESS SERVING – INVESTIGATIONS – COURT REPORTING – BEST IN THE BUSINESS!**



Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 104 of 121 PageID #: 1252

Affidavit of Service



P4383915

**NAPOLI SHKOLNIK, PLLC Harold May**
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

| | |
|---|---|
| COUNTY OF ALBANY, ETAL | index No. **619573/2020** |
| PLAINTIFF | Date Filed |
| – vs – | Office No. |
| ACTAVIS HOLDCO US, INC., ETAL | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK,** COUNTY OF **NEW YORK**        :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **12th day of March, 2021** I served via E-mail a copy of the

**EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT**

**to BAUSCH HEALTH US INC.**
**the DEFENDANT at**
**PROCESS@UNITEDAGENTGROUP.COM**

Email address is specifically designated by the entity so served as shown on their website on the date of said service by electronic means. A confirmation of delivery is attached hereto.

I have read this affidavit and it is true and correct.

**COMMENTS:**

Sworn to before me this
16TH day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-NPL-4383915

**Diana Revzin**

| | |
|---|---|
| **From:** | Michael Roth |
| **Sent:** | Friday, March 12, 2021 10:42 AM |
| **To:** | process@unitedagentgroup.com |
| **Cc:** | e-service |
| **Subject:** | IMPORTANT LEGAL DOCUMENTS |
| **Attachments:** | 3.12 4383881_compressed.pdf |

4383915        BAUSCH HEALTH US INC.        PROCESS@UNITED 

THIS EMAIL CONTAINS ATTACHMENTS OF IMPORTANT LEGAL DOCUMENTS WHICH REQUIRE YOUR IMMEDIATE
ATTENTION AND ACTION. IF YOU ARE UNABLE TO DOWNLOAD OR OPEN ANY ATTACHMENT, OR IF THE ATTACHMENT IS
CORRUPT OR UNREADABLE, PLEASE CONTACT THE SENDER OF THIS EMAIL IMMEDIATELY, EITHER BY REPLY EMAIL OR BY
TELEPHONE AT THE TELEPHONE NUMBER LISTED IN THIS EMAIL. YOUR SILENCE WILL PRESUME YOU RECEIVED THESE
DOCUMENTS IN THEIR ENTIRETY AND SAME WERE ALL ACCESSIBLE AND READABLE TO YOU.

**Michael (Mickey) Roth**
*Vice President, Client Satisfaction*
v (347) 859-8927
c (973) 714-5576
f (212) 500-5113
mroth@pmlegal.com

**PM Legal**
75 Maiden Lane, 11th Floor
New York, NY 10038
www.pmlegal.com

**PROCESS SERVING – INVESTIGATIONS – COURT REPORTING – BEST IN THE BUSINESS!**



Case 2:21-cv-01650-JS-ST Document 1-4 Filed 03/26/21 Page 106 of 121 PageID #: 1254

Affidavit of Service



**NAPOLI SHKOLNIK, PLLC Harold May**
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

| COUNTY OF ALBANY, ETAL | | index No. **619573/2020** |
| --- | --- | --- |
| | PLAINTIFF | Date Filed |
| – vs – | | Office No. |
| ACTAVIS HOLDCO US, INC., ETAL | | Court Date. |
| | DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **12th day of March, 2021** I served via E-mail a copy of the

**EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT**

**to OCEANSIDE PHARMACEUTICALS, INC.**
**the DEFENDANT at**
**PROCESS@UNITEDAGENTGROUP.COM**

Email address is specifically designated by the entity so served as shown on their website on the date of said service by electronic means. A confirmation of delivery is attached hereto.

I have read this affidavit and it is true and correct.

**COMMENTS:**

Sworn to before me this
16TH day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-NPL-4383931

1 of 2

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 107 of 121 PageID #: 1255

**Diana Revzin**

| | |
|---|---|
| **From:** | Michael Roth |
| **Sent:** | Friday, March 12, 2021 10:40 AM |
| **To:** | process@unitedagentgroup.com |
| **Cc:** | e-service |
| **Subject:** | IMPORTANT LEGAL DOCUMENTS |
| **Attachments:** | 3.12 4383881_compressed.pdf |

4383931          OCEANSIDE PHARMACEUTICALS, INC.                                        PE

THIS EMAIL CONTAINS ATTACHMENTS OF IMPORTANT LEGAL DOCUMENTS WHICH REQUIRE YOUR IMMEDIATE ATTENTION AND ACTION. IF YOU ARE UNABLE TO DOWNLOAD OR OPEN ANY ATTACHMENT, OR IF THE ATTACHMENT IS CORRUPT OR UNREADABLE, PLEASE CONTACT THE SENDER OF THIS EMAIL IMMEDIATELY, EITHER BY REPLY EMAIL OR BY TELEPHONE AT THE TELEPHONE NUMBER LISTED IN THIS EMAIL. YOUR SILENCE WILL PRESUME YOU RECEIVED THESE DOCUMENTS IN THEIR ENTIRETY AND SAME WERE ALL ACCESSIBLE AND READABLE TO YOU.

**Michael (Mickey) Roth**
*Vice President, Client Satisfaction*
v (347) 859-8927
c (973) 714-5576
f (212) 500-5113
mroth@pmlegal.com

**PM Legal**
75 Maiden Lane, 11th Floor
New York, NY 10038
www.pmlegal.com

**PROCESS SERVING – INVESTIGATIONS – COURT REPORTING – BEST IN THE BUSINESS!**



1

Case 2:21-cv-01650-JS-ST Document 1-4 Filed 03/26/21 Page 108 of 121 PageID #: 1256

Affidavit of Service



**NAPOLI SHKOLNIK, PLLC Harold May**
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

| COUNTY OF ALBANY, ETAL | | index No. **619573/2020** |
| --- | --- | --- |
| | PLAINTIFF | Date Filed |
| - vs - | | Office No. |
| ACTAVIS HOLDCO US, INC., ETAL | | Court Date. |
| | DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**     :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **12th day of March, 2021** I served via E-mail a copy of the

**EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT**

to **VALEANT PHARMACEUTICALS NORTH AMERICA, LLC**
the **DEFENDANT at**
**PROCESS@UNITEDAGENTGROUP.COM**

Email address is specifically designated by the entity so served as shown on their website on the date of said service by electronic means. A confirmation of delivery is attached hereto.

I have read this affidavit and it is true and correct.

**COMMENTS:**

Sworn to before me this
16TH day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-NPL-4383949

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 109 of 121 PageID #: 1257

**Diana Revzin**

| | |
|---|---|
| **From:** | United Agent Group <process@unitedagentgroup.com> |
| **Sent:** | Friday, March 12, 2021 2:43 PM |
| **To:** | Michael Roth |
| **Cc:** | e-service; SOP SOP |
| **Subject:** | Re: IMPORTANT LEGAL DOCUMENTS |

Hi Michael,

Thank you for the response! We confirm receipt of the New York services on behalf of VALEANT PHARMACEUTICALS NORTH AMERICA, LLC, OCEANSIDE PHARMACEUTICALS, INC., BAUSCH HEALTH AMERICAS, INC., BAUSCH HEALTH US INC., and VALEANT PHARMACEUTICALS INTERNATIONAL, INC. on March 12 2021.

Please note that all future service should be directed to sop@unitedagentgroup.com

Thank you again,

Emily Schroeder
SOP Specialist

United Agent Group Inc.
801 US Highway 1
North Palm Beach, FL 33408
(561) 508-5033 Office

On Fri, Mar 12, 2021 at 1:55 PM Michael Roth <mroth@pmlegal.com> wrote:

Hi Emily – These are NY documents and I am a NY licensed process server.

I also just send over a fifth serve on Valeant International.

Thank you very much!

Michael

PS So sorry! I thought I sent this hours ago!

1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 110 of 121 PageID #: 1258

**Michael (Mickey) Roth**

*Vice President, Client Satisfaction*

v (347) 859-8927

c (973) 714-5576

f (212) 500-5113

mroth@pmlegal.com

**PM Legal**

75 Maiden Lane, 11th Floor

New York, NY 10038

www.pmlegal.com

**PROCESS SERVING – INVESTIGATIONS – COURT REPORTING – BEST IN THE BUSINESS!**



**From:** United Agent Group [mailto:process@unitedagentgroup.com]
**Sent:** Friday, March 12, 2021 11:24 AM
**To:** Michael Roth <mroth@pmlegal.com>
**Cc:** e-service <e-service@pmlegal.com>
**Subject:** Fwd: IMPORTANT LEGAL DOCUMENTS

2

Hi Michael,

Will you please confirm the state in which you are attempting service on the following entities?

VALEANT PHARMACEUTICALS NORTH AMERICA, LLC
OCEANSIDE PHARMACEUTICALS, INC.
BAUSCH HEALTH AMERICAS, INC.
BAUSCH HEALTH US INC.

Thank you,

Emily Schroeder

SOP Specialist

United Agent Group Inc.
801 US Highway 1
North Palm Beach, FL 33408

(561) 508-5033 Office

---------- Forwarded message ---------
From: **Michael Roth** <mroth@pmlegal.com>
Date: Fri, Mar 12, 2021 at 10:39 AM
Subject: IMPORTANT LEGAL DOCUMENTS
To: process@unitedagentgroup.com <process@unitedagentgroup.com>
Cc: e-service <e-service@pmlegal.com>

4383949        VALEANT PHARMACEUTICALS NORTH AMERICA, LLC

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 112 of 121 PageID #: 1260

THIS EMAIL CONTAINS ATTACHMENTS OF IMPORTANT LEGAL DOCUMENTS WHICH REQUIRE YOUR IMMEDIATE ATTENTION AND ACTION. IF YOU ARE UNABLE TO DOWNLOAD OR OPEN ANY ATTACHMENT, OR IF THE ATTACHMENT IS CORRUPT OR UNREADABLE, PLEASE CONTACT THE SENDER OF THIS EMAIL IMMEDIATELY, EITHER BY REPLY EMAIL OR BY TELEPHONE AT THE TELEPHONE NUMBER LISTED IN THIS EMAIL. YOUR SILENCE WILL PRESUME YOU RECEIVED THESE DOCUMENTS IN THEIR ENTIRETY AND SAME WERE ALL ACCESSIBLE AND READABLE TO YOU.

**Michael (Mickey) Roth**

*Vice President, Client Satisfaction*

v (347) 859-8927

c (973) 714-5576

f (212) 500-5113

mroth@pmlegal.com

**PM Legal**

75 Maiden Lane, 11th Floor

New York, NY 10038

www.pmlegal.com

**PROCESS SERVING – INVESTIGATIONS – COURT REPORTING – BEST IN THE BUSINESS!**



FILED: SUFFOLK COUNTY CLERK 03/24/2021 01:29 PM          INDEX NO. 619573/2020

NYSCEF DOC. NO. 34          Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 113 of 121 PageID #: 1261          RECEIVED NYSCEF: 03/24/2021

Affidavit of Service



**NAPOLI SHKOLNIK, PLLC Harold May**
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

| | |
|---|---|
| COUNTY OF ALBANY, ETAL | index No. **619573/2020** |
| | Date Filed |
| PLAINTIFF | Office No. |
| — vs — | Court Date. |
| ACTAVIS HOLDCO US, INC., ETAL | |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**          :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **12th day of March, 2021** I served via E-mail a copy of the

**EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT**

**to VALEANT PHARMACEUTICALS INTERNATIONAL, INC.**
the **DEFENDANT at**
**PROCESS@UNITEDAGENTGROUP.COM**

Email address is specifically designated by the entity so served as shown on their website on the date of said service by electronic means. A confirmation of delivery is attached hereto.

I have read this affidavit and it is true and correct.

**COMMENTS:**

Sworn to before me this
16TH day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-NPL-4383956

1 of 2

INDEX NO. 619573/2020
RECEIVED NYSCEF: 03/24/2021

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 114 of 121 PageID #: 1262

**Diana Revzin**

| | |
|---|---|
| **From:** | Michael Roth |
| **Sent:** | Friday, March 12, 2021 11:29 AM |
| **To:** | process@unitedagentgroup.com |
| **Cc:** | e-service |
| **Subject:** | IMPORTANT LEGAL DOCUMENTS |
| **Attachments:** | 3.12 4383881_compressed.pdf |

4383956          VALEANT PHARMACEUTICALS INTERNATIONAL, INC.

THIS EMAIL CONTAINS ATTACHMENTS OF IMPORTANT LEGAL DOCUMENTS WHICH REQUIRE YOUR IMMEDIATE
ATTENTION AND ACTION. IF YOU ARE UNABLE TO DOWNLOAD OR OPEN ANY ATTACHMENT, OR IF THE ATTACHMENT IS
CORRUPT OR UNREADABLE, PLEASE CONTACT THE SENDER OF THIS EMAIL IMMEDIATELY, EITHER BY REPLY EMAIL OR BY
TELEPHONE AT THE TELEPHONE NUMBER LISTED IN THIS EMAIL. YOUR SILENCE WILL PRESUME YOU RECEIVED THESE
DOCUMENTS IN THEIR ENTIRETY AND SAME WERE ALL ACCESSIBLE AND READABLE TO YOU.

**Michael (Mickey) Roth**
*Vice President, Client Satisfaction*
v (347) 859-8927
c (973) 714-5576
f (212) 500-5113
mroth@pmlegal.com

**PM Legal**
75 Maiden Lane, 11th Floor
New York, NY 10038
www.pmlegal.com

**PROCESS SERVING – INVESTIGATIONS – COURT REPORTING – BEST IN THE BUSINESS!**



1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 115 of 121 PageID #: 1263

P4360640

COUNTY OF ALBANY, ETAL
PLAINTIFF
– vs –
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

**Person to be Served**
ALVOGEN, INC.
44 WHIPPANY ROAD SUITE 300
MORRISTOWN, NJ 07960

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data**:
Served Successfully **X** Not Served _____ Date: 03/12/2021 Time: 12:22PM Attempts: \_\_\_\_\_

\_\_\_\_ Delivered a copy to him/her personally

\_\_\_\_ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

Mary Hutchason

OFFICE MANAGER

**Description of Person Accepting Service:**

SEX: **FEMALE**     COLOR: **WHITE**     HAIR: **BROWN**     APP.AGE: **47**     APP. HT: **5'7**     APP. WT: **150**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
23 day of Nov ,2021

I, PATRICK PERSICANO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server               Date

KENDRA M. WOLSKY
NOTARY PUBLIC OF NEW JERSEY
Commission # 2453882
My Commission Expires 11/5/2025

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

Case 2:21-cv-01650-JS-ST Document 1-4 Filed 03/26/21 Page 116 of 121 PageID #: 1264



P4361630

| | |
|---|---|
| COUNTY OF ALBANY, ETAL<br>PLAINTIFF<br>- vs -<br>ACTAVIS HOLDCO US, INC., ETAL<br>DEFENDANT | SUPREME COURT SUFFOLK COUNTY<br>STATE OF NEW YORK<br>Docket No. 619573/2020 |

**Person to be Served**
TELIGENT INC.
105 LINCOLN AVENUE
BUENA, NJ 08310

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X** Not Served _____ Date: 03/12/2021 Time: 11:53 AM Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

RUTH VASQUEZ

MANAGER

**Description of Person Accepting Service:**

SEX: **FEMALE**   COLOR: **SPANISH**   HAIR: **BROWN**   APP.AGE: **35**   APP. HT: **5'4**   APP. WT: **160**
OTHER:

**Comments Or Remarks:** PHONE # 856-697-1441 EXTN : 1019

I, TOM FREDERICKS, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
16 day of March 2021

_____   3/16/21
Signature of Process Server   Date

Anthony Palmer
Notary Public
New Jersey
My Commission Expires 03-02-2025
No. 2325811

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

P4361671

AFFIDAVIT OF SERVICE

NAPOLI SHKOLNIK, PLLC    Harold May

UPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

OUNTY OF ALBANY, ETAL

|  | PLAINTIFF | index No. 619573/2020 |
| --- | --- | --- |
| - vs - | | Date Filed |
| CTAVIS HOLDCO US, INC., ETAL | | File No. |
|  | DEFENDANT | Court Date: |
|  | | **AFFIDAVIT OF SERVICE** |

TATE OF ___MINNESOTA___ , COUNTY OF ___HENNEPIN___ :SS:

___TODD HANSON___ , being duly sworn deposes and says:

eponent is not a party herein, is over 18 years of age and resides in the State of ___MINNESOTA___ .

n ___MARCH 10TH, 2021___ at ___1:50 PM___ ,

t ___16734 DAKOTA STREET NW  ANDOVER, MN 55304___

_____ ,

eponent served the within **EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** on: **UPSHER-MITH LABORATORIES, LLC**, the **DEFENDANT** therein named.

| ___#1 INDIVIDUAL | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| --- | --- |
| X #2 CORPORATION | By delivering a true copy of each to ___BRENT EILEFSON___ personally, |
| | deponent knew the person so served to be the ___VP LEGAL AFFAIRS___ of the corporation, and authorized to accept service on behalf of the corporation. |
| ___#3 SUITABLE AGE PERSON | By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **DEFENDANT's:** [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. |
| ___#4 AFFIXING TO DOOR | By affixing a true copy of each to the door of said premises, which is **DEFENDANT's:** [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. |

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

Address confirmed by

| ___#5 MAIL COPY | On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served. |
| --- | --- |
| X #6 DESCRIPTION USE WITH #1, 2 OR 3) | Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows. |

Sex: ___MALE___     Color: ___CAUCASIAN___     Hair: ___BROWN GRAY___

Age: ___50___     Height: ___6'0___     Weight: ___180___

OTHER IDENTIFYING FEATURES: _____

| ___#7 WITNESS FEES | The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____ |
| --- | --- |
| ___#8 MILITARY SRVC | Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not. |

___#9 OTHER

OTARY NAME & DATE        MARCH 11TH, 2021



TIMOTHY JOHNSON
Notary Public
Minnesota
My Commission Expires January 31, 2026

PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038

1 of 1

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** _____

**STATEMENT OF AUTHORIZATION FOR**
**ELECTRONIC FILING**
**(Managing Attorney Authorizing Filing Agent Entity)**

I, _MARIE NAPOLI_ , Esq., ( Attorney Registration No. _2596328_ ) am the
managing attorney of/attorney in charge of e-filing for _NAPOLI SHKOLNIK_
_PLLC_ (the "Firm"). I hereby acknowledge and
represent that the attorneys in the Firm who are authorized users of the New York State
Electronic Filing System ("NYSCEF") hereby authorize any employee of
_PM LEGAL_ who possesses a NYSCEF filing agent ID to file documents on
their behalf and at their direction, as a filing agent, in any e-filed matter in which they are
counsel of record through NYSCEF, as provided in Section 202.5-b of the Uniform Rules for the
Trial Courts.

This authorization extends to any consensual matter in which these attorneys have
previously consented to e-filing or may hereafter consent, to any mandatory matter in which
they have recorded their representation, and to any matter in which they authorize the filing
agent to record consent or representation in the NYSCEF system.

This authorization extends to any and all documents these attorneys generate and
submit to the filing agent for filing in any such matter. This authorization, posted once on the
NYSCEF website as to each matter in which these attorneys are counsel of record, shall be
deemed to accompany any document in that matter filed by the filing agent on behalf of these
attorneys.

This authorization also extends to matters of payment, which the filing agent may make
either by debiting an account the filing agent maintains with the County Clerk of any authorized
e-filing county or by debiting an account the Firm maintains with the County Clerk of any
authorized e-filing county.

This authorization regarding this filing agent shall continue until the Firm revokes the
authorization in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: _August 4, 2017_

_Marie Napoli_

Signature

_MARIE NAPOLI_
Print Name

_____
Firm/Department

_400 Broadhollow Rd_
Street Address

_Melville NY 11747_
City, State and Zip Code

_631-224-1131_
Phone

_mnapoli@napolilaw.com_
E-Mail Address

1 of 1

Case 2:21-cv-01650-JS-ST   Document 1-4   Filed 03/26/21   Page 119 of 121 PageID #: 1267

P4361077

---

COUNTY OF ALBANY, ETAL
PLAINTIFF
– vs –
ACTAVIS HOLDCO US, INC., ETAL
DEFENDANT

SUPREME COURT SUFFOLK COUNTY
STATE OF NEW YORK
Docket No. 619573/2020

---

**Person to be Served**
GLENMARK PHARMACEUTICALS, INC.
750 CORPORATE DRIVE
MAHWAH, NJ 07430

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X**  Not Served _____  Date: _03/11/2021_  Time: _3:53PM_  Attempts: _____

____ Delivered a copy to him/her personally

Name of person served and relationship / title:

Hany Rizkalla

____ Left a copy with a competent household member of over 14 years of age residing therein.

PARALEGAL

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**

SEX: **MALE**    COLOR: **WHITE**    HAIR: **GREY**    APP.AGE: **55-65**    APP. HT: **5'11**    APP. WT: **200**

OTHER:

**Comments Or Remarks:**

I, DAVID ROJAS, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
17th day of   March  ,2021

_____
Signature of Process Server          Date

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300
NAPOLI SHKOLNIK, PLLC

MARCY BLICHARZ
NOTARY PUBLIC OF NEW JERSEY
Commission # 2457386
My Commission Expires 1/3/2023

1 of 1

P4361259

AFFIDAVIT OF SERVICE

NAPOLI SHKOLNIK, PLLC    Harold May
SUPREME COURT SUFFOLK COUNTY STATE OF NEW YORK

| COUNTY OF ALBANY, ETAL | | index No. 619573/2020 |
|---|---|---|
| | PLAINTIFF | Date Filed |
| - vs - | | File No. |
| ACTAVIS HOLDCO US, INC., ETAL | | Court Date: |
| | DEFENDANT | AFFIDAVIT OF SERVICE |

STATE OF _____MARYLAND_____ , COUNTY OF ____ TALBOT ____ :SS:

_____LOIS F. BENNETT, PPS_____ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of MD ____

On 03/11/2021 _____ at 10:37am _____

at 207 KILEY DRIVE  SALISBURY, MD 21801 _____

deponent served the within **EXHIBIT(S), NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** on: **JUBILANT CADISTA PHARMACEUTICALS, INC.**, the **DEFENDANT** therein named.

____ #1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

X  #2 CORPORATION    By delivering a true copy of each to **Sharon Waters** _____ personally.

deponent knew the person so served to be the Senior HR Manager _____
of the corporation, and authorized to accept service on behalf of the corporation.

____ #3 SUITABLE    By delivering a true copy of each to _____ a person
AGE PERSON    of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

____ #4 AFFIXING    By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [
TO DOOR    ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by _____

____ #5 MAIL COPY    On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1ˢᵗ class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X  #6 DESCRIPTION    Deponent describes the person served as aforesaid to the best of deponent's
(USE WITH #1, 2 OR 3) ability at the time and circumstances of the service as follows.

| Sex: F | Color: Black | Hair: Black |
|---|---|---|
| Age: 60+ | Height: 5'4" - 5'8" | Weight: 220+ |

OTHER IDENTIFYING FEATURES: _____

____ #7 WITNESS FEES    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $ _____

____ #8 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

____ #9 OTHER

_____    03/24/2021                    _____    03/24/2021
NOTARY NAME & DATE                                LOIS F. BENNETT, PPS

Charles G. Bennett #104291                        PM Legal, LLC
Expiration Date: 11/19/2021                       75 MAIDEN LANE 11TH FLOOR
                                                  NEW YORK, NY 10038
                                                  Reference No: 9-NPL-4361259

CHARLES G BENNETT
Commission Expires
NOTARY PUBLIC
11-19-2021
TALBOT COUNTY MD

1 of 1

**SUPREME COURT OF THE STATE OF
NEW YORK
Suffolk County**


*218697*

**AFFIDAVIT OF SERVICE**

Index no :**619573/2020**

**County of Albany, et al**

Plaintiff(s),

vs.

**Actavis Holdco US, Inc., et al**

Defendant(s).
_____/

**STATE OF CONNECTICUT**

**HARTFORD COUNTY**

ss: **East Hartford**

**Sandra Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **03/11/2021** at **11:30 AM**, I served the within **Notice of Electronic Filing, Summons, Complaint, Confirmation Notice** on **Breckenridge Pharmaceuticals, Inc.** at **15 Massiro Drive, Ste 101, Berlin, CT 06037** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Amber Thammavongsa, Authorized** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Breckenridge Pharmaceuticals, Inc.**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|-----|-------------------|---------------|-----|--------|--------|
| Female | Asian | Black | 27 | 5' | 110 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
March 12, 2021
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC

My Commission Expires: 03/31/2023

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2023

X_____
Sandra Yade
PM Legal
75 Maiden Lane, 11th Floor
New York, NY 10038
212-233-4040
Atty File#: